NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0721
    Facsimile:  (213) 894-0141
    E-mail:     John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:19-CV-5397 JFW (JPR) |
|---|---|
| Plaintiff, | REQUEST FOR EXTRADITION FILED BY THE UNITED STATES; REDACTED EXHIBITS |
| v. | |
| CHRISTOPHER PHILIP AHN, | [18 U.S.C. § 3184] |
| A Fugitive from the Government of the Kingdom of Spain. | |

    The United States, acting in accordance with its treaty obligations to the Government of the Kingdom of Spain ("Spain"), hereby files the Request for the Extradition of CHRISTOPHER PHILIP AHN ("AHN") pursuant to the Treaty on Extradition between the United States of America and Spain, U.S.-Spain, May 29, 1970, 22 U.S.T. 737; the Supplementary Treaty in Extradition between the United States of America and Spain, signed January 25, 1975; the Second Supplementary Extradition Treaty between the United States of America and the Kingdom of Spain, U.S.-Spain, Feb. 9, 1998, S. Treaty Doc. No. 102-24 (1992); the Third Supplementary Treaty between the United States of

America and the Kingdom of Spain, U.S.-Spain, Mar. 12, 1996, S. Treaty Doc. No. 105-15 (1997); and the Instrument on Extradition between the United States of America and Spain, as contemplated by Article 3(2) of the Agreement on Extradition between the United States and the European Union signed 25 June 2003, as to the application of the Treaty on Extradition between the United States of America and Spain signed May 29, 1970, and the Supplementary Treaties on Extradition signed January 25, 1975, February 9, 1988 and March 12, 1996, U.S.-Spain, Dec. 17, 2004 S. Treaty Doc. No. 109-14 (2006), with Annex (collectively the "Treaty"). Attached to this Request for Extradition, which has been amended to reflect the developments of the case, is the diplomatic note formally requesting the extradition (Exhibit A; yellow ribbon), the redacted documentary evidence accompanying the Request for Extradition in Spanish (Exhibit B; no ribbon), and the redacted English translation of the documentary evidence accompanying the Request for Extradition (Exhibit C; no ribbon), received by the United States from the Government of Spain.[1] Based on these documents, the United States, in fulfilling its treaty obligations to the Government of Spain, respectfully requests that AHN be certified as extraditable pursuant to Title 18, United States Code, Section 3184 and the Treaty.

The fugitive, AHN, was arrested on April 18, 2019, pursuant to an arrest warrant issued on April 12, 2019, by the Honorable Jacqueline Chooljian, United States Magistrate Judge for the Central District of California, and came before the Court for an initial appearance on April 23, 2019, in Case No. 2:19-MJ-01523.

---

[1] The original copies of these documents were filed under seal with the Court on June 20, 2019.

Under the procedures of this Court, this extradition matter has been assigned a new civil docketing number and a United States District Judge (in this case, the Honorable John F. Walter, United States District Judge for the Central District of California), with the existing United States Magistrate Judge (in this case, the Honorable Jean P. Rosenbluth, United States Magistrate Judge for the Central District of California) for further extradition proceedings.

Dated: June 28, 2019          Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

*/s/ John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA