Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Naeun Rim - State Bar No. 263558
  nrim@birdmarella.com
Christopher Jumin Lee - State Bar No. 322140
  clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant
Christopher Philip Ahn

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>CHRISTOPHER PHILIP AHN,<br><br>A Fugitive from the Government of Kingdom of Spain. | CASE NO. 2:19-cv-5397 JFW (JPR)<br><br>**ORDER FOR MODIFICATION OF BAIL CONDITION**<br><br>Assigned to Hon. Jean Rosenbluth, U.S. Magistrate Judge |

Finding good cause therefore, the Parties' Stipulation for Modification of Bond is GRANTED. The bond amount for the affidavit of surety guaranteed by full deeding of the Property associated with the $670,000 bond is modified from $670,000 to $635,000.

DATED: July 15, 2019

_____
HON. JEAN ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

Submitted by:

Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.
Ekwan E. Rhow
Naeun Rim
Christopher Jumin Lee


By  */s/ Christopher Jumin Lee*
　　　Christopher Jumin Lee
　Attorneys for Defendant Christopher
　Philip Ahn