# REDACTED EXHIBIT

 **MINISTERIO DE JUSTICIA**

SECRETARÍA DE ESTADO DE JUSTICIA

DIRECCIÓN GENERAL DE COOPERACIÓN JURÍDICA INTERNACIONAL, RELACIONES CON LAS CONFESIONES Y DERECHOS HUMANOS

MAGISTRATURA DE ENLACE ANTE LOS ESTADOS UNIDOS

O  F  I  C  I  O

S/REF:

N/REF:    #1823

FECHA:    12 de septiembre, 2019

ASUNTO:    AHN (DP 1396/2019)

DESTINATARIO:    Mr. Vaughn A. Ary
Director
Office of International Affairs
U.S. Department of Justice, Criminal Division
1301 New York Avenue, N.W
Washington, D.C., 20005

**Supplemental evidence and information in support of the request of the extradition of Christopher Philip AHN**

Dear Mr. Ary,

Pursuant to articles X.F and XII of the Extradition Treaty between Spain and the United States of America, enclosed please find supplemental evidence and information in support of the request of the extradition of Christopher Philip AHN.

Washington, D.C., September 12, 2019

The Liaison Magistrate of Spain to the United States

Jorge Carrera Domenech

www.mjusticia.es
enlace.estadosunidos@mjusticia.es

Embajada de España
2375 Pennsylvania Av. NW
Washington DC, 20037
TEL: +1 (202) 728 23 45

**JUZGADO CENTRAL DE INSTRUCCIÓN NÚMERO**
**D. P. 1396/2019**

**DOCUMENTO SUPLEMENTARIO EN APOYO DE LA EXTRADICIÓN**
**DEL CRISTOPHER PHILIP AHN**

Yo, José de la Mata Amaya, Magistrado Juez del Tribunal Central de

Instrucción número 5, hago esta declaración complementaria en apoyo de la solicitud

de extradición de Christopher Philip **AHN** (en adelante "**AHN**"), para que pueda ser

procesado en España por los siguientes delitos: (i) lesiones (-art. 147 del Código

Penal); (ii) detenciones ilegales (arts. 163 y 165 del Código Penal); (iii) amenazas (art.

169 y 171 del Código Penal); (iv) allanamiento de morada (art. 202 y 203 del Código

Penal); (v) robo con violencia e intimidación (arts. 237, 241, 242 del Código Penal); y

(vi) organización criminal (art. 570 bis del Código Penal) - como autor en virtud de

los artículos 27 y 28 del Código Penal español.

I.

La solicitud presentada en apoyo de la extradición de **AHN** incluye

declaraciones de víctimas del asalto a la Embajada de la República Popular

Democrática de Corea del Norte. Este documento transmite informes médicos,

declaraciones de testigos y fotogramas de las cámaras del sistema de seguridad de la

Embajada que corroboran las declaraciones de las víctimas en los siguientes anexos:

(1)     Informe médico forense de Cho Sun Hi;

(2)     Informe médico forense e informe hospitalario de Yun Sok So;

(3)     Declaración del agente del Cuerpo de Policía Nacional con
Número Profesional 122334;

(4)     Declaración del agente del Cuerpo de Policía Nacional con
Número Profesional 122271;

(5)     Declaración de Oscar Santiago Perales;

(6)     Declaración de Lynn Gayero Daya;

(7)     Declaración de Teofila Villarroel Orozco; y

(8)     Fotos de las cámaras del sistema de seguridad de la Embajada.

II

España mantiene relaciones diplomáticas con la República Popular Democrática de Corea del Norte, sin embargo, no tiene un tratado de extradición o asistencia legal mutua con ese país. La solicitud de extradición que ahora se complementa con información adicional no tiene nada que ver con los aspectos políticos o diplomáticos de las relaciones que España mantiene con Corea del Norte, y se basa únicamente en hechos con relevancia criminal. Las declaraciones de las víctimas nacionales de Corea del Norte constituyen solo una parte del conjunto de pruebas, que ha sido evaluado objetivamente y considerado creíble sin ninguna conexión con su nacionalidad.

Madrid, a 12 de septiembre de 2019

José de la Mata Amaya

Magistrado del Juzgado Central de Instrucción 5

España

2

**CENTRAL COURT OF INSTRUCTION NUMBER 5**
**D. P. 1396/2019**

**SUPPLEMENTAL DOCUMENT IN SUPPORT OF THE EXTRADITION**
**OF CHRISTOPHER PHILIP AHN**

I, José de la Mata Amaya, Magistrate Judge of the Central Investigative Court

number 5, make this supplementary statement in support of the Request of Extradition

of Christopher Philip **AHN** (hereinafter "**AHN**"), so that he can be prosecuted in Spain

for the following crimes - (i) injuries (art. 147 of the Criminal Code); (ii) illegal

detentions (arts. 163 and 165 of the Criminal Code) ; (iii) threats (arts. 169 and 171 of

the Criminal Code); (iv) breaking and entering (arts. 202 and 203 of the Criminal

Code); (v) robbery with violence and intimidation (arts. 237, 241, 242 of the Criminal

Code); and (vi) criminal organization (art. 570 bis of the Criminal Code) - as author

under articles 27 and 28 of the Spanish Criminal Code.

I.

The request submitted in support of the extradition of **AHN** includes statements

of victims of the assault on the Embassy of the Democratic People's Republic of North

Korea. This document transmits medical reports, witness statements, and photograms



from the cameras of the Embassy security system which corroborate the statements of

the victims in the following Annexes:

(1)     Cho Sun Hi Forensic Medical Report;

(2)     Forensic and Hospital Medical Reports of Yun Sok So;

(3)     Statement of the agent of the National Police Corps with
Professional Number 122334;

(4)     Statement of the agent of the National Police Corps with
Professional Number 122271;

(5)     Statement by Oscar Santiago Perales;

(6)     Statement by Lynn Gayero Daya;

(7)     Statement by Teofila Villarroel Orozco; and

(8)     Photos of the Security System cameras of the Embassy.

II.

Spain maintains diplomatic relations with the Democratic People's Republic of

North Korea. However, it has no extradition or mutual legal assistance treaty with that

country. The extradition request that is now supplemented with additional information

has nothing to do with the political or diplomatic aspects of Spain's relation with North

Korea, and is based solely on facts with criminal relevance. The statements of the

national victims of North Korea constitute only part of the body of evidence, which

has been objectively assessed and considered credible without any connection to their

nationality.

Madrid, September 12, 2019

José de la Mata Amaya

Magistrate Judge

Central Investigative Court number 5

Spain

2

# Annex 1



# REDACTED

## ANNEX 1
## Medical Reports – Cho Sun Hi

### *(English and Spanish Language)*

# Annex 2



# REDACTED

## ANNEX 2
## Medical Reports – Yang Sok So

### *(English and Spanish Language)*

Annex 3

Police officer - no. 122334

[Coat of arms]
JUDICIAL
ADMINISTRATION

## CENTRAL COURT OF INVESTIGATION [JUZGADO CENTRAL DE INSTRUCCION] No. 005

MADRID
C/GARCÍA GUTIÉRREZ S/N
Telephone number: 91 709 64 78
Fax: 91 709 64 86
General Identification Number [NIG]: 28079 27 2 2019 0000469
GUB11

## PRELIMINARY PROCEEDINGS IN SUMMARY PROCEEDINGS [DILIGENCIAS PREVIAS PROC. ABREVIADO] 0001396/2019 AB

**MS MARÍA JESÚS FRAILE MARTÍN, JUDICIAL ADMINISTRATION CLERK AT CENTRAL COURT OF INVESTIGATION NUMBER 5 OF THE NATIONAL HIGH COURT [AUDIENCIA NACIONAL]:**

### I HEREBY CERTIFY THAT:

Preliminary Proceedings no. 1396/2019 are underway in this Court **for offences of causing injuries [lesiones], illegal restraint [detenciones ilegales], threats [amenazas], breaking and entering [allanamiento de morada], robbery with violence and intimidation [robo con violencia e intimidación] and criminal organisation [organización criminal]** and the following is a faithful and literal transcription of the contents of the statement made in the course of these proceedings in this Court on 15 March 2019 at 11:35 by the National Police Force Officer with professional identity card no. 122334:

**JUDGE:** OK, 15 March 2019, Preliminary Proceedings 1396/2019, witness statement by the National Police Force Officer with professional identity card number 122334, that's you, isn't it?
**122334:** Correct.
**JUDGE:** Very good. Good morning.
**122334:** Good morning.
**JUDGE:** I inform you that an audiovisual recording is being made of this hearing, I also inform you that you are appearing as a witness in these proceedings, you are under the obligation to tell the truth. Do you swear or promise to do so?

1

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122334:** Yes, I swear.

**JUDGE:** Good. You are perfectly aware of the provisions of the Penal Code regarding the offence of giving false testimony [falso testimonio].

**122334:** (he nods in agreement)


**JUDGE:** Very good. Look, the reason for your appearance today is related to an intervention by you and your colleagues on 22 February 2019 at approximately 17:30 to 17:50...

**122334:** Approximately.

**JUDGE:** ...at the Embassy of the Democratic People's Republic of Korea, the North Korean Embassy.

**122334:** Correct.

**JUDGE:** OK? That's what we're going to ask you about. Apparently you were on duty with a police patrol around... that area of Madrid.

**122334:** Yes, on preventive duty, we went out on patrol and that was when a call was received from H50 control centre dispatching a unit because SAMUR [Madrid Municipal Emergency Assistance and Rescue Service] required the presence of the police for an individual who was receiving attention because they had found her walking around, well they had also been called because an individual was walking along the public highway.

**JUDGE:** Were you the first person to encounter the injured individual? The first officer to encounter the injured individual?

**122334:** Officer, yes.

**JUDGE:** Yes?

**122334:** That is correct, yes. Police officer, yes.

**JUDGE:** Tell us what you noticed at that moment and how your help was requested.

**122334:** OK. We arrived at the place where the control centre dispatched us

**JUDGE:** Why did the control centre dispatch you?

**122334:** We were dispatched because there was a disoriented individual who was being attended by the medical services, SAMUR in this case, she was being attended because she was disoriented and was making statements that were a little..

**JUDGE:** So, this individual was disoriented and SAMUR were the first to arrive to help her...

**122334:** The first to arrive were SAMUR.

**JUDGE:** ...were SAMUR

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122334:** That's right.

**JUDGE:** Did you find out who called SAMUR?

**122334:** I learnt subsequently that the individual who called SAMUR was a passer-by, an employee at a gym nearby, who, according to the statement he made subsequently, was on the way to work and... in his car, he was driving a car and this individual, this Korean woman, stopped in the middle of the road and asked him for help and he opened the car door and she got into the car. According to this man's statement, the woman was covered in blood and the only thing she kept saying, the only thing this man understood was *"police"*, she wanted him to call the police. Then, when he saw her, according to this man's statement, when he saw her, first he called 112 and the first people to be dispatched there were a medical unit to attend to her because she presented injuries.

**JUDGE:** Indeed and so that's the reason why the medical unit went there and began to attend to her...

**122334:** That's right.

**JUDGE:**...I imagine that at that point the police were called by somebody...

**122334:** By SAMUR, we think, by SAMUR, it was SAMUR who dispatched a police unit because there were some injuries that...

**JUDGE:** ...and then you arrived.

**122334:** And then we arrived.

**JUDGE:** And your partner...you two arrived...Now tell us what happened from that moment.

**122334:** OK. Well, we arrived, they were attending to the woman inside the, the ambulance, the ambulance was closed, one of the crew members, one of the paramedics opened the door and told us there was woman inside, a Korean, who was making statements that were a little...a little strange. A little strange, she was speaking Korean, I couldn't understand her at all. They let me enter.

**JUDGE:** Move a little closer to the microphone.

**122334:** Yes. They let me enter. Once I was inside, the woman was lying flat, they had put a cervical collar on her, etcetera, and her face was completely covered in blood, and she reacted as soon as she saw me, she quickly took my hand, she took my hand, *"police"*, *"police"*, *"police"*, and she began to speak to me in Korean, I couldn't understand anything, we took out a mobile device to

3

see the trans... with Google translate, to see if we could understand what she was saying. Logically the translator was from Korean, North Korean to Spanish and the translation that came up was a little strange, wasn't it? It said that some individuals had entered the Embassy and they were killing people, they were eating people and there were children there. Of course it seemed very strange to us and the individual was also a little disoriented, but it's true that the medical personnel insisted that the woman, despite her injury, which was a head injury, a contused lacerated wound as they said, she wasn't concerned about her physical well-being, she was concerned about what was happening inside the Embassy. That is what she seemed, I mean she gave the impression that she was trying to say. Then we (unintelligible) talked to the woman with the translator, and we changed it from Spanish to English, just in case maybe it might change the context of what she meant a little bit... No, indeed, both from Korean to Spanish and from Korean to English, what this woman meant was that people had entered the Embassy and that they were killing people, that there were children, that there were women...

**JUDGE:** OK, from then on, what did you do?

**122334:** Then, immediately afterwards, we quickly notified the boss of... in this case my immediate boss, who arrived at the scene and he began to coordinate everything a little bit when he arrived, and then...

**JUDGE:** For the time being you called your boss, you (unintelligible)

**122334:** called him. That's right.

**JUDGE:** And then your boss went there to the scene in another vehicle.

**122334:** That's right, because we believed what the woman was telling us because she was very...

**JUDGE:** OK, so your boss arrived, he appeared. How many officers were there at this point?

**122334:** There were two, four, six officers including...

4

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** Six?

**122334:** That's right...

**JUDGE:** You still hadn't approached the Embassy

**122334:** Not yet.

**JUDGE:** And then what happened?

122334: Subsequently, what the boss did was is set up a cordon, as we believed her, we were still interviewing her via the translator, she, the victim continued insisting that we had to go in, that something very serious was happening in the Embassy, something very important and the boss, well, in this case my immediate boss set up a security cordon around the perimeter of the...

**JUDGE:** A perimeter security cordon formed by you and your colleagues?

**122334:** That's right.

**JUDGE:** To cover all the exits from the Embassy to the street.

**122334:** That's right, but first, before setting up the cordon, the decision was taken to go and see what was happening inside the Embassy.

**JUDGE:** OK, um, who went to the door of the Embassy?

**122334:** Me, my partner who was with me and another colleague went there.

**JUDGE:** The boss?

**122334:** No, a colleague who was... the boss still hadn't... the boss was present, he was there, but he was with the other unit attending to the victim.

**JUDGE:** OK.

**122334:** That's right.

**JUDGE:** And then the boss instructed you to go to the door.

**122334:** To go to the door.

**JUDGE**: It was you and a colleague...

**122334:** Me and two other colleagues.

**JUDGE**:...and two colleagues, three officers went to the Embassy door.

**122334:** Three officers.

**JUDGE:** OK.

5

24

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122334**: We rang the intercom, they took a short while to answer, they answered in Spanish, but it was more or less comprehensible and they took about two minutes, three minutes or so to come out.

**JUDGE:** To open the door.

**122334:** To open the door, exactly. A person with oriental features appeared wearing a suit, a suit that was kind of dark blue, well-built like this (he gestures) and with a pin, all three of us noticed that, with a pin with a picture of the president of North Korea, with a ponytail and the feeling all three of us had, or at least I did, was the feeling...like...no...like that he was interested, because we asked if...we had found a woman who was wandering around, who was injured and who told us that an incident was occurring there and could he, indeed, tell us what was happening in there. He said no, nothing was happening, it had taken them a little longer to come out, I could understand his Spanish well, more or less, it had taken him a little longer to come out and if we had heard noises it was because he couldn't open a door because it had got, it had got, like, stuck, they had to give it a kick and ... to open the door and, when he came out, he also insisted that any Korean citizen who had any kind of problem, any kind of incident...that it's our, not obligation, but it's our duty to inform him about what is happening to that person, "you know, uh, well, you know, it's your duty to report any incident that occurs to any Korean citizen, it's your obligation, it's your duty to inform this Embassy about it and notify us". Exactly like that. The feeling we got from it...well, we didn't get much...he insisted on questions of that type... I don't know, we're were surprised, the three of us turned around, we went to talk to the boss:

**JUDGE:** The dialogue ended there?

**122334**: It ended there, it was a...two, three minute conversation... no longer.

**JUDGE**: Did this individual come out alone or with someone else?

6

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122334:** Alone, alone, alone. What he did was he opened the door, as the door was opening, these are things that maybe you... you notice...

**JUDGE:** Yes

**122334:** ...he closed the door, he didn't close it completely, but he did close it, he did close it.

**JUDGE:** I'm going to show you a photo that's on page 54 of police report 1087/19. All right?

**122334:** Uh-huh.

**JUDGE:** Ok, so that you (unintelligible) please come closer to see the ... If this is the situation you saw.

**122334:** That's me. Correct, my colleague was on the left.

**JUDGE:** You actually appear in the photograph.

**122334:** Yes.

**JUDGE:** OK. The officer who appears, one of the officers who appears in the photograph is you ... This is the door...

**122334:** That's the door to the Embassy, we rang the intercom and out came this...

JUDGE: Here's a picture of another two police officers and then there's a gentleman at the door.

**122334:** That's right...

**JUDGE:** This is the individual who opened the door...

**122334:** This is the individual who opened the door, correct.

**JUDGE:** I'm showing you page 55, this photograph, at the Embassy door, there's a man at the door. Is this the individual who attended to you?

**122334:** Yes, sir, that's right, that's right.

**JUDGE:** There's a very clear picture of this individual on page 53.

**122334:** You see? He let himself be seen there.

**JUDGE:** (unintelligible) this person attended to you, yes, is that right?

**122334:** yes, yes, yes, yes, exactly.

**JUDGE:** You mentioned a pin.

**122334:** Yes, at the top, when he was standing opposite me it was the, yes, the top here (he points).

**JUDGE:** Indeed, I can see what looks like a pin here.

**122334:** Yes, yes, and red, a kind of red colour.

**JUDGE:** Very good, it's not visible on page 53.

**122334:** It's not visible.

**JUDGE:** Very good, more than recognising the individual, it's the same scene that you experienced.

**122334:** Yes, yes, yes, correct, that's right, yes, yes, exactly like that.

**JUDGE:** (unintelligible) the camera (unintelligible). So, this dialogue ended after a few minutes, very short... This dialogue ended after a few minutes, a very short dialogue with this individual and then what happened?

**122334:** We went to talk to the boss where the victim was, they were still attending to the woman and in this case the boss was there and we told him about the conversation we had with the man. And, in fact, what the boss decided was to believe what might be happening there, in there, like we did, and then the boss decided to set up a perimeter security cordon to find out what was happening.

**JUDGE:** Aha, and I am to understand that this perimeter cordon was set up...

122334: Yes, yes, yes. Well, yes.

JUDGE: Once the perimeter cordon was set up, what else happened?

**122334:** Well, the cordon was set up around... well, um... the call came in between 17:30 and 17:45, what with the victim being treated, and we were ... we interviewed this individual, we estimate that about an hour and a half, about an hour and a half is when they... took the individual, the victim to hospital, the boss went there with, he went with the, um...the victim, along with another unit that also arrived there, and they left two police units there, two patrol cars, with two officers per car. The cordon was set up...

**JUDGE:** And you were one of the four people who stayed

**122334:** Yes, yes.

**JUDGE:** Very good

8

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122334:** We were there about an hour, about an hour and one of the patrol cars had to leave, unit, instructions that only one police vehicle was to stay monitoring what was happening. We stayed with the vehicle facing the pedestrian access door, the truth is that we didn't have a view of the vehicle entry and exit, the garage door and after they left, there was only one patrol car, me and my partner, and, well, from the point the other unit that was with us left, about an hour approximately too, an hour, hour and a bit, we saw, in this case, I saw, and well, my partner too, that a high-end van-type, MERCEDES-type vehicle came out heading towards where we were, where the patrol car was, and I noticed that it came out with the lights off and then well, the instructions were, anything they may seem strange...try to take down details, the more, the better. At which point the vehicle passed by, specifically I was on the driver's side, I was driving the vehicle I saw the vehicle moving upwards with its lights off driven by him, the same person who attended to us, who opened the door, I remember that perfectly, because I remember perfectly, because I was, and he was driving on his own, nobody else was in the van, or that's what I noticed, and I managed to take down the registration plate of the van, of the MERCEDES and about a minute later, a second vehicle left, one minute, two minutes, another vehicle, a dark AUDI, also driven by a person with oriental features in the same direction and we also took down the registration plate and we also copied it down, the instructions that we were given by the bosses that we should call in any strange movements and note them down. After they left, fifteen, twenty, around fifteen, twenty minutes, half an hour, no longer, we saw that there was a lot of movement, a lot of commotion and we saw three young people, also with oriental features, specifically one of them, we were stationary looking towards the embassy, and on the pavement next to us, a young Korean man went by with a kind of leather jacket, a black leather jacket, and jeans, he went by, that is, he went up the street. He went up and down again and like I say, we was on the look-out, like he knew we were there.

[Coat of arms]
JUDICIAL
ADMINISTRATION

At this point they went down towards the access to the embassy, right on the pavement in opposite the embassy there's a bus shelter, two other young people were waiting there and, of course, we began to see a lot of commotion, I started talking to my partner, hey, look this young man has just walked up, now he's just walked down, now he's joined these two people, how strange. Right in front of the door a dark MERCEDES was parked, an individual got out, an individual got out and he was like on the phone. Likewise, we took down the registration plate, and indeed we saw one of the young people (unintelligible) with the individual, a conversation lasting just... five seconds, ten seconds, five or ten seconds no longer. The three came together again, they walked down a bit and that's when we saw that one of them, me in particular, me at least, I saw, my partner says that maybe he saw more, but I only saw one, and the person who climbed confirmed it later, he climbed over the wall, climbed over the fence, climbed inside and that was when we started to request assistance because somebody was climbing over the wall of the Embassy, after all that was happening, everything that had occurred. And around ... it wasn't even... twenty minutes, no longer, fifteen, twenty minutes later, we saw people coming out, people in hinged handcuffs, people who were cutting the cables ties they had on, one of them in particular requested our presence, asking for help, saying some people had got into the building, we didn't know... and they left. The only thing they told us, they got in, they put bags over our heads, they tied our hands and they left in the vehicles, in the Embassy cars. I asked him if there were people inside who might have died, if there were still people... people ... I also asked him if there were any weapons, yes, the people who got in, they were armed, he said exactly *"yes, yes, they entered with weapons"*, I asked him if anybody was injured, we were going to ask (unintelligible) but we told them not to get close, we didn't know if those people were alleged assailants or victims. Then we waited for all the units to arrive to assist us, we stayed there in a security area more or less, next to the wall, we told them not move until they arrived, as I say, because we didn't know what their intentions were, people were coming out, people were coming out with their hands tied, it was a bit of a stressful situation, and we decided to leave them up against ... and we told them not to worry, the doctors were coming and more police were coming to see, to clarify what was happening here. They collaborated at all times until the patrol cars arrived and that was how... how everything happened.

10

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** All right, the three youngsters, the three people who arrived later, almost at nightfall and of whom one climbed over, they also came out with the victims, did they?

**122334:** Yes.

**JUDGE:** They stayed there with them.

**122334:** Yes. One of them specifically, I said to him, I said... do you have something in your pockets? and he took out a kind of ... I don't know if it was handed in, a sort of little knife that apparently is the one they used to cut the...

**JUDGE:** The cable ties.

**122334:** (he nods)

**JUDGE:** Aha. Did you notice that any of the people who came out of the Embassy had been hit, were injured?

**122334:** Yes, yes, yes. Specifically the oldest individual, the person who was the most advanced in years had the most bruises.

**JUDGE:** Aha. What did you notice about him?

**122334:** Injuries on his face, yes, also heavy blows to the head and...

**JUDGE:** So, you noticed he had received blows to the head...

**122334:** Yes, yes, injuries...that's right.

**JUDGE:** Wounds.. On his body too?

**122334:** He was wearing clothes on his body.

**JUDGE:** Ah. Did he tell you about it?

**122334:** He didn't speak, didn't speak, much, he was a person who didn't really ...

**JUDGE:** Did any of the individuals tell you that they had been hit?

**122334:** Yes, yes, yes.

**JUDGE:** They told you?

**122334:** Yes, in this case, I think it was the person in charge at that point.

**JUDGE:** The person in charge told you then. What did he say exactly?

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122334:** Yes, a number of individuals had entered, South Koreans, they said they could have been South Koreans because of their accent.

**122334:** And yes, they hit them and put bags on them. JUDGE: Did you enter the Embassy in the end?

**122334:** I, well, we stayed outside, at the front attending to...

**JUDGE:** All right, very good, **STATE PROSECUTOR**, any questions?

**STATE PROSECUTOR:** Yes, with your permission. The person who said that nothing had happened... Was it fluent Spanish or did he have difficulty ...?

**122334:** I don't know, it was comprehensible, it was comprehensible. Yes, he probably had some knowledge, maybe not with as many technical terms as a Spanish speaker (unintelligible) and you know, um, but you could understand him OK and he understood the instructions and we understood what he wanted to say.

**STATE PROSECUTOR:** The person who was attended by SAMUR and with whom you spoke using the Google app, did she explain how she had got out of the Embassy?

**122334:** Not to me specifically. She just stressed that there were people inside the Embassy and they were killing people and that there were children... The translator was what...

**STATE PROSECUTOR:** The individual who jumped over the wall, you saw him just after... Did you notice him when you first arrived or was it later?

**122334:** We, when we arrived, she was inside the ambulance... STATE PROSECUTOR: No, no, I mean again the boy who climbed, the boy, the boy who climbed inside to help the others...

**122334:** We saw him before, at least I saw him, he was wearing the black jacket

**STATE PROSECUTOR:** No, I mean was he already there when the van left and the other vehicle left afterwards...

**122334:** No.

**STATE PROSECUTOR:** And the people he was speaking to, did you also notice them at that point? The ones this boy was talking to. Had you seen them before? Yes, the one who climbed in over the wall.

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122334:** With the other two people he joined next to the bus shelter you mean?
**STATE PROSECUTOR:** Yes
**122334:** I only saw them, when they walked up and when they walked down, and when they walked down, next to the shelter, we saw that he joined those two young people.
**STATE PROSECUTOR:** Was that also the first time you saw them?
**122334:** yes.
**STATE PROSECUTOR:** No more questions.
**JUDGE:** Very good. Thank you. Heard. We've finished. We can stop recording."

This concludes the transcription of the statement, which I hereby certify.

In the City of Madrid on 25 July 2019

**THE JUDICIAL ADMINISTRATION CLERK**

13

# Anexo 3

Policia – No. 122334



**JUZGADO CENTRAL DE INSTRUCCION Nº 005**

**MADRID**

C/GARCIA GUTIÉRREZ S/N
Teléfono: 91 709 64 78
Fax: 91 709 64 86
NIG: 28079 27 2 2019 0000469
GUB11

**DILIGENCIAS PREVIAS PROC. ABREVIADO 0001396 /2019 AB**

**DOÑA MARÍA JESÚS FRAILE MARTÍN, LETRADO DE LA ADMINISTRACIÓN DE JUSTICIA DEL JUZGADO CENTRAL DE INSTRUCCIÓN NÚMERO 5 DE LA AUDIENCIA NACIONAL:**

## CERTIFICO:

Que en este Juzgado se siguen Diligencias Previas nº 1396/2019, por delitos de lesiones, detenciones ilegales, amenazas, allanamiento de morada, robo con violencia e intimidación y de organización criminal, y que el **contenido** de la declaración prestada en el seno de las mismas, en este Juzgado, en fecha 15 de marzo de 2019 a las 11.35 horas, por el Agente del Cuerpo Nacional de Policía nº profesional 122334, es el que a continuación se recoge en transcripción literal y fidedigna:

"**JUEZ:** Muy bien, quince de marzo de dos mil diecinueve, Diligencias Previas 1396/2019, declaración testifical del agente del Cuerpo Nacional de Policía con número profesional 122334 ¿es usted verdad?

**122334:** Correcto.

**JUEZ:** Muy bien. Buenos días.

**122334:** Buenos días.

**JUEZ:** Mire, le informo que esta audiencia se graba audiovisualmente, le informo también que comparece en calidad de testigo en este procedimiento, tiene la obligación de decir la verdad ¿Jura o promete hacerlo?

**122334:** Sí, lo juro.

**JUEZ:** Bien. Usted sabe perfectamente la previsión del Código Penal en relación con el delito de falso testimonio.

**122334:** (asiente con la cabeza)



ADMINISTRACION
DE JUSTICIA

**JUEZ:** Muy bien. Mire, el motivo de su comparecencia en el día de hoy tiene que ver con una actuación que ustedes desarrollaron el día veintidós de febrero de dos mil diecinueve, a las 17:30- 17:50 aproximadamente...

**122334:** Aproximadamente.

**JUEZ:** ... en la sede de la Embajada de la República Popular y Democrática de Corea, la Embajada de Corea del Norte.

**122334:** Correcto.

**JUEZ:** ¿De acuerdo? En relación con eso, es con lo que le vamos a preguntar. Aparentemente usted estaba prestando un servicio con un dispositivo policial en los alrededores de... en esa zona de Madrid.

**122334:** Sí, un servicio de prevención, salimos a patrullar y es cuando entra una llamada por parte de la emisora central de H50 en la que comisiona un indicativo porque SAMUR requiere una presencia policial de una persona que está siendo atendida porque se la han encontrado deambulando, bueno han sido también requeridos ellos porque una persona se encontraba deambulando por la vía pública.

**JUEZ:** ¿Usted es la primera persona que topa con la persona lesionada? ¿el primer agente que topa con la persona lesionada?

**122334:** Agente, sí.

**JUEZ:** ¿Sí?

**122334:** Eso es, sí. Policía, sí.

**JUEZ:** Cuéntenos qué es lo que usted percibe en ese momento y cómo se le reclama su ayuda.

**122334:** Vale. Nosotros llegamos al lugar donde nos comisiona la emisora

**JUEZ:** ¿Por qué le comisiona la emisora?

**122334:** Comisiona porque hay una persona desorientada que está siendo atendida por los servicios sanitarios, en este caso SAMUR, que se encuentra atendida y que está como desorientada y que manifiesta unas manifestaciones un poco...

**JUEZ:** Entonces esta persona está desorientada y es SAMUR, los primeros que acuden en su apoyo...

**122334:** Los primeros que acuden es SAMUR.

**JUEZ:** ...es SAMUR



ADMINISTRACION
DE JUSTICIA

**122334:** Eso es

**JUEZ:** ¿Usted llega a saber quién avisa a SAMUR?

**122334:** Llego a saber con posterioridad que la persona que llama a SAMUR es uno de los viandantes, un trabajador de un gimnasio que está próximo, que según nos manifiesta posteriormente se encontraba de camino hacia su trabajo y...con el coche, iba circulando con el coche y que esta persona, esta mujer, coreana, se queda parada en medio de la carretera, le solicita ayuda y, le abre la puerta del coche y se mete dentro del coche. La mujer, según nos manifiesta el hombre estaba ensangrentada y lo único que le repetía, lo único que le entendía este hombre era *"police"*, que llamara a la policía. Entonces este hombre, al verla, según nos manifiesta, al verla, él lo que hace primeramente es llamar al 112, al ciento doce, y los que primero se comisionan allí es un indicativo sanitario para atender porque presentaba heridas.

**JUEZ:** Eso es, y entonces ya esa es la razón por la que el indicativo sanitario se desplaza y empieza a atenderla...

**122334:** Eso es.

**JUEZ:** ...me imagino que en ese momento alguien ya llama a la policía...

**122334:** Por parte de SAMUR creemos que, por parte de SAMUR, es SAMUR el que comisiona un indicativo policial porque ahí hay unas lesiones que...

**JUEZ:** ... y entonces aparece ya usted.

**122334:** Y entonces aparecemos nosotros.

**JUEZ:** Y su compañero...aparecen ustedes...Cuéntenos ahora a partir de ese momento.

**122334:** Vale. Entonces, nosotros llegamos, estaban atendiendo a esta mujer en el interior de la, de la ambulancia, la ambulancia estaba cerrada, nos abre la puerta uno de los técnicos, uno de los auxiliares y nos dice que había una mujer ahí dentro, coreana, que está manifestando unas manifestaciones, un poco...un poco extrañas. Un poco extrañas, habla en coreano, no se la entiende nada. Me facilitan el acceso.

**JUEZ:** Acérquese un poco más al micro.

**122334:** Sí. Me facilitan el acceso. Una vez que entro a dentro, la mujer estaba totalmente tumbada, la tenían con un collarín y demás porque la estaban atendiendo, con la cara toda ensangrentada, y la reacción ha sido nada más

3



ADMINISTRACION
DE JUSTICIA

que me vio, fue rápidamente cogerme la mano, me cogió la mano, *"police"*, *"police"*, *"police"*, y claro, me empezó a hablar en coreano y no se la entendía nada, sacamos un terminal móvil para ver el trad... con un traductor de Google, a ver si se podía entender qué es lo que estaba diciendo. El traductor lógicamente es de coreano, coreano del norte a español y lo que sale en el traductor es un poquito extraño ¿no? Dice que personas habían entrado a la Embajada, y que estaban matando a gente, que se estaban comiendo a gente, que había niños. Claro, a nosotros nos resulta muy extraño, también la persona estaba como un poquito desorientada, pero sí es cierto que los indicativos sanitarios hacen mucho hincapié en que la mujer, pese a la lesión que presenta, que es una lesión en la cabeza, inciso-contusa como decían ellos, ella no está preocupada por su integridad física, ella está preocupada por lo que está ocurriendo dentro de la Embajada. Eso es lo que ella parece, como que da la sensación que da a entender. Entonces nosotros (ininteligible) hablar con la mujer con el traductor, y lo pasamos en vez de a español, a inglés, por si acaso a lo mejor podía cambiar un poco lo que es el contexto de lo que quería decir... No, efectivamente, tanto de coreano a español como de coreano a inglés, lo que esta mujer quería decir era que habían entrado gente en el interior de la Embajada y que estaban matando a gente, que había niños, que había mujeres...

**JUEZ:** Muy bien, a partir de ahí entonces ¿Cuál es su actuación?

**122334:** Entonces seguidamente, nosotros rápidamente comisionamos al jefe de... en este caso a mi jefe inmediato, que es el que se persona allí, y es el que comienza un poquito lo que es a coordinar todo aquello cuando ya se presenta allí, y entonces ya...

**JUEZ:** De momento ustedes llaman a su jefe, le (ininteligible)

**122334:** Llamamos. Eso es.

**JUEZ:** Y se desplaza su jefe entonces en otro vehículo allí al lugar.

**122334:** Eso es, porque le damos veracidad a lo que nos está contando la mujer porque es muy...

**JUEZ:** Ok, entonces llega, comparece su jefe. En ese momento están ustedes ya ¿cuántos agentes?

**122334:** Ahí estamos dos, cuatro, seis agentes contando...

4



ADMINISTRACION
DE JUSTICIA

**JUEZ:** ¿Seis?

**122334:** Eso es...

**JUEZ:** Todavía no se han aproximado a la Embajada...

**122334:** Todavía ahí no.

**JUEZ:** Entonces ¿qué ocurre?

**122334:** Con posterioridad, el jefe lo que hace es montar un dispositivo, al dar veracidad, todavía seguimos entrevistándonos con ella a través del traductor, ella, la víctima sigue haciendo hincapié que hay que entrar, que en la Embajada está ocurriendo algo muy grave, algo muy importante y el jefe, pues, en este caso el jefe inmediato monta un dispositivo de seguridad en el perímetro de la...

**JUEZ:** Un dispositivo de seguridad perimetral hecho por ustedes...

**122334:** Eso es.

**JUEZ:** Para cubrir todos los accesos de la Embajada a la calle.

**122334:** Eso es, pero, previo, antes, de hacer ese dispositivo, se decide ir a ver qué está ocurriendo en el interior de la Embajada.

**JUEZ:** Ok, este ¿quiénes se desplazan a la puerta de la Embajada?

**122334:** Ahí entonces pasamos, yo, mi compañero que venía conmigo y otro compañero.

**JUEZ:** ¿El jefe?

**122334:** No, un compañero que estaba... el jefe todavía no se había... el jefe estaba presente, estaba allí, lo que pasa es que estaba con el otro indicativo atendiendo a la víctima.

**JUEZ:** Ok.

**122334:** Eso es.

**JUEZ:** Y entonces el jefe les comisiona a ustedes para que vayan a la puerta.

**122334:** Para que vayamos a la puerta.

**JUEZ:** Iban usted y un compañero...

**122334:** Yo, y dos compañeros más.

**JUEZ:** ...y dos compañeros, tres agentes van a la puerta de la Embajada.

**122334:** Tres agentes.

**JUEZ:** Ok.



ADMINISTRACION
DE JUSTICIA

**122334:** Timbramos al telefonillo, tardaron un ratito en contestar, contestan en español, pero se entendía más o menos bien y tardan alrededor de unos dos minutos, tres minutos largos en salir.

**JUEZ:** En abrir la puerta.

**122334:** En abrir la puerta, en efecto. Aparece una persona con rasgos orientales vestido de traje, traje así como de color, un color azul oscuro, así fuerte así (señala) y con un pin, de eso sí que nos dimos cuenta los tres, con un pin de la imagen del presidente de Corea del Norte, con una coleta y la sensación que tenemos los tres, o por lo menos la mía, es una sensación...como...no...como de interesarse, porque nosotros le preguntamos como si...nos hemos encontrado a una mujer que estaba deambulando, que estaba herida y que nos manifiesta que aquí está ocurriendo un incidente que nos podía, efectivamente, decirnos, qué está ocurriendo ahí dentro. Nos dice que no, que no está ocurriendo nada, que han tardado un poquito más en salir, más o menos se le entendía bien el español, que le ha costado un poquito más el salir y que si hemos escuchado ruidos es porque no podía abrir una puerta porque se quedaba, se quedaba como encasquillada, le habían tenido que dar una patada y...para poder abrir la puerta y, al salir, también hace mucho hincapié en que a todo ciudadano coreano que tenga cualquier tipo de problema, cualquier tipo de incidente...como que tenemos, no una obligación, pero que, como que tenemos el deber de comunicarle qué le está pasando a esa persona, *"ustedes saben, eh, bueno, saben, que tienen deber de comunicar cualquier incidente que le ocurra a cualquier ciudadano coreano, tienen la obligación, tienen el deber de comunicarlo a esta Embajada y ponerlo en conocimiento"*. Tal cual. La sensación que nos da...pues eso, no nos da mucho...hace mucho hincapié en preguntas de ese tipo... no sé, nos quedamos extrañados, nos damos la vuelta los tres, nos vamos a hablar con el jefe.

**JUEZ:** ¿Ahí termina el diálogo?

**122334:** Ahí termina, sí, es una conversación de...dos minutos, tres minutos... no más.

**JUEZ:** ¿Sale esta persona sola o sale acompañada de alguien?



ADMINISTRACION
DE JUSTICIA

**122334**: Sola, sola, sola. Lo que sí hace es que abre la puerta, según abre la puerta, que son cosas que a lo mejor uno se queda... se queda pendiente de ello...

**JUEZ**: Sí.

**122334**: ...cierra la puerta, no la deja cerrada por completo, pero sí la deja, sí la deja cerrada.

**JUEZ**: Le voy a mostrar una fotografía que aparece en el folio 54 del atestado policial 1087/19 ¿De acuerdo?

**122334**: Ujum...

**JUEZ**: Entonces, para que usted me (ininteligible) acérquese por favor para poder verla...Si esta es la situación que ustedes vieron.

**122334**: Ese soy yo. Correcto, el compañero estaba a la izquierda.

**JUEZ**:  Sale en la fotografía esta de hecho.

**122334**: Sí.

**JUEZ**: De acuerdo. El agente que aparece, uno de los agentes que aparece en la fotografía es usted...Esta es la puerta...

**122334**: Esta es la puerta de la Embajada, timbramos al telefonillo y efectivamente salió esta...

**JUEZ**: Aquí hay una imagen de otros dos agentes policiales y luego hay un caballero en la puerta.

**122334**: Eso es...

**JUEZ**: Esta es la persona que les abrió...

**122334**: Esta es la persona que nos abrió, correcto.

**JUEZ**: Le estoy mostrando el folio 55, esta fotografía, en la puerta de la Embajada, hay un señor en la puerta ¿Esta persona es la que a ustedes les atendió?

**122334**: Sí, sí, eso es, eso es.

**JUEZ**: Hay una imagen muy nítida de esta persona en el folio 53.

**122334**: ¿Ves? Ahí dejo de verse.

**JUEZ**: (ininteligible) que esta persona les atendió, sí ¿verdad?

**122334**: sí, sí, sí, sí, perfectamente.

**JUEZ**: Hacía usted indicación a un pin.



ADMINISTRACION DE JUSTICIA

**122334:** Sí, como en la parte superior, conforme le tenía enfrente era la, sí, la parte aquí superior aquí (señala).

**JUEZ:** Aquí aparece lo que parece un pin, efectivamente.

**122334:** Sí, sí, además de color colorado, así como un color así colorado.

**JUEZ:** Muy bien, en la página 53 no aparece.

**122334:** No aparece.

**JUEZ:** Muy bien, más que reconocer a la persona, es la propia escena, la que usted vivió.

**122334:** Sí, sí, sí, correcto, eso es, sí, sí, tal cual.

**JUEZ:** (ininteligible) por la cámara de (ininteligible). Entonces, finalizó este diálogo de unos minutos, muy breve... Finalizó este diálogo de unos minutos, muy breve con esta persona y entonces ¿qué sucedió?

**122334:** Nos dirigimos a hablar con el jefe donde estaba la víctima, que todavía la estaban atendiendo a esta mujer y allí estaba en este caso el jefe y le comentamos la conversación que hemos mantenido con en este hombre. Y, en efecto, el jefe lo que decide es dar igualmente que nosotros veracidad a lo que pudiera estar ocurriendo ahí, ahí dentro y entonces es cuando el jefe decide montar un dispositivo perimetral de seguridad para saber qué está ocurriendo.

**JUEZ:** Ajá, y debo entender que se monta ese dispositivo perimetral...

**122334:** Sí, sí, sí. Bueno, sí.

**JUEZ:** Una vez que se instala el dispositivo perimetral ¿Qué más sucede?

**122334:** Pues el dispositivo se monta alrededor de... pues esto entra... la llamada entra entre las 17:30-17:45, entre que se atiende a la víctima, y que nosotros estamos... nos entrevistamos con esta persona, calculamos que alrededor de entre una hora y media, alrededor de una hora y media es cuando ya se... a la persona, a la víctima se la llevan al hospital, ahí acompaña el jefe acompaña a esta...a la víctima, acompañados de otro indicativo que también se presentaron allí, y allí dejaron dos indicativos policiales, dos coches patrullas, compuesto de dos funcionarios cada coche. Se monta ese dispositivo...

**JUEZ:** Y estaba usted entre esas cuatro personas que se quedan

**122334:** Sí, sí.

**JUEZ:** Muy bien



ADMINISTRACION
DE JUSTICIA

**122334:** Estamos alrededor de una hora, alrededor de una hora y uno de los coches patrullas tiene que marchar, indicativo, indicaciones por parte de que solamente quede un vehículo policial pendiente de lo que está ocurriendo. Nos quedamos con el vehículo enfocando hacia lo que es la puerta de acceso peatonal, la verdad que no teníamos acceso de vista a lo que es la entrada y salida de vehículos, la puerta del garaje y una vez que se marchan, quedamos únicamente un coche patrulla, yo y el compañero, y, pues eso, desde que se marcha este indicativo que estaba con nosotros, alrededor de una hora aproximadamente también, hora, hora y poco, vemos, en este caso, veo, y bueno, también el compañero que sale un vehículo de alta gama, tipo furgoneta, tipo MERCEDES, en sentido hacia donde estamos nosotros, a donde estaría el coche patrulla, y me fijo que sale con las luces apagadas y entonces bueno, pues las instrucciones es, cualquier cosa que puedan ver extraña...intenten tomar datos, cuantos más, mejor. A la que pasa el vehículo, concretamente yo estaba en el lado del conductor, yo estaba conduciendo el vehículo, veo como la, el vehículo que sube hacia arriba con las luces apagadas conducido por él, la misma persona que nos que nos recibió, que nos abrió la puerta, de eso sí me acuerdo perfectamente, porque me acuerdo perfectamente, porque me quedé, y solamente conducía él solo, no conducía nadie más, o eso me fijé yo, y conseguí coger la placa de matrícula de esa furgoneta, de la MERCEDES y al minuto aproximadamente, sale un segundo vehículo, un minuto, dos minutos, salió otro vehículo de la marca AUDI, de color oscuro también conducido también por una persona de rasgos orientales en la misma dirección, y también cogimos la placa de matrícula, y también la copiamos, las indicaciones que nos dijeron por parte de los jefes que, cualquier movimiento extraño que se comunicara, que se anotara. Una vez que salen, quince, veinte, alrededor de entre quince, veinte minutos media hora, no más, vemos que empieza a haber mucho movimiento, mucho revuelo y vemos a tres jóvenes, también con rasgos orientales, concretamente uno de ellos, nosotros estábamos parados tal que mirando hacia la embajada, pues por la acera de al lado, pasa un joven coreano con la chaqueta como de piel, sí bueno como de cuero, de color negra, con vaqueros, pasa para allá, o sea, sube hacia arriba. Sube hacia arriba y vuelve a bajar y como le digo, con una actitud vigilante,

9



ADMINISTRACION
DE JUSTICIA

como, como sabiendo de nuestra presencia. A la que bajan para abajo como para el acceso a la embajada, justamente en la acera de enfrente de la embajada hay una marquesina, ahí estaban esperando otros dos jóvenes y, claro, nosotros empezamos a ver ya mucho revuelo, empiezo a hablar con el compañero, oye, mira este joven acaba de subir, ahora acaba de bajar, ahora se junta con estos dos, que cosa más rara. Justamente enfrente de la puerta hay aparcado un MERCEDES de color oscuro, se bajó una persona, se bajó una persona y está como con el teléfono. Igual, cogimos placa de matrícula, y vemos efectivamente, como uno de los jóvenes (initeligible) con esa persona, una conversación nada de... cinco segundos, diez segundos, de cinco o diez segundos no más. Se vuelven otra vez a juntar los tres, bajan un pelín para abajo y entonces es cuando vemos que uno de ellos, yo en concreto, yo por lo menos, veo, el compañero dice que a lo mejor pudo ver más, pero yo solamente vi a uno, y luego así lo corroboró posteriormente la persona que saltó, saltó la tapia, saltó lo que es la verja, saltó al interior y ahí fue cuando empezamos a pedir colaboración de que se estaba saltando la tapia de la Embajada, después de todo lo que estaba aconteciendo, de todo lo que había pasado. Y alrededor de los...no llega tampoco...veinte minutos, no más, quince, veinte minutos, vemos salir a gente, gente engrilletada, gente que le estaban cortando las bridas, uno de ellos en concreto nos requiere de nuestra presencia solicitando ayuda, de que unas personas les habían entrado, nosotros no sabíamos...y se han marchado. Lo único que nos decían, han entrado nos han puesto bolsas en la cabeza, nos han maniatado y se han marchado con los vehículos, con los coches de la Embajada. Yo le pregunté que si había gente en el interior que pudiera estar fallecida, si había gente todavía... gente... si había armas también le pregunté, la gente que entró sí, entraron armados, tal cual me lo dijo, "sí, sí, entraron armados", le dije si había gente herida, íbamos a pedir (ininteligible) pero que no se acercaran, nosotros no sabíamos si esas personas podían ser supuestos asaltantes o eran víctimas. Entonces, esperamos a que llegasen todos los indicativos para colaborar con nosotros, les permanecimos ahí más o menos en una zona de seguridad, junto a la tapia, que no se movieran hasta que no llegaran, por lo que le digo, porque no sabíamos las intenciones, ahí salía gente, salía gente maniatada, es una



ADMINISTRACION
DE JUSTICIA

situación de estrés un poquito importante, y decidimos dejarlos contra… y que no se preocupasen que venían los médicos e iban a venir más policías para ver, para esclarecer a ver qué estaba pasando aquí. Ellos colaboran en todo momento y hasta que ya llegan los coches patrulla y así es como ya…como va aconteciendo todo.

**JUEZ:** Muy bien, los tres chavales, esas tres personas que llegaron más tarde, casi a la noche y de los cuales uno saltó, también salieron con estas víctimas ¿no?

**122334:** Sí.

**JUEZ:** Se quedaron allí con ellas.

**122334:** Sí. Concretamente uno de ellos, le dije, digo… *¿llevas algo en los bolsillos?* y sacó una especie de…no sé si eso se entrega, una especie de cuchillito que al parecer es con el que cortaron las…

**JUEZ:** Las bridas.

**122334:** (asiente)

**JUEZ:** Ajá. Alguna de las personas que salió de la Embajada ¿percibió usted que estuviera golpeada, que estuviera lesionada?

**122334:** Sí, sí, sí. En concreto la persona más mayor, la que era más veterana era la persona que presentaba más magulladuras.

**JUEZ:** Ajá ¿Qué le percibió usted?

**122334:** Erosiones en la cara, sí, también fuertes golpes como en la cabeza y…

**JUEZ:** O sea golpes, usted percibió que tenía en la cabeza…

**122334:** Sí, sí, erosiones…eso es.

**JUEZ:** Heridas… ¿y por el cuerpo también?

**122334:** Es que por el cuerpo iba vestido.

**JUEZ:** Ah ¿Él se lo dijo a usted?

**122334:** Es que no hablaba, no hablaba mucho, era una persona que tampoco …

**JUEZ:** ¿Alguna de esas personas le manifestó a usted si había sido golpeada?

**122334:** Sí, sí, sí.

**JUEZ:** ¿Se lo manifestaron?

**122334:** Sí, en este caso, creo que era el responsable en ese momento.

**JUEZ:** El responsable se lo dijo a usted entonces ¿Qué le dijo exactamente?



**ADMINISTRACIÓN DE JUSTICIA**

**122334:** Sí, que habían entrado una serie de personas, surcoreanos, ellos pues dicen que por el acento pudieran ser surcoreanos.

**JUEZ:** Ajá.

**122334:** Y sí, que los golpearon, que les pusieron bolsas.

**JUEZ:** ¿Ustedes entraron finalmente en la Embajada?

**122334:** Yo, vamos, nosotros nos quedamos en el exterior, lo que es en la fachada atendiendo a…

**JUEZ:** De acuerdo, muy bien, el **FISCAL**, alguna pregunta.

**FISCAL:** Sí, con su venia. La persona que dice no ha pasado nada… ¿era un castellano fluido o le costaba …?

**122334:** No lo sé, era entendible, era entendible. Sí, pudiera tener conocimientos y a lo mejor no con tantos tecnicismos como un castellano parlante (ininteligible) y vamos, eh, pero sí se le entendía bien y nos entendía las instrucciones y nosotros le entendíamos lo que nos quería decir.

**FISCAL:** Esa persona que, a la que atiende el SAMUR y con la que hablan a través de la aplicación de Google ¿Le llegó a explicar cómo había salido de la Embajada?

**122334:** Concretamente a mí, no. Ella lo único que hacía hincapié era que ahí había gente dentro de la Embajada y que estaban matando gente, y que había niños… El traductor era lo que…

**FISCAL:** La persona que salta la tapia, la vieron nada más… ¿ustedes la detectaron justo cuando llegaron la primera vez o fue después?

**122334:** Nosotros, nada más que llegamos estaba dentro de la ambulancia…

**FISCAL:** No, no, me refiero otra vez al chico que salta, al chico, al chico que salta dentro a ayudar a los otros…

**122334:** Le vimos anteriormente, al menos yo le vi, iba con la chaqueta negra

**FISCAL:** No, me refiero a que si estaba ya cuando sale la furgoneta y sale el otro vehículo después… ·

**122334:** No.

**FISCAL:** Y las personas con las que habla ¿también las detecta en ese momento? Con las que habla este chico ¿No las habían visto antes? Sí, el que salta la tapia hacia dentro.

12



ADMINISTRACION DE JUSTICIA

**122334:** ¿Con las otras dos personas que se juntó junto a la marquesina se refiere?

**FISCAL:** Sí.

**122334:** Yo solamente les vi, cuando subían, cuando bajaban, y a la que bajaban, junto a la marquesina vemos que se junta con estos dos jóvenes.

**FISCAL:** ¿También en ese momento es la primera vez que les ve?

**122334:** Sí.

**FISCAL:** No hay más preguntas.

**JUEZ:** Muy bien. Gracias. Visto. Hemos terminado. Podemos cortar la grabación."

Concluida la transcripción de la declaración, de lo cual certifico.

En la Villa de Madrid, a 25 de julio de 2019

**EL LETRADO DE LA ADMINISTRACIÓN DE JUSTICIA**



Annex 4

Police officer - no. 122271

[Coat of arms]
JUDICIAL
ADMINISTRATION

## CENTRAL COURT OF INVESTIGATION [JUZGADO CENTRAL DE INSTRUCCION] No. 005

MADRID
C/GARCÍA GUTIÉRREZ S/N
Telephone number: 91 709 64 78
Fax: 91 709 64 86
General Identification Number [NIG]: 28079 27 2 2019 0000469
GUB11

**PRELIMINARY PROCEEDINGS IN SUMMARY PROCEEDINGS [DILIGENCIAS PREVIAS PROC. ABREVIADO] 0001396/2019 AB**

**MS MARÍA JESÚS FRAILE MARTÍN, JUDICIAL ADMINISTRATION CLERK AT CENTRAL COURT OF INVESTIGATION NUMBER 5 OF THE NATIONAL HIGH COURT [AUDIENCIA NACIONAL]:**

### I HEREBY CERTIFY THAT:

Preliminary Proceedings no. 1396/2019 are underway in this Court **for offences of causing injuries [lesiones], illegal restraint [detenciones ilegales], threats [amenazas], breaking and entering [allanamiento de morada], robbery with violence and intimidation [robo con violencia e intimidación] and criminal organisation [organización criminal]** and the following is a faithful and literal transcription of the contents of the statement made in the course of these proceedings in this Court on 15 March 2019 at 13:39 by the National Police Force Officer with professional identity card no. 122271:

**JUDGE:** Well, it's 15 March 2019, Preliminary Proceedings 1396/2019, statement by the National Police Force Officer with professional identity card number 122271. That's you, isn't it?
122271: Yes, correct.
**JUDGE:** Very good. Look, I inform you that an audiovisual recording is being made of this hearing and that you are appearing as a witness today in these proceedings. You are under the obligation to tell the truth. Do you swear or promise to tell the truth?
**122271:** Yes.

1

34

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** I inform you that the penal code establishes false testimony as an offence in procedures of this kind. Look, your intervention in these events was obviously of a strictly professional nature, as a police officer, is that right?
**122271:** Correct.


**JUDGE:** Very good. Look, I'm going to refer to an event that took place, to an intervention by you and your colleagues that took place on 22 February in the afternoon at Calle Darlo Aparicio, near the North Korean embassy, OK? You remember that intervention, don't you?
**122271:** yes.

**JUDGE:** Very good, then tell me at what point your intervention in this episode began.

**122271:** Well, it began when a call came in from the 091 operations room [emergency control centre] stating that, in the immediate vicinity of the Embassy, I don't remember the street exactly, there was a woman with Asian features covered in blood with the emergency medical services, with SAMUR, I think it was, and they didn't know what had happened to her, that's how it all started. We then headed to the scene, I don't know if you want me to continue

JUDGE: Yes, exactly you arrived at the scene and got inside the ambulance, I believe...

**122271:** Correct.

**JUEZ:**...to see this person...

**122271:** Yes, they had the lady, they were attending to her inside the ambulance

**JUDGE:** Yes.

**122271:** She didn't speak Spanish at all, we couldn't understand her, but she was trying to express something. So what my colleagues and I tried, well, using the resource we had which was Google Translate, we showed her, we asked her what had happened and more or less she said it, and it translated what she said, some things made no sense; but yes, she said that there had been some kind of problem at the North Korean Embassy, that it was nearby, that she was inside and that she had hit her head or that her head had been hit, (unintelligible) well, trying to flee the place because people from outside the embassy had got in and we didn't understand what they intended to do...

**JUDGE:** I understand that at one point you and some of your colleagues approached the embassy door.

**122271:** Correct.

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** Tell me what happened at that point, how, what happened at that point when you arrived at the embassy door.

**122271:** We went to find out what was happening, to see what they could tell us at the Embassy in case they had some kind of problem, we rang the bell and a person with Asian, oriental features, with a pigtail down to his, as far as his back, a little facial hair, a goatee, he had a suit and also a pin, with the face of, I think it was Kim Jon-Un, the president or well ... I don't know .. And we asked him, well, we told him that a woman had told us that there had been some kind of problem here and we didn't know if it was true, if not, did they need anything or ... And this person, well, he said no, he told us that not there, no, he didn't know what we were talking about, there was no problem. He spoke Spanish with an accent (unintelligible) understand a perfect Spanish accent, but you could tell that ... And he said no, there was nothing happening there, he did say that if we had heard some noise it was because they had a problem opening one of the doors that had jammed and they couldn't open it; if that was what we had come for, but what we were telling him about the girl, about a girl ... they didn't know, they didn't know anything. He stressed several times that if the woman was a North Korean subject we had to tell him, what's more, he reiterated several times, "if she is a Korean subject you have to tell us", we said yes, yes, don't worry, if we consider it appropriate we will notify the Embassy. And those were the words we spoke with this person

**JUDGE:** I'm going to show you some photographs (unintelligible) 1087/19 of 8 March, page 54, if you would be so kind as to approach.

**122271:** Yes

**JUDGE:** They're photographs, I'd like you to see them. I'm referring to the second and third photo on this page. Do you recognise this place?

**122271:** Yes, yes, that's me.

**JUDGE:** So you are even in the bottom picture. Is this the scene you described?

**122271:** Exactly so.

**JUDGE:** The scene that occurred when you arrived at the Embassy

3

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122271:** (he nods in agreement)

**JUDGE:** Is the individual who opened the door this person who can be seen there?

**122271:** Exactly so

**JUDGE:** No?

**122271:** That's correct

**JUDGE:** Is this person, is it? Here on page 55, top photograph, the same person can be seen again.

**122271:** Exactly, with the pin I told you about. What's more, you can see it...

**JUDGE:** And this is the scene that you experienced at the Embassy, with this person.

**122271:** Exactly

**JUDGE:** Very good, return to your place. So, tell me, what happened after that?

**122271:** Well, we went back to the ambulance, where the rest of our colleagues were, we explained what we had talked about, that there was no... it seemed that nothing was happening there, everything seemed... outwardly normal and correct, and now the boss decided that some colleagues would go to the hospital with the victim and we would set up a control point, in the vicinity of the (unintelligible) in view of what might happen, but without any kind... until the events were clarified.

**JUDGE:** Were you one of the people who stayed at the Embassy?

**122271:** Correct, yes

**JUDGE:** Very good. When did the next incident occur? If there was one

**12227.1:** Yes, yes, yes, yes, yes. In the timeline, I couldn't tell you exactly how much time went by, but I do know that when we set up the control point it was still day and later it was night, in other words, maybe two hours or so could have passed. The next thing we saw was that suddenly a van, I can't tell you the registration plate right now, but we took it down... a van came out, a MERCEDES VIANO, moving quite fast towards our position with the lights off. It wasn't me who identified the driver, my partner did... it was my partner who came in before

**JUDGE:** You didn't see the driver?

4

[Coat of arms]
JUDICIAL
ADMINISTRATION

**122271:** No, I didn't manage to...

**JUDGE:** Very good

**122271:** But my partner did

**JUDGE:** What else happened?

**122271:** OK. He passed us, drove off and then within seconds or a minute at most a dark AUDI A8 came out. It was the one that the ambassador or the person in charge uses because the registration plate ended in 01. It also drove off in the same direction at great speed. My partner and I found that quite strange, but when we began to see, there were signs of movement in the vicinity, an UBER arrived and stopped, it looked like an UBER or a CABIFY, a vehicle (unintelligible) driving around for a while, we didn't know what it was doing, we called in its registration plate by radio too. What's more, a number of people with oriental features also began moving around... Then we requested more units by radio because at that point it was just my partner and me there. The control point was initially formed by two vehicles, there were four police officers, but at that point it was only my partner and me, the other vehicle had already gone, so we asked for assistance because everything we were seeing seemed strange to us, and now when we saw three individuals who were hanging around there and one of them climbed over the wall into the Embassy, climbed over the wall and got inside, that was very alarming, we started asking for support by radio and just as that was happening people began to come out of the Embassy ... six, seven people, I don't know the exact number right now...And, naturally, they saw the police vehicle and approached, they approached us

**JUDGE:** As the persons who were coming out... what were their circumstances?

**122271:** Well, as they came out, they were shouting, (unintelligible) gesturing, in a way...they looked nervous. We were about...approximately about a hundred metres away, I'd say. They came towards us and after what we had (unintelligible) understand from the lady and in view of what had happened before and well, the truth is that for our own safety we didn't let these people approach us, we took cover behind the vehicle, we aimed our guns at them and told them that nobody should approach until we had at least received a response from our colleagues to be able to control the situation because we didn't know if they might really be dangerous, if they were assailants, if they were ... we didn't know.

38

[Coat of arms]
JUDICIAL
ADMINISTRATION

Subsequently our colleagues arrived, there were enough officers, we approached these people and we noticed that some of the people had cable ties on.

**JUDGE:** These people still had cable ties on?

**122271:** Yes, well, I am one hundred percent sure because, besides, I took them off, they had hinged handcuffs on.

**JUDGE:** Hinged handcuffs. ·

**122271:** Yes, hinged handcuffs...like ours, the ones the police use

**JUDGE:** (unintelligible) Did they present any signs of injury?

**122271:** Yes, they presented minor injuries, bruises such as blows to the face, to the head and they were dishevelled, it looked like that they had been beaten or...

**JUDGE:** Did you go inside the Embassy?

**122271:** Not at that point, no. Much, much later we did (unintelligible) we carried out a short search around the...around the garden, but no, we didn't enter at that time or immediately afterwards

**JUDGE:** Very good. Thank you. The state prosecutor.

**STATE PROSECUTOR:** Yes, with your permission, sir. Did the individual who climbed over the Embassy wall stop at the door first?

**122271:** I think so, like I said we were some distance away... no, no, I couldn't say which was which, but it was one of the people who were around there at the time and it was one of them who climbed over.

**STATE PROSECUTOR:** No more questions.

**JUDGE:** Very good. Heard. We've finished. We can stop recording."

**This concludes the transcription of the statement, which I hereby certify.**

In the City of Madrid on 25 July 2019
THE JUDICIAL ADMINISTRATION CLERK

Anexo 4

Policia – No. 122271



ADMINISTRACION
DE JUSTICIA

**JUZGADO CENTRAL DE INSTRUCCION Nº 005**

**MADRID**

C/GARCIA GUTIÉRREZ S/N
Teléfono: 91 709 64 78
Fax: 91 709 64 86
NIG: 28079 27 2 2019 0000469
GU811

**DILIGENCIAS PREVIAS PROC. ABREVIADO 0001396 /2019  AB**

**DOÑA MARÍA JESÚS FRAILE MARTÍN, LETRADO DE LA ADMINISTRACIÓN DE JUSTICIA DEL JUZGADO CENTRAL DE INSTRUCCIÓN NÚMERO 5 DE LA AUDIENCIA NACIONAL:**

# CERTIFICO:

Que en este Juzgado se siguen Diligencias Previas nº 1396/2019, **por delitos de lesiones, detenciones ilegales, amenazas, allanamiento de morada, robo con violencia e intimidación y de organización criminal,** y que el **contenido** de la declaración prestada en el seno de las mismas, en este Juzgado, en fecha 15 de marzo de 2019 a las 13.39 horas, por el Agente del Cuerpo Nacional de Policía nº profesional 122271, es el que a continuación se recoge en transcripción literal y fidedigna:

"**JUEZ:** Bien, es quince de marzo de dos mil diecinueve, Diligencias Previas 1396/2019, declaración del Agente de Policía Nacional número profesional 122271. Es usted ¿verdad?

**122271:** Sí, correcto.

**JUEZ:** Muy bien. Mire le informo que esta audiencia se graba audiovisualmente, también que comparece en calidad de testigo en el día de hoy en este procedimiento. Tiene obligación de decir la verdad ¿Jura o promete decir la verdad?

**122271:** Sí.

**JUEZ:** Sepa que el código penal prevé como delito el falso testimonio en esta clase de procedimientos. Mire, la intervención que ha tenido usted en estos hechos, es, obviamente, de carácter estrictamente profesional, como agente de policía ¿verdad?

**122271:** Correcto.

1



ADMINISTRACIÓN
DE JUSTICIA

**JUEZ:** Muy bien. Mire, me voy a referir a un acontecimiento que tuvo lugar, a una actuación de ustedes que tuvo lugar el día veintidós de febrero por la tarde en la calle Darío Aparicio, en las proximidades de la embajada de Corea del Norte ¿De acuerdo? Esta actuación usted la recuerda ¿verdad?

**122271:** Sí.

**JUEZ:** Muy bien, entonces, cuénteme, en qué momento comienza su actuación en este episodio.

**122271:** Pues comienza cuando entra una llamada por la sala operativa del 091 manifestando que, en inmediaciones de la Embajada, no recuerdo exactamente la calle, había una mujer de rasgos asiáticos con sangre, con los servicios de urgencia sanitaria, con el SAMUR, creo que era, y que no sabían que le había sucedido. Así es como empezó todo. Nosotros entonces nos dirigimos al lugar, no sé si quiere que continúe...

**JUEZ:** Sí, exactamente ustedes llegan al lugar y, acceden entiendo al interior de la ambulancia...

**122271:** Correcto.

**JUEZ:** ...para poder ver a esta persona...

**122271:** Sí, tenían a la señora, la estaban atendiendo dentro de la ambulancia

**JUEZ:** Sí.

**122271:** No hablaba en absoluto castellano, no la podíamos entender, pero ella intentaba manifestar cosas. Entonces lo que intentamos los compañeros y yo, pues, utilizando los medios que teníamos que era el Google Traductor, pues le enseñábamos, le preguntábamos qué era lo que había sucedido y ella pues más o menos lo decía, y traducía lo que decía, algunas cosas no tenían ningún sentido, pero sí, decía como que había habido algún tipo de problema en la Embajada de Corea del Norte, que se encontraba allí cerca, que ella estaba dentro y que se había golpeado la cabeza o que le habían golpeado la cabeza, (ininteligible) bien, intentando huir del lugar porque había entrado gente de fuera de la embajada y no entendíamos a hacer que...

**JUEZ:** Entiendo que en un momento determinado usted y algún compañero suyo más se aproxima a la puerta de la embajada.

**122271:** Correcto.

2



ADMINISTRACION
DE JUSTICIA

**JUEZ:** Cuénteme, en ese momento que ocurre, cómo, en ese momento qué ocurre cuando ustedes llegan a la puerta de la embajada.

**122271:** Vamos a comprobar qué es lo que sucede, a ver qué es lo que nos pueden contar de la Embajada por si hubieran tenido algún tipo de problema, tocamos el timbre y sale una persona también con rasgos asiáticos, orientales, con una coleta que le llegaba hasta, por la espalda, un poquito de pelo en la cara, una chiva, tenía un traje de chaqueta y un pin además de, con la cara de, creo que era de Kim Jon-un este, el presidente o bueno... no sé...Y le preguntamos que, bueno, le decimos que una mujer nos ha dicho que había habido algún tipo de problema aquí dentro y no sabemos si es cierto, si no, si tienen algún tipo de necesidad o...Y esta persona pues nos dice que no, nos dice que ahí no, que no, que no sabe de qué estamos hablando, no hay ningún problema. Habla español, con acento de (ininteligible) entender un acento español perfecto, pero se notaba que...Y nos dice que no, que ahí no pasaba nada, que si habíamos escuchado algún ruido, eso sí nos lo dijo, que había sido porque habían tenido un problema para abrir una de las puertas que se les había quedado cerrada y no la podían abrir, por si veníamos por eso, pero que lo que le contábamos de la chica, de una chica...que no sabían, no sabían nada. Nos insiste en varias ocasiones que, si esa mujer era una súbdita norcoreana que teníamos que decírselo, además, nos lo reitera en varias ocasiones, *"si es súbdita coreana nos lo tienen que decir"*, nosotros sí, sí no se preocupe que si nosotros lo consideramos oportuno lo comunicaremos a la Embajada. Y esa fue las palabras que hablamos con esta persona

**JUEZ:** Le voy a mostrar unas fotografías (ininteligible) 1087/19 de ocho de marzo, folio 54, si es tan amable se aproxima.

**122271:** Sí.

**JUEZ:** Son fotografías, me gustaría que las viera. Me refiero a la segunda y tercera que obran en esta página ¿Reconoce este lugar?

**122271:** Sí, sí, este soy yo.

**JUEZ:** Está usted entonces de hecho incluso en la imagen de abajo ¿ésta es la escena que ha relatado?

**122271:** Exactamente.

**JUEZ:** La que se produce cuando ustedes llegan a la Embajada



ADMINISTRACION
DE JUSTICIA

**122271:** (asiente con la cabeza)

**JUEZ:** ¿La persona que les abre la puerta es ésta que aparece ahí?

**122271:** Exactamente

**JUEZ:** ¿No?

**122271:** Es correcto

**JUEZ:** Esta persona es ¿no? Aquí en el folio 55, fotografía superior aparece nuevamente la persona.

**122271:** Exactamente, con el pin que le he dicho, además, se puede ver...

**JUEZ:** Y esta escena es la que ustedes vivieron en la Embajada, con esta persona.

**122271:** Exactamente

**JUEZ:** Muy bien, de acuerdo, vuelva a su sitio otra vez. Entonces, dígame, después de este momento ¿Qué es lo que sucede?

**122271:** Pues nosotros volvemos otra vez a la ambulancia, donde se encuentran el resto de nuestros compañeros, contamos lo que habíamos hablado, que allí no... parecía que no pasaba nada, todo parecía...exteriormente normal y bueno, y ya pues el jefe dispone que unos se vayan al hospital con la víctima y que montáramos un punto, en las inmediaciones del, de la (ininteligible) pues por lo que pudiera pasar, pero sin ningún tipo...hasta que se esclareciese lo que ha sucedido.

**JUEZ:** ¿Usted es de las personas que se queda en la Embajada?

**122271:** Correcto, sí

**JUEZ:** Muy bien ¿En qué momento vuelve a producirse una incidencia? Si es que esto ocurre

**122271:** Sí, sí, sí, sí, sí. En la línea de tiempo, no sé decirle exactamente cuánto tiempo pasó, pero sí sé que cuando montamos el punto era de día, y luego ya era de noche, o sea, pudieron pasar a lo mejor dos horas, o alrededor. Lo siguiente que vimos fue que de repente una furgoneta, que no le puedo decir ahora mismo de memoria la matrícula, pero la tomamos...salió una furgoneta, una MERCEDES VIANO, bastante rápido en dirección hacia nuestra posición con las luces apagadas. Yo no fui el que identificó al conductor, el compañero sí que... que fue el otro compañero que entró ya

**JUEZ:** ¿Usted no vio al conductor?



ADMINISTRACION
DE JUSTICIA

**122271:** No, yo no conseguí de...

**JUEZ:** Muy bien

**122271:** Pero el compañero sí

**JUEZ:** ¿Qué más ocurrió?

**122271:** Vale. Cruzó con nosotros, se fue y seguidamente a los segundos o un minuto como mucho salió un AUDI A8 oscuro que era el del embajador o el responsable porque era con la matrícula acabada en 01, también salió a toda prisa en la misma dirección. Eso, al compañero y a mí nos pareció bastante extraño, pero ya cuando empezamos a ver, se empezó a ver movimiento por las inmediaciones, llegó un UBER, que se paró, un UBER o un CABIFY parecía, un vehículo de... (ininteligible) dando vueltas durante un rato, no sabíamos qué era lo que estaba haciendo, pasamos también su placa de matrícula por la, por la emisora. Además, empezaron a rondar varias personas también de, con rasgos orientales...Entonces ya nosotros por la, por el equipo pedimos que se personaran allí más indicativos, porque en ese momento nos encontrábamos solamente mi compañero y yo. El punto inicialmente éramos dos vehículos, que éramos cuatro funcionarios de policía, pero en ese momento solo estábamos mi compañero y yo, el otro vehículo ya se había ido, entonces pedimos colaboración porque nos pareció extraño todo lo que se estaba viendo, y ya cuando vimos a tres de esas personas que por allí merodeaban, que uno de ellos saltaba dentro de la Embajada por el muro, saltaba el muro y escalaba dentro sí que nos alarmó del todo, empezamos a pedir apoyo por la emisora y justo cuando estaba pasando ya empezó a salir gente de la Embajada...seis, siete personas no sé ahora mismo exactamente el número...Y se, claro, vieron el vehículo policial y se acerca, se acercaban a nosotros

**JUEZ:** Estas personas que salían... ¿qué circunstancias concurrían en ellas?

**122271:** Salían pues, gritando, (ininteligible) aspavientos, de una manera...nerviosos se veían ellos. Estábamos como a unos...aproximadamente unos cien metros, calculo. Venían hacia nosotros, como, dado lo que, nos había, habíamos (ininteligible) entender de la señora y viendo lo que había pasado antes y pues, la verdad que por nuestra propia seguridad no dejamos que estas personas se nos acercaran, nos parapetamos detrás del vehículo, los encañonamos y les dijimos que no se acercara nadie hasta que tuviéramos por



ADMINISTRACION
DE JUSTICIA

lo menos respuesta de nuestros compañeros para poder controlar la situación porque no sabíamos si realmente podían ser personas peligrosas, si eran unos asaltantes, si eran... no sabíamos. Posteriormente ya llegaron los compañeros, éramos un número suficiente de funcionarios, nos acercamos a esas personas y nos dimos cuenta de que eran personas que algunas tenían bridas.

**JUEZ:** Esas personas ¿Todavía tenían bridas?

**122271:** Sí, bueno, yo sé seguro cien por cien porque, además, yo se lo quité, tenía unos grilletes.

**JUEZ:** Unos grilletes.

**122271:** Sí, sí, unos grilletes de...como los nuestros, los de policía

**JUEZ:** (ininteligible) ¿Presentaba alguna señal?

**122271:** Sí, presentaban lesiones leves, pero de contusiones como de golpes en la cara, en la cabeza y estaban desaliñados, parecía que les habían golpeado o...

**JUEZ:** ¿Ustedes llegaron a entrar en la Embajada?

**122271:** En ese momento no, ya muchísimo, muchísimo después, sí que (ininteligible) hicimos una pequeña requisa por el... por el jardín, pero no, no entramos ni en ese momento ni en los momento posteriores.

**JUEZ:** Muy bien. Gracias. El fiscal.

**FISCAL:** Sí, con su venia señor. La persona que salta la valla de la Embajada ¿primero se detiene en la puerta?

**122271:** Creo que sí, yo ya le digo que es que como estábamos a una distancia... no, no, no sabría decirle cual era cual, pero sí era de los que estaban por allí rondando en esos momentos y fue uno de los que saltó.

**FISCAL:** No hay más preguntas.

**JUEZ:** Muy bien. Visto. Hemos terminado. Podemos cortar la grabación."

Concluida la transcripción de la declaración, de lo cual certifico.

En la Villa de Madrid, a 25 de julio de 2019
EL LETRADO DE LA ADMINISTRACIÓN DE JUSTICIA

# Annex 5

Statement – Oscar Santiago Perales

[Coat of Arms]  MINISTRY OF THE INTERIOR

[Emblem]  *GENERAL DIRECTORATE OF THE POLICE*

MADRID POLICE HEADQUARTERS
PROVINCIAL BRIGADE
INFORMATION

**Registry no.: 3065/ 19**

| | | | |
|---|---|---|---|
| **Presiding Officer:** | 95,805 | **Date:** | 30/07/2019 |
| **Secretary:** | 106,058 | **Time:** | 10:00 |

### RECORD OF WITNESS STATEMENT

**Full Name: Oscar SANTIAGO PERALES**
**National Identity Document [DNI]:** ███124-B
**Place of birth: Madrid**
**Date:** ███1976
**Son/daughter of: Jose and Patrocinio**
**Address for service: Grupo 53, BPI Madrid, Calle Tacona, s/n (Madrid).**
**Telephone number: 913227070**

– Issued in Madrid, at the station of the Provincial Intelligence Services, on 30 July 2019 at 10:00 by the above-mentioned officers assigned to the aforementioned Provincial Intelligence Services, who are acting as the Presiding Officer and Secretary, respectively, for the purposes of this record and with regard to the events that gave rise thereto:

– He has been informed of the legal obligation to state the truth (Art. 433 of the Law of Criminal Procedure) and of the criminal responsibility he might incur in the event of a false accusation or false imputation to an individual of a criminal offence or showing flagrant disregard for the truth (Art. 456 of the Penal Code); of pretending to be the perpetrator or victim of a criminal offence (Art. 457 of the Penal Code); or of giving false testimony (Art. 458 of the Penal Code).

– He appears at this station freely and voluntarily after having been summonsed to do so to provide new information relating to the events that gave rise to these proceedings.

– The declarant is a Swimming Monitor and Lifeguard at "DAVID LLOYD" gym located at Calle Viñas del Pardo s/n in Madrid. This gym is very close to the Embassy of the Democratic People's Republic of North Korea in Madrid.

EMAIL
madrid.bpi53@policia.es

C/ Tacona s/n
28030 – MADRID
TEL. 91 322 71 45
FAX. 91 322 71 07

1

## PAGE 1

- Asked about the events that occurred on the afternoon of 22 February 2019, **HE STATES:** that at approximately 17:12 on the aforementioned day, he was on the way to work at the gym, driving his vehicle along Calle Darío Aparicio when he observed a woman about 30 metres from the Embassy of the Democratic People's Republic of North Korea who was walking hurriedly down said street against the flow of traffic and when he came close to her, she began to gesture with her arms and stepped into the road to make the declarant stop his vehicle, at which he stopped and could see that the woman's face was completely covered in blood so he got out of the vehicle to attend to her at which the woman, who was very distressed, moved quickly and opened the passenger door of the vehicle, got in and closed the door.

- Then the declarant got back into his car at which the woman began to scream at him in a very distressed manner in a language that he did not know although he could tell that it was Asian and gestured for them to leave that place urgently.

- The declarant wants to point out that when he saw the woman inside the vehicle with a bloody face and noticed that she was sitting lopsidedly, leaning towards one side, and saw her distressed demeanour, he thought she was a victim who was fleeing from an assault by a partner or an attempted rape or a similar situation that had only just occurred, so he began to drive the vehicle while calling 112, continually looking in the rear-view mirrors in case someone was following them.

- They went towards the gym where the declarant works which is only 20 seconds by car from the place where he picked her up and when they arrived at the door, the declarant got out of the vehicle and went inside to get towels with the idea of applying pressure to any wounds that the woman may have and asked a co-worker who was at reception named José María, with contact telephone number 670 74 49 25, to help him so the latter went outside with the declarant and spoke to the 112 emergency service on the telephone and gave them information about where they were while the declarant began to attend to the victim who was still inside the vehicle in a high state of anxiety and panic, constantly making a cross sign with her arms and saying "INTERNATIONAL" in English, from which the declarant understood that this person was requesting an ambulance.

— **PAGE 2/3**

EMAIL
madrid.bpi53@policia.es

C/ Tacona s/n
28030 – MADRID
TEL. 91 322 71 45
FAX. 91 322 71 07

2

- At that moment the gym manager Beatriz, who was trying to calm her down and attend to her along with the declarant, approached and the victim pulled out a phone, which he thinks could have been a "Blackberry", looked for a phone number in her contacts and showed it to her, so Beatriz proceeded to call without getting an answer. The declarant cannot provide the telephone number she gave them.
- About ten minutes later, the 112 medical service arrived, at which point she got out of the declarant's vehicle and he could see that she had difficulty getting out and needed help from the paramedics, he saw that she was leaning to one side as she walked, lopsidedly and with some difficulty and he could see that she had remnants of blades of grass, twigs and soil on her back as if she had been lying on the ground, remnants that were also scattered on the seat of his vehicle.
- After that, the declarant entered the gym to begin his day's work and at approximately 18:30 a number of uniformed police officers arrived to talk to him and he gave them all the information they requested and agreed to walk with them to the place where he had picked up the woman and told them everything he has stated here.
- After he had finished collaborating with the police officers at approximately 19:20, he returned to his vehicle and went home.
- He has nothing more to state, and, having read this document, he signs it to show his conformity along with the Presiding Officer, which I, the Secretary, **CERTIFY.**--------

[signatures]

- **PAGE 3/3**

EMAIL
madrid.bpi53@policia.es

C/ Tacona s/n
28030 – MADRID
TEL. 91 322 71 45
FAX. 91 322 71 07

3

# Anexo 5

Declaracion –Oscar Santiago Perales



**MINISTERIO DEL INTERIOR**



*DIRECCIÓN GENERAL DE LA POLICÍA*

JEFATURA SUPERIOR
POLICÍA DE MADRID
BRIGADA PROVINCIAL
INFORMACIÓN

Nº Registro: 3065/19

**Instructor: 95.805**
**Secretario: 106.058**

**Fecha: 30/07/2019**
**Hora: 10:00**

## ACTA DE DECLARACIÓN DE TESTIGO

**Nombre y Apellidos: Oscar SANTIAGO PERALES**
**DNI:** ████124-B
**Nacido/a en: Madrid**
**El día:** ████1976
**Hijo/a de: Jose y Patrocinio**
**Domicilio a efectos de notificación: Grupo 53, BPI Madrid, Calle Tacona, s/n (Madrid).**
**Teléfono: 913227070**

- Se extiende en Madrid, en las dependencias de la Brigada Provincial de Información, el día 30 de julio de 2019 a las 10:00 horas y, por los funcionarios arriba reseñados, adscritos a la referida Brigada Provincial, que actúan como Instructor y Secretario respectivamente para la práctica de la presente y en relación a los hechos que motivan la presente:

- Que ha sido informado de la obligación legal que tiene de decir la verdad (Art. 433 de la LECRim) y de la posible responsabilidad penal en la que puede incurrir en caso de acusar o imputar falsamente a una persona una infracción penal o con temerario desprecio hacia la verdad (Art. 456 del CP), simular ser responsable o víctima de una infracción penal (Art. 457 del CP), o faltar a la verdad en su testimonio (Art. 458 del CP).

- Que se persona de forma libre y voluntaria en estas dependencias, previamente citado a fin de aportar nuevos datos relacionados con el objeto que motiva las presentes.

- Que el declarante es Monitor de Natación y Socorrista del gimnasio "DAVID LLOYD" sito en calle Viñas del Pardo s/n de Madrid. Este gimnasio se encuentra muy próximo a la Embajada de la República Popular Democrática de Corea del Norte en Madrid.

CORREO ELECTRÓNICO:

madrid.bpi53@policia.es

**FOLIO 1**

C/ Tacona s/n
28030 – MADRID
TEL.- 91 322 71 45
FAX.- 91 322 71 07

- Que preguntado por los hechos acontecidos la tarde del día 22 de febrero de 2019, **MANIFIESTA:** que sobre las 17:12 horas del referido día, se dirigía a su trabajo en el gimnasio, circulando con su vehículo por la calle Darío Aparicio cuando pudo observar a unos 30 metros de la Embajada de la República Popular Democrática de Corea del Norte, como una mujer se dirigía caminando apresuradamente por la misma calle en dirección contraria a su marcha y cuando se encuentra próximo a ella, ésta comienza a hacer aspavientos con los brazos y se cruza en la carretera para que el declarante pare su vehículo, por lo que éste detiene la marcha y puede ver como la mujer tiene la cara completamente ensangrentada, por lo que baja del vehículo para atenderla cuando ésta en una actitud muy alterada se mueve apresuradamente y abre la puerta del copiloto del vehículo y se introduce en el mismo cerrando la puerta.

- Que a continuación el declarante se vuelve a meter en su coche cuando esta mujer comienza a chillarle muy alterada en un idioma que desconoce, si bien puede apreciar que es asiático, haciéndole gestos para que se fueran del lugar de manera urgente.

- Que el declarante quiere significar que cuando ve a la mujer en el interior del vehículo con la cara ensangrentada, apreciando como se sienta de forma inclinada apoyándose sobre uno de sus costados, y la actitud alterada que tenía, pensó que era una víctima que estaba huyendo de una agresión de pareja o intento de violación o alguna situación similar que se había producido en ese mismo instante, por lo que inició la marcha con el vehículo a la vez que llamó al 112, no dejando de mirar por los espejos retrovisores por si les seguía alguna persona.

- Que se dirigen al gimnasio donde el declarante trabaja que esta a escasos 20 segundos en coche del lugar donde la ha recogido, y que una vez llegan a la puerta, el declarante se ha bajado del vehículo y se ha metido en el interior para coger toallas con la intención de taponar las heridas que esta mujer pudiera tener, pidiendo a su vez a un compañero de trabajo que se encuentra en recepción de nombre José María con teléfono de contacto 670.74.49.25, que le ayude por lo que éste sale fuera con el declarante y da las oportunas indicaciones a través del

CORREO ELECTRÓNICO:
madrid.bpi53@policia.es

**FOLIO 2 / 3**

C/ Tacona s/n
28030 – MADRID
TEL.- 91 322 71 45
FAX.- 91 322 71 07

teléfono, al servicio de emergencias del 112 sobre donde se encuentran, mientras el declarante comienza a asistir a la víctima que se encuentra aún en el interior del vehículo en un alto estado de ansiedad y pánico, repitiendo constantemente con los brazos el símbolo de la cruz diciendo en inglés "INTERNATIONAL", entendiendo el declarante que esta persona solicitaba una ambulancia.

- Que en ese momento se acerca la directora del gimnasio, Beatriz, quien junto con el declarante tratan de calmarla y asistirla, cuando la víctima saca un teléfono, que le parece que podía ser una "Blackberry", busca un número de teléfono entre sus contactos y se lo muestra, por lo que Beatriz procede a llamar no recibiendo contestación, no pudiendo el declarante aportar el número del contacto que les facilitó.

- Que unos diez minutos después se presentó los servicios sanitarios del 112, momento este en el que ya sale del vehículo del declarante, pudiendo ver éste como ella sale con dificultad del mismo precisando para ello ayuda de los sanitarios, viéndola caminar inclinada, ladeada y con dificultad, pudiendo ver a su vez como ella tenía por la espalda restos de briznas, palitos, tierra, como si hubiera estado tirada en el suelo, restos que también habían quedado esparcidos en el asiento de su vehículo.

- Que tras lo sucedido, el declarante entró en el gimnasio para comenzar su jornada laboral, y sobre las 18:30 horas se personaron en el lugar varias dotaciones policiales uniformadas para hablar con él, facilitándole éste cuantos datos le pidieron, accediendo a ir andando con ellos hasta el lugar donde ha recogido a esta mujer y les relata todo lo que aquí ha manifestado.

- Que una vez finaliza de colaborar con las dotaciones policiales sobre las 19:20 horas, recogió su vehículo y se fue a su domicilio.

- Que no tiene nada más que manifestar firmando la presente una vez leída y hallada conforme junto al Instructor, de lo que como Secretario **CERTIFICO.**———

CORREO ELECTRÓNICO:
madrid.bpi53@policia.es

**FOLIO 3 / 3**

C/ Tacona s/n
28030 – MADRID
TEL.- 91 322 71 45
FAX.- 91 322 71 07

Annex 6

Statement – Lynn Gayero Dayao

[Coat of arms]
JUDICIAL
ADMINISTRATION

## CENTRAL COURT OF INVESTIGATION [JUZGADO CENTRAL DE INSTRUCCION] No. 005
MADRID

C/GARCIA GUTIÉRREZ S/N
Telephone number: 917 09 64 78
Fax: 917 09 64 86
N.I.G. [General Identification Number]: 28079 27 2 2019 0000469

## PRELIMINARY    PROCEEDINGS    IN    SUMMARY    PROCEEDINGS [DILIGENCIAS PREVIAS PROC. ABREVIADO] 0001396/2019 N

**MS SÍLVIA MARTÍNEZ ÁLVAREZ, JUDICIAL ADMINISTRATION CLERK AT CENTRAL COURT OF INVESTIGATION NUMBER 5 OF THE NATIONAL HIGH COURT [AUDIENCIA NACIONAL] ON SUBSTITUTION DUTIES:**

### I HEREBY CERTIFY THAT:

Preliminary Proceedings no. 1396/2019 are underway in this Court for offences of causing injuries [lesiones], illegal restraint [detenciones ilegales], threats [amenazas], breaking and entering [allanamiento de morada], robbery with violence and intimidation [robo con violencia e intimidación] and criminal organisation [organización criminal] and the following is a faithful and literal transcription of the contents of the statement made in the course of these proceedings in this Court on 15 March 2019 at 10:52 by the witness **LYNN GAYERO DAYAO**:

"**JUDGE**: All right, today is 15 March 2019. Preliminary Proceedings [Diligencias Previas] 1396/2019, statement by **LYNN GAYERO DAYAO**, that's you, isn't it?
**LYNN GAYERO DAYAO**: Yes, that's me.

4

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** Look, I inform you that an audiovisual recording is being made of this hearing, OK? They're recording from over there (he points).

**LYNN GAYERO DAYAO:** OK.


**JUDGE:** I also inform you that you are appearing today as a witness in these proceedings.

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** You are under the obligation to tell the truth.

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** Do you swear or promise to do so?

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** Very good, you should know that not telling the truth is an offence under the Penal Code, but you are going to tell the truth in these proceedings, aren't you?

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** Look, the only relationship you have with these people and with these events was what you said the other day in the police statement.

**LYNN GAYERO DAYAO:** (she nods)

**JUDGE:** You don't have anything else to do with the Korean Embassy...

**LYNN GAYERO DAYAO:** No.

**JUDGE:** ...or the people who are associated with the Embassy, right?

**LYNN GAYERO DAYAO:** No, yes, nothing, no.

**JUDGE:** Very good. You made a statement in relation to these event on 27 February.

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** Do you confirm your statement? I mean, is what you said then the truth?

**LYNN GAYERO DAYAO:** Yes, yes, yes.

**JUDGE:** And you accept responsibility for it, do you?

**LYNN GAYERO DAYAO:** Yes, yes, yes.

Very good, so am going to ask you, why were you going past the Korean Embassy?

**LYNN GAYERO DAYAO:** Because I'm working in Calle de Torreadrada...

5

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** Very close by.

**LYNN GAYERO DAYAO:** Very close and go past... because what's it called, bus stop is opposite Korean Embassy, we're walking there, because I'm a fan of Korea and the soap operas, everything, when (unintelligible) so handsome like that, because I saw them, two people very close to the Embassy door...

**JUDGE:** Just a moment, you were at the bus stop?

**LYNN GAYERO DAYAO:** Yes. I'm walking to, to, because we're waiting for a bus and it's taking a long time.

**JUDGE:** So, you were waiting for the bus?

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** Aha, that's the reason you were standing there waiting?

**LYNN GAYERO DAYAO:** Yes, yes, yes, yes, to, to do it for stop, to wait for the bus;

**JUDGE:** These events took some time · and were you there during that time because you were waiting for the bus?

**LYNN GAYERO DAYAO:** Yes, yes, yes.

**JUDGE:** Very good. So, tell me what was the first, what was the first thing you...

**LYNN GAYERO DAYAO:** Yes, I'm walking towards, to go bus stop and before the Korean Embassy door I see two people, one very close, at the... what's it called... at the door and another, because there is a stop, another one opposite...

**JUDGE:** Yes.

**LYNN GAYERO DAYAO:** ...there is a... a person behind and then this person is walking into the middle of the road, but you are looking at the door of

...

**JUDGE:** Of the Embassy:

**LYNN GAYERO DAYAO:** ...of the Embassy because when I pass the Embassy door it is a little open, and there are people you are talking inside but (unintelligible) how many people and when I am at the stop waiting for the bus I saw it a car...

**JUDGE:** You... but wait, wait a moment...

**LYNN GAYERO DAYAO:** Yes.

6

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** In your statement you said first of all...

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** ... that at five, you leave work, go to the bus and saw a person inside the Embassy with the door partly open...

**LYNN GAYERO DAYAO:** Yes, yes, like that, like that...

**JUDGE:** ...who was talking to another person.

**LYNN GAYERO DAYAO:** Yes, yes, yes, yes, yes.

**JUDGE:** You saw these two persons talking?

**LYNN GAYERO DAYAO:** I don't know how many people, but you are talking because I those, what's the word, the clothes of the person inside a little, the colour of their clothes, but I don't know how many people you are talking inside.

**JUDGE:** This person you saw talking to another person inside the Embassy, what were they doing?

**LYNN GAYERO DAYAO:** (shakes her head) Because I'm just passing but I know you're talking inside (unintelligible).

**JUDGE:** Very good, can you describe this person to me? How were they dressed?

**LYNN GAYERO DAYAO:** Only... (unintelligible) dressed in... a man inside, it's like... what's the word, it's like this (unintelligible) (she points to something in her hand) like with green and black, just like that, but nothing more.

**JUDGE:** And the man who was arriving, who was outside...

**LYNN GAYERO DAYAO:** He was outside with... what's the word... with jeans and jacket, black jacket or more like that.

**JUDGE:** Look, I'm going to show you a photograph from that day, it's on page 53 of the police report.

**LYNN GAYERO DAYAO:** No no no no, no, that's another person (unintelligible) inside because it is open, like this like a little... open but there is no person that only inside you are talking but the person inside is like.. (she points to her arm) Oh yes, yes, yes... that one (she points to another photograph).

**JUDGE:** OK, so this first picture on page 53, you didn't see it...

**LYNN GAYERO DAYAO:** No, no, no, no.

**JUDGE:** It arrived later, page 54...

**LYNN GAYERO DAYAO:** This one (she points).

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** You are being shown, just a moment, you are being shown page 54 of, just a moment, police report 1087/19 of 8 March. There are two pictures on page 54 that I am now showing you. Do you recognise... do you remember these pictures?

**LYNN GAYERO DAYAO:** Yes, yes, yes.

**JUDGE:** Do they match what you saw?

**LYNN GAYERO DAYAO:** Yes, yes, this one, this one. Yes, yes. Yes, yes, this one.

**JUDGE:** Were these the people (unintelligible)?

**LYNN GAYERO DAYAO:** Yes, but the first one, but this last one, this one of the people has left in a car, these people.

**JUDGE:** First you saw these people (he points).

**LYNN GAYERO DAYAO:** No, not this one (she points) I think inside already, because the person I see here entered first, then this one (she points). Yes.

**JUDGE:** Then the people who appear here went in (he points)

**LYNN GAYERO DAYAO:** Yes, yes.

**JUDGE:** You mean that these people were the last ones...

**LYNN GAYERO DAYAO:** Yes, last, this people got out in the car.

**JUDGE:** All right, OK, please sit down again. All right, tell me about that car you saw.

**LYNN GAYERO DAYAO:** A little white one but I didn't see it.

**JUDGE:** Little white...

**LYNN GAYERO DAYAO:** Yes, but I didn't see it because I don't have glasses to see...

**JUDGE:** It was a small white car...

**LYNN GAYERO DAYAO:** Yes

**JUDGE:** ¿What did that car do?

**LYNN GAYERO DAYAO:** I don't know, I don't, no, no...

**JUDGE:** ¿Did it stop? (unintelligible).

**LYNN·GAYERO DAYAO:** Yes, because this is... what's the word... bus stop of Korean Embassy, there is a bus stop, it's on Calle Vinas de el Pardo, but a little further up, it stops there and then four or five people get out of the car walking to the Embassy door.

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** Those people who got out of the car and walked to the Embassy door, are they the people you saw in the picture that I showed you?

**LYNN GAYERO DAYAO:** Yes, yes, yes, yes.

**JUDGE:** ¿Did you see who opened the Embassy door for them?

**LYNN GAYERO DAYAO:** No because we are, we are, I am already at the bus stop.

**JUDGE:** You were already at the bus stop.

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** Aha. Once these people, once these people you also stated that they were wearing casual clothes, it does indeed match the photographs.

**LYNN GAYERO DAYAO:** Yes, yes, like that (she points).

**JUDGE:** Very good. What happened when these people went inside the Embassy? What did you see next?

**LYNN GAYERO DAYAO:** Yes, because when they were entering the Korean Embassy they have... what's the word in Spanish (she points to her ears) ... hear noise...

**JUDGE:** You heard.

**LYNN GAYERO DAYAO:** Yes, you heard, there is a noise, there is a lady screaming like this *Ahhhhh!* And then I'm curious about what is happening inside, that... what's the word... the wall has something like this...

**JUDGE:** Something like this means it has a kind of hole or...

**LYNN GAYERO DAYAO:** Yes, hole like this (she gestures).

**JUDGE:** Horizontal.

**LYNN GAYERO DAYAO:** Yes, horizontal because it's like it makes wall of.. and I see it like this (she crouches down) and then I see a person screaming who is on the floor.

**JUDGE:** In other words, you peeked through that hole in the wall.

**LYNN GAYERO DAYAO:** Yes, yes, like this

**JUDGE:** What did you see?

**LYNN GAYERO DAYAO:** I saw a person, no? They're on the ground and three people are in tip... what's the word... tip... tip..: what's the word... above, on top.

**JUDGE:** On top.

**LYNN GAYERO DAYAO:** On top.

9

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** On top, very good.

**LYNN GAYERO DAYAO:** On top of the person you are screaming, then me, what happened to you? ¿what happened to you? because it's Korean Embassy, what happened to you? they said, because there are two, three young students with my friend Teófila also like this (she crouches down) I don't think... the students said, I think they're practising... no, no, it is not normal practising with Korean Embassy, something is happening, something is happening they said. When I'm looking at the person they have... I see they have a... What's the word (she gestures).

**JUDGE:** A pistol.

**LYNN GAYERO DAYAO:** A pistol.

**JUDGE:** So were there...? How many people did you see on the floor?

**LYNN GAYERO DAYAO:** One person (unintelligible).

**JUDGE:** On the floor, crouching.

**LYNN GAYERO DAYAO:** Two or three people are above the person and one is walking very near there, there is a car from... there is an Embassy car it is open behind (unintelligible) you are walking there, one person.

**JUDGE:** One person.

**LYNN GAYERO DAYAO:** But there are three, or two people is...

**JUDGE:** Very good. Was the person who had the pistol the one who was walking?

**LYNN GAYERO DAYAO:** No, one, one.

**JUDGE:** One...

**LYNN GAYERO DAYAO:** One, one because the person with the pistol is the person I see first is waiting at the Embassy door, like this.

**JUDGE:** The person with the pistol was one of those who were in the group (unintelligible).

**LYNN GAYERO DAYAO:** No. The first, the first when I am walking has a person you are looking very close and then you are walking (unintelligible) middle of the road, but you are looking over there.

**JUDGE:** Let's see, I didn't understand that very well, can you explain it to me again?

**LYNN GAYERO DAYAO:** This person with a pistol.

[Coat of arms]
JUDICIAL
ADMINISTRATION

**JUDGE:** The person who had the pistol...

**LYNN GAYERO DAYAO:** had with a pistol is of the person I see first, they are very close at the Embassy door.

**JUDGE:** Yes.

**LYNN GAYERO DAYAO:** and then you're walking straight ahead... what's the word...

middle of the road, but they are watching and then they go there (she points) and then of another person, in another to...

**JUDGE:** So, there was a person, who is the one with the pistol...

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** ... who was at the door before the events began...

**LYNN GAYERO DAYAO:** Yes.

**JUDGE:** ... and was walking next to the Embassy door.

**LYNN GAYERO DAYAO:** Yes, like that, yes.

**JUDGE:** ¿How was this person dressed?

**LYNN GAYERO DAYAO:** And with jeans and a jacket, I don't remember, it's... blue or black.

**JUDGE:** Blue or black.

**LYNN GAYERO DAYAO:** Yes, but their hair is like that, with a ponytail.

**JUDGE:** It was gathered in a ponytail.

**LYNN GAYERO DAYAO:** Yes, like that.

**JUDGE:** This person who you saw at the beginning at the Embassy door, I think you said he went to the middle of the road...

**LYNN GAYERO DAYAO:** Yes, but there is one person or two of these people talking inside, it's open, there is one person, you are communicating, but this person is...

**JUDGE:** Is there.

**LYNN GAYERO DAYAO:** Closer.

**JUDGE:** Then everyone went in.

**LYNN GAYERO DAYAO:** Yes, like that.

**JUDGE:** Right?

**LYNN GAYERO DAYAO:** (she nods)

**JUDGE:** ¿What happened next that you saw?

11

[Coat of arms]
JUDICIAL
ADMINISTRATION

**LYNN GAYERO DAYAO:** Yes, when I am (unintelligible) seen there is a pistol, oh what's the matter? what's the matter? And then the bus came, nothing else, I don't know, I'm asking like *what's the matter, hey what's the matter*...just like that.

**JUDGE:** So, from there on you saw nothing else.

**LYNN GAYERO DAYAO:** No, nothing else, because it's already Friday, on Saturday I don't have work any more.

**JUDGE:** All right, OK. Does the State Prosecutor want to ask any questions?

**STATE PROSECUTOR:** No, sir.

**JUDGE:** Very good, well, Lynn, thank you very much.

**LYNN GAYERO DAYAO:** My pleasure.

**JUDGE:** We've finished, we can stop recording. Please sign this for me"


This concludes the transcription of the statement, which I hereby certify.


In the City of Madrid on 30 July 2019


**THE JUDICIAL ADMINISTRATION CLERK**

# Anexo 6

Declaracion – Lynn Gayero Dayao



**JUZGADO CENTRAL DE INSTRUCCION Nº 005**

MADRID

C/GARCIA GUTIÉRREZ S/N
Teléfono: 91 709 64 78
Fax: 91 709 64 86
NIG: 28079 27 2 2019 0000469

**DILIGENCIAS PREVIAS PROC. ABREVIADO 0001396 /2019 N**

**DOÑA SÍLVIA MARTÍNEZ ÁLVAREZ, LETRADO DE LA ADMINISTRACIÓN DE JUSTICIA DEL JUZGADO CENTRAL DE INSTRUCCIÓN NÚMERO 5 DE LA AUDIENCIA NACIONAL EN FUNCIONES DE SUSTITUCIÓN:**

# CERTIFICO:

Que en este Juzgado se siguen Diligencias Previas nº 1396/2019, **por delitos de lesiones, detenciones ilegales, amenazas, allanamiento de morada, robo con violencia e intimidación y de organización criminal,** y que el **contenido** de la declaración prestada en el seno de las mismas, en este Juzgado, en fecha 15 de marzo de 2019 a las 10.52 horas, por el testigo **LYNN GAYERO DAYAO**, es el que a continuación se recoge en transcripción literal y fidedigna:

"**JUEZ**: Muy bien, hoy es quince de marzo de dos mil diecinueve. Diligencias Previas 1396/2019, declaración de **LYNN GAYERO DAYAO**, es usted ¿verdad?

**LYNN GAYERO DAYAO**: Sí, soy yo.

**JUEZ**: Mire, la informo que esta audiencia se está grabando audiovisualmente ¿de acuerdo? Desde allí (señala) están grabando.

**LYNN GAYERO DAYAO**: Vale.

1



ADMINISTRACION
DE JUSTICIA

**JUEZ:** La informo también que usted comparece hoy como testigo en este procedimiento.

**LYNN GAYERO DAYAO:** Sí.

**JUEZ:** Tiene la obligación de decir la verdad.

**LYNN GAYERO DAYAO:** Sí.

**JUEZ:** ¿Usted jura o promete hacerlo?

**LYNN GAYERO DAYAO:** Sí.

**JUEZ:** Muy bien, sepa que el Código Penal prevé como una infracción el no decir la verdad, pero usted va a decir la verdad en este procedimiento ¿verdad?

**LYNN GAYERO DAYAO:** Sí.

**JUEZ:** Mire usted, la única relación que ha tenido con estas personas y con estos hechos fue lo que usted contó el otro día en la declaración policial.

**LYNN GAYERO DAYAO:** (asiente)

**JUEZ:** No ha tenido nada más que ver con la Embajada de Corea...

**LYNN GAYERO DAYAO:** No.

**JUEZ:** ...ni con las personas que están relacionadas con la Embajada ¿no es así?

**LYNN GAYERO DAYAO:** No, sí, nada, no.

**JUEZ:** Muy bien, usted prestó declaración por estos hechos el pasado día veintisiete de febrero.

**LYNN GAYERO DAYAO:** Sí.

**JUEZ:** ¿Usted ratifica esa declaración? Es decir, lo que dijo entonces ¿es la verdad?

**LYNN GAYERO DAYAO:** Sí, sí, sí.

**JUEZ:** Y lo asume ¿verdad?

**LYNN GAYERO DAYAO:** Sí, sí, sí.

**JUEZ:** Muy bien, entonces le voy a preguntar ¿cuál es la razón de que usted pasara junto a la Embajada de Corea?

**LYNN GAYERO DAYAO:** Porque estoy trabajando allí en calle de Torreadrada...

**JUEZ:** Muy cerca.

**LYNN GAYERO DAYAO:** Muy cerca y pasar... porque como se dice, parada de autobús está frente mismo de Embajada de Corea, nosotros estamos andando allí, porque soy fanático de Corea, de telenovela, todos, cuando (ininteligible)

2



ADMINISTRACION
DE JUSTICIA

qué guapo como así, porque yo los he visto, dos personas muy cerca en la puerta de Embajada...

**JUEZ:** Espere, usted que estaba ¿en la parada del autobús?

**LYNN GAYERO DAYAO:** Sí. Estoy andando para, para, porque estamos esperando de autobús y tarda mucho.

**JUEZ:** Entonces ¿usted estaba esperando el autobús?

**LYNN GAYERO DAYAO:** Sí.

**JUEZ:** Ajá, ¿esta es la razón por la que estaba esperando allí parada?

**LYNN GAYERO DAYAO:** Sí, sí, sí, sí, para, para hacerlo para parada, para esperar el autobús.

**JUEZ:** Estos hechos tomaron un cierto tiempo y este tiempo ¿estaba usted allí porque estaba esperando el autobús?

**LYNN GAYERO DAYAO:** Sí, sí, sí.

**JUEZ:** Muy bien. Cuénteme entonces qué fue la primera, cuál fue la primera cosa que usted...

**LYNN GAYERO DAYAO:** Sí, estoy andando hasta, para ir parada de autobús y antes de la puerta de Embajada de Corea lo visto dos personas, una muy cerca, en la ... cómo se dice... en la puerta y otro, porque hay parada, otra al frente...

**JUEZ:** Sí.

**LYNN GAYERO DAYAO:** ...hay una...una persona detrás y luego esta persona estás andando hasta el centro de carretera, pero estás mirando en la puerta de ...

**JUEZ:** De la Embajada:

**LYNN GAYERO DAYAO:** ...de la Embajada porque cuando yo pasar la puerta de Embajada es un poquito abierto, y hay personas estás hablando dentro pero (ininteligible) cuantas personas y cuando estoy en la parada esperando el autobús yo lo vi una coche...

**JUEZ:** Usted... pero espere, espere un momento...

**LYNN GAYERO DAYAO:** Sí.

**JUEZ:** Usted en su declaración dice en primer lugar...

**LYNN GAYERO DAYAO:** Sí.

**JUEZ:** ... que a las cinco, sale de trabajar, va al autobús y vio a una persona dentro de la Embajada con la puerta medio abierta...



ADMINISTRACION
DE JUSTICIA

**LYNN GAYERO DAYAO:** Sí, sí, así, así...

**JUEZ:** ... que estaba hablando con otra persona.

**LYNN GAYERO DAYAO:** Sí, sí, sí, sí, sí.

**JUEZ:** ¿Usted vio a estas dos personas hablando?

**LYNN GAYERO DAYAO:** No lo sé cuántas personas, pero estás hablando porque yo los esos, como se dice, la ropa de la persona dentro un poco, el color de su ropa, pero no lo sé cuántas personas estás hablando dentro.

**JUEZ:** Esta persona que vio usted hablando con otra persona en el interior de la Embajada ¿qué estaba haciendo?

**LYNN GAYERO DAYAO:** (niega con la cabeza) Porque estoy pasando solo pero yo sé estás hablando dentro (ininteligible).

**JUEZ:** Muy bien ¿me puede describir a esa persona? ¿cómo iba vestida?

**LYNN GAYERO DAYAO:** Solo... (ininteligible) vestido de... un hombre dentro, es como... como se dice, es como este (ininteligible) (señala algo en que lleva en la mano) como con verde y negro, solo así, pero nada más.

**JUEZ:** Y el hombre que estaba llegando, que estaba fuera...

**LYNN GAYERO DAYAO:** Estaba fuera con... cómo se dice... con pantalón vaquero y con chaqueta, chaqueta negro o más así.

**JUEZ:** Mire, le voy a mostrar una fotografía de ese día, consta el folio 53 del atestado.

**LYNN GAYERO DAYAO:** No, no, no, no, no, es otro persona (ininteligible) dentro porque está abierto, como así como un poco... abierto pero no hay persona que solo dentro estás hablando pero la persona dentro es como... (se señala el brazo) Ah sí, sí, sí... ese (señala otra fotografía).

**JUEZ:** Muy bien, entonces esta imagen inicial del folio 53, usted no la vio...

**LYNN GAYERO DAYAO:** No, no, no, no.

**JUEZ:** Llegó más tarde, folio 54...

**LYNN GAYERO DAYAO:** Este (señala).

**JUEZ:** Se le está exhibiendo, un momento, se le está exhibiendo el folio 54 del, un momento, atestado 1087/19 de ocho de marzo. En el folio 54 hay dos imágenes que ahora le estoy exhibiendo ¿usted reconoce...se acuerda de estas imágenes?

**LYNN GAYERO DAYAO:** Sí, sí, sí.

4



ADMINISTRACION
DE JUSTICIA

**JUEZ:** ¿Se corresponden con lo que usted vio?

**LYNN GAYERO DAYAO:** Sí, sí, este, este. Sí, sí. Sí, sí, este.

**JUEZ:** ¿Estas fueron las personas...(ininteligible)?

**LYNN GAYERO DAYAO:** Sí, pero el primero, pero este de último, este de las personas ha salido en un coche, esta personas.

**JUEZ:** Primero vio a estas personas (señala).

**LYNN GAYERO DAYAO:** No, este no (señala) Yo creo dentro ya, porque la persona que yo veo aquí ha entrado primero, después este (señala). Sí.

**JUEZ:** Después entraron las personas que aparecen aquí (señala)

**LYNN GAYERO DAYAO:** Sí, sí.

**JUEZ:** Quiere decir que estas personas fueron las últimas.

**LYNN GAYERO DAYAO:** Sí, de últimas, este personas ha salido en el coche.

**JUEZ:** Muy bien, de acuerdo, siéntese otra vez por favor. Muy bien, hábleme de ese coche que vio usted.

**LYNN GAYERO DAYAO:** Una pequeño blanco pero no lo vi.

**JUEZ:** Pequeño blanco...

**LYNN GAYERO DAYAO:** Sí, pero no lo vi porque yo no tengo gafas para ver...

**JUEZ:** Era un coche pequeño blanco...

**LYNN GAYERO DAYAO:** Sí

**JUEZ:** ¿Qué hizo ese coche?

**LYNN GAYERO DAYAO:** No sé, no me, no, no...

**JUEZ:** ¿Se paró? (ininteligible).

**LYNN GAYERO DAYAO:** Sí, porque este es... como se dice...parada de autobús, de Embajada de Corea, hay una parada de autobús, está en la calle Vinas de el pardo, más un poquito arriba, para ahí y luego cuatro o cinco personas bajar del coche andando hasta la puerta de Embajada.

**JUEZ:** Esas personas que se bajaron del coche y caminaron hasta la puerta de la Embajada, ¿son las personas que usted ha visto en la fotografía que le he mostrado?

**LYNN GAYERO DAYAO:** Sí, sí, sí, sí.

**JUEZ:** ¿Usted vio quién les abrió la puerta de la Embajada?

**LYNN GAYERO DAYAO:** No porque estamos, estamos, estoy yo ya en la parada de autobús.



ADMINISTRACION
DE JUSTICIA

**JUEZ:** Ya estaba en la parada del autobús.

**LYNN GAYERO DAYAO:** Sí.

**JUEZ:** Ajá. Una vez que estas personas, una vez que estas personas también manifestó usted que llevaban ropa informal, efectivamente se corresponde con las fotografías.

**LYNN GAYERO DAYAO:** Sí, sí, como así (señala).

**JUEZ:** Muy bien ¿Qué ocurrió cuando estas personas entraron en la Embajada? ¿Qué vio usted a continuación?

**LYNN GAYERO DAYAO:** Sí, porque cuando entraba en la Embajada de Corea ha...como se dice en español (señala orejas) ... escuchar ruido...

**JUEZ:** Usted escuchó.

**LYNN GAYERO DAYAO:** Sí, escuchó, hay ruido, hay una señora gritando así *¡Ahhhhhh!* Y luego estoy con curiosidad de qué pasa dentro, eso... como se dice... la pared tiene algo así...

**JUEZ:** Algo así significa que tiene una especie de agujero o...

**LYNN GAYERO DAYAO:** Sí, agujero como así (gesticula).

**JUEZ:** Horizontal.

**LYNN GAYERO DAYAO:** Sí, horizontal porque es como hace pared de... y yo lo veo así (se agacha) y luego yo veo una persona gritando que está en el suelo.

**JUEZ:** O sea, usted se asomó por ese agujero de la pared.

**LYNN GAYERO DAYAO:** Sí, sí, como así

**JUEZ:** ¿Qué fue lo que vio?

**LYNN GAYERO DAYAO:** Vi una persona ¿no? Está en el suelo y tres personas estás aga... cómo se dice... agar...agar...cómo se dice... arriba, encima.

**JUEZ:** Encima.

**LYNN GAYERO DAYAO:** Encima.

**JUEZ:** Encima, muy bien.

**LYNN GAYERO DAYAO:** Encima de la persona estás gritando, después yo ¿qué te pasó? ¿qué te pasó? porque es Embajada de Corea ¿qué te pasó? han dicho, porque hay dos, tres estudiantes menores con mi amiga Teófila también así (se agacha) no yo creo... han dicho la estudiantes, yo creo están practicando... no, no, no es normal practicando con Embajada de Corea, algo pasa, pasa algo han

6



ADMINISTRACION
DE JUSTICIA

dicho. Cuando estoy mirando la persona tiene... yo lo veo una... como se dice (gesticula).

**JUEZ:** Una pistola.

**LYNN GAYERO DAYAO:** Una pistola.

**JUEZ:** ¿Había entonces...? ¿Cuántas personas vio usted en el suelo?

**LYNN GAYERO DAYAO:** Una persona (ininteligible).

**JUEZ:** En el suelo, agachada.

**LYNN GAYERO DAYAO:** Dos o tres personas está arriba de la persona y una estás andando por allá muy cerca, hay coche de...hay coche de Embajada está abierta detrás (ininteligible) estás andando por allá, una persona.

**JUEZ:** Una persona.

**LYNN GAYERO DAYAO:** Pero hay tres, o dos personas esta...

**JUEZ:** Muy bien. La persona que tenía la pistola ¿era la que estaba andando?

**LYNN GAYERO DAYAO:** No. Una, una.

**JUEZ:** Una...

**LYNN GAYERO DAYAO:** Una, una porque la persona con pistola es la persona que yo lo ves primero está esperando en la puerta de Embajada, como así.

**JUEZ:** La persona con la pistola era una de las que estaba en el grupo (ininteligible).

**LYNN GAYERO DAYAO:** No. El primero, el primero cuando estoy andando tiene una persona estás mirando muy cerca y luego estás andando (ininteligible) centro de la carretera, pero estás mirando por allá.

**JUEZ:** A ver, esto no lo he comprendido bien, ¿me lo puede explicar otra vez?

**LYNN GAYERO DAYAO:** Esta persona con pistola.

**JUEZ:** La persona que tenía la pistola...

**LYNN GAYERO DAYAO:** tenía con pistola es de la persona que yo primero ve, está muy cerca en la puerta de Embajada.

**JUEZ:** Sí.

**LYNN GAYERO DAYAO:** y luego estás andando de frente... cómo se dice... centro de carretera, pero está mirando y luego se va allí (señala) y luego de otra persona, en otro a...

**JUEZ:** Entonces, había una persona, que es la que tiene la pistola...

**LYNN GAYERO DAYAO:** Sí.

7



ADMINISTRACION
DE JUSTICIA

**JUEZ:** ... que antes de empezar los hechos estaba en la puerta...

**LYNN GAYERO DAYAO:** Sí.

**JUEZ:** ... y estuvo andando junto a la puerta de la Embajada.

**LYNN GAYERO DAYAO:** Sí, como así, sí.

**JUEZ:** ¿Esta persona cómo iba vestida?

**LYNN GAYERO DAYAO:** Y con vaquero, pantalón vaquero y con chaqueta, no me acuerdo, es... azul o negro.

**JUEZ:** Azul o negro.

**LYNN GAYERO DAYAO:** Sí, pero su pelo está como así, con una coleta.

**JUEZ:** Estaba recogida en una coleta.

**LYNN GAYERO DAYAO:** Sí, como así.

**JUEZ:** Esta persona que usted vio al principio en la puerta de la Embajada, la he entendido decir que fue al centro de la carretera...

**LYNN GAYERO DAYAO:** Sí, pero hay una persona o dos personas de estas hablando dentro, está abierta, hay una persona, estás comunicando de, pero esta persona está...

**JUEZ:** Está ahí.

**LYNN GAYERO DAYAO:** Más cerca.

**JUEZ:** A continuación es cuando ya entraron todos.

**LYNN GAYERO DAYAO:** Sí, así.

**JUEZ:** ¿No?

**LYNN GAYERO DAYAO:** (asiente).

**JUEZ:** ¿qué pasó a continuación que usted viera?

**LYNN GAYERO DAYAO:** Sí, cuando estoy (ininteligible) visto hay pistola, ay ¿qué te pasa? ¿qué te pasa? Y luego el autobús vine, nada más, no sé, estoy preguntando como *qué te pasó, oye qué te pasó...solo así.*

**JUEZ:** Entonces, ya a partir de ahí usted no vio nada más.

**LYNN GAYERO DAYAO:** No, nada más, porque es viernes ya, el sábado yo no tengo trabajo nada más.

**JUEZ:** Muy bien, de acuerdo. El fiscal quiere hacer alguna pregunta.

**FISCAL:** No señor.

**JUEZ:** Muy bien, pues Lynn muchas gracias.

**LYNN GAYERO DAYAO:** De nada.



ADMINISTRACION
DE JUSTICIA

**JUEZ:** Hemos terminado, podemos cortar la grabación. Por favor déjeme aquí una firmita."

Concluida la transcripción de la declaración, de lo cual certifico.

En la Villa de Madrid, a 30 de julio de 2019

**EL LETRADO DE LA ADMINISTRACIÓN DE JUSTICIA**



# Annex 7

Statement – Teofila Villarroel Orozco

[Coat of arms]
JUDICIAL
ADMINISTRATION

# CENTRAL COURT OF INVESTIGATION [JUZGADO CENTRAL DE INSTRUCCION] No. 005

MADRID

C/GARCIA GUTIÉRREZ S/N
Telephone number: 917 09 64 78
Fax: 917 09 64 86
N.I.G. [General Identification Number]: 28079 27 2 2019 0000469·

## PRELIMINARY PROCEEDINGS IN SUMMARY PROCEEDINGS [DILIGENCIAS PREVIAS PROC. ABREVIADO] 0001396 /2019 N

**MS SÍLVIA MARTÍNEZ ÁLVAREZ, JUDICIAL ADMINISTRATION CLERK AT CENTRAL COURT OF INVESTIGATION NUMBER 5 OF THE NATIONAL HIGH COURT [AUDIENCIA NACIONAL] ON SUBSTITUTION DUTIES:**

### I HEREBY CERTIFY THAT:

Preliminary Proceedings no. 1396/2019 are underway in this Court for offences of **causing injuries [lesiones], illegal restraint [detenciones ilegales], threats [amenazas], breaking and entering [allanamiento de morada], robbery with violence and intimidation [robo con violencia e intimidación] and criminal organisation [organización criminal]** and the following is a faithful and literal transcription of the contents of the statement made in the course of these proceedings in this Court on 15 March 2019 at

13

[Coat of arms]
JUDICIAL
ADMINISTRATION

10:44 by the witness **TEÓFILA VILLARROEL OROZCO**:

**"JUDGE:**

Today is 15 March 2019, proceedings 1396-2019, statement by Teófila VILLARROEL OROZCO, that's you, isn't it?

**TEOFILA VILLARROEL OROZCO:**

Yes

**JUDGE**

I inform you that an audiovisual recording is being made of this hearing, I also inform you that you are appearing today as a witness in these proceedings, you are under the obligation to tell the truth. Do you swear or promise to do so?

**TEOFILA VILLARROEL OROZCO**

Yes sir

**JUDGE**

You should know that the penal code establishes false testimony as an offence in procedures of this kind.

**TEOFILA VILLARROEL OROZCO**

OK.

**JUDGE**

All right, look, my understanding is that you don't have any kind of relationship with anybody who may have to do with these proceedings

**TEOFILA VILLARROEL OROZCO**

No

**JUDGE**

Or with anyone who has to do with the sphere of the North Korean embassy

**TEOFILA VILLARROEL OROZCO**

No

**JUDGE**

You just work near there

**TEOFILA VILLARROEL OROZCO**

Yes

**JUDGE**

And go past there every now and then

14

[Coat of arms]
JUDICIAL
ADMINISTRATION

**TEOFILA VILLARROEL OROZCO**

Yes

**JUDGE**

That's right, isn't it?

**TEOFILA VILLARROEL OROZCO**

Yes, I catch the bus there

**JUDGE**

By bus, you catch the bus nearby

**TEOFILA VILLARROEL OROZCO**

Yes.

**JUDGE**

All right, look, on 27 February you made a statement to the police about these

events

**TEOFILA VILLARROEL OROZCO**

Yes

**JUDGE**

You remember that statement, don't you

**TEOFILA VILLARROEL OROZCO**

Yes

**JUDGE**

Do you confirm your statement?

**TEOFILA VILLARROEL OROZCO**

Yes

**JUDGE**

Look, in that statement, you state that on Friday 22 February you left work and

passed by the North Korean embassy,

**TEOFILA VILLARROEL OROZCO**

Yes

**JUDGE**

Can you tell us what happened at that point

**TEOFILA VILLARROEL OROZCO**

At that point when I saw the bus, uh, the schoolchildren, and the um... Filipino

girl were already there, then, when I heard that they were screaming (she

[Coat of arms]
JUDICIAL
ADMINISTRATION

mimics screaming) like running like this.....

**JUDGE**

And where were the screams coming from

**TEOFILA VILLARROEL OROZCO**

From inside that building

**JUDGE**

And which building is that

**TEOFILA VILLARROEL OROZCO**

The Korean Embassy building

**JUDGE**

That's right, what happened then

**TEOFILA VILLARROEL OROZCO**

Then the children and this Filipino girl began to look, you couldn't see because it
was blocked, high pavement over there, then over there, we got in to look more
through the netting, then I saw that the man was like this, crouching.

**JUDGE**

(Just a moment, you have to speak into the microphone)

**TEOFILA VILLARROEL OROZCO.**

He was crouching low

**JUDGE**

A man

**TEOFILA VILLARROEL OROZCO**

Yes, a man

He was crouching, with his hands like this, I was too small to see, and next to
him I saw someone, who was standing, was wearing black, I could hardly see
him, but he was standing, the other was crouching.

**JUDGE:**

There was a man standing, that man who was standing, can you, somehow,
describe what he looked like

**TEOFILA VILLARROEL OROZCO.**

No, I couldn't see, because you couldn't see, I could only see his legs, because
you couldn't see, because the slit was very thin to see, and I also saw, that the
man, that he wasn't at the same level as the man, I could see him, he was down

[Coat of arms]
JUDICIAL
ADMINISTRATION

low, the other one was crouching, and he wasn't screaming any more, he wasn't
saying anything, you could only hear (noise) and now you couldn't hear it any
more

**JUDGE**

So, was there just one person or were there more people,

**TEOFILA VILLARROEL OROZCO**

I heard...like walking , I heard and then I couldn't hear the screaming any more

**JUDGE**

You said in your statement that you could see a person lying on the floor

**TEOFILA VILLARROEL OROZCO**

Yes, yes

**JUDGE**

There was a person lying on the floor

**TEOFILA VILLARROEL OROZCO**

Yes, yes, you could see them lying like that, like lying on the floor

**JUDGE**

And you said that there were three people grabbing them

**TEOFILA VILLARROEL OROZCO**

Three people were, but you couldn't see well, it was like... you could see three
people clearly through the crack but you couldn't see, I could see the bottom
part, I could only see the trousers.

**JUDGE**

But you saw that there were several people and those people were grabbing the
person who was on the ground, that's what you said in your statement, is that
right

**TEOFILA VILLARROEL OROZCO**

Yes, that's right

**JUDGE**

You say that these people were wearing dark clothes, but you can't be more
precise, can you

**TEOFILA VILLARROEL OROZCO**

No, no

**JUDGE**

17

[Coat of arms]
JUDICIAL
ADMINISTRATION

All right, OK

You didn't see anyone enter or leave

**TEOFILA VILLARROEL OROZCO**

No, no

**JUDGE**

Only what happened inside the embassy grounds, right

**TEOFILA VILLARROEL OROZCO**

Yes

**JUDGE**

All right, okay, we've finished, we can stop recording."

This concludes the transcription of the statement, which I hereby certify.

In the City of Madrid on 30 July 2019

**THE JUDICIAL ADMINISTRATION CLERK**

18

# Anexo 7

Declaracion – Teofila Villarroel Orozco



ADMINISTRACION
DE JUSTICIA

**JUZGADO CENTRAL DE INSTRUCCION Nº 005**

**MADRID**

C/GARCIA GUTIÉRREZ S/N
Teléfono: 91 709 64 78
Fax: 91 709 64 86
NIG: 28079 27 2 2019 0000469

**DILIGENCIAS PREVIAS PROC. ABREVIADO 0001396 /2019 N**

DOÑA SÍLVIA MARTÍNEZ ÁLVAREZ, LETRADO DE LA ADMINISTRACIÓN DE JUSTICIA DEL JUZGADO CENTRAL DE INSTRUCCIÓN NÚMERO 5 DE LA AUDIENCIA NACIONAL EN FUNCIONES DE SUSTITUCIÓN:

## CERTIFICO:

Que en este Juzgado se siguen Diligencias Previas nº 1396/2019, **por delitos de lesiones, detenciones ilegales, amenazas, allanamiento de morada, robo con violencia e intimidación y de organización criminal**, y que el **contenido** de la declaración prestada en el seno de las mismas, en este Juzgado, en fecha 15 de marzo de 2019 a las 10:44 horas, por el testigo **TEÓFILA VILLARROEL OROZCO**, es el que a continuación se recoge en transcripción literal y fidedigna:

"**JUEZ**:

Hoy es 15 de marzo de 2019, procedimiento 1396-2019, declaración de **Teófila VILLARROEL OROZCO**, es usted, verdad

**TEOFILA VILLARROEL OROZCO**

Si

**JUEZ**

1



**ADMINISTRACIÓN DE JUSTICIA**

Le informo que esta audiencia se está grabando audiovisualmente, le informo también que usted comparece en el día de hoy en calidad de testigo en este procedimiento, tiene la obligación de decir la verdad, jura o promete hacerlo

**TEOFILA VILLARROEL OROZCO**

Si señor

**JUEZ**

Debe saber que el código penal prevé como una infracción el falso testimonio en esta clase de procedimiento, de acuerdo

**TEOFILA VILLARROEL OROZCO**

De acuerdo.

**JUEZ**

Muy bien, mire, usted entiende que no tiene ninguna clase de relación con ninguna persona que pueda tener que ver con este procedimiento

**TEOFILA VILLARROEL OROZCO**

No

**JUEZ**

Ni con ninguna persona que tenga que ver con el entorno de la embajada de Corea del Norte

**TEOFILA VILLARROEL OROZCO**

No

**JUEZ**

Simplemente que usted trabaja allí cerca,

**TEOFILA VILLARROEL OROZCO**

Si

**JUEZ**

Y pasa por allí de vez en cuando

**TEOFILA VILLARROEL OROZCO**

Si

**JUEZ**

Es verdad, no

**TEOFILA VILLARROEL OROZCO**

Si, cojo el autobús, ahí

**JUEZ**

2



**ADMINISTRACIÓN DE JUSTICIA**

En autobús, toma el autobús allí cerca

**TEOFILA VILLARROEL OROZCO**

Si,

**JUEZ**

Muy bien, mire el día 27 de febrero pasado, usted presto una declaración ante la policía por estos hechos

**TEOFILA VILLARROEL OROZCO**

Si

**JUEZ**

Usted recuerda esa declaración, verdad

**TEOFILA VILLARROEL OROZCO**

Si

**JUEZ**

Usted, ratifica esa declaración

**TEOFILA VILLARROEL OROZCO**

Si

**JUEZ**

Mire en esa declaración, usted manifiesta que el día el viernes 22 de febrero, salió de trabajar y paso cerca de la embajada de Corea del Norte,

**TEOFILA VILLARROEL OROZCO**

Si

**JUEZ**

Nos puede contar qué es lo que ocurrió en ese momento

**TEOFILA VILLARROEL OROZCO**

En ese momento cuando vi el autobús, eh, allí estaban ya, los chicos de colegio, y la chica esta....filipina, entonces, cuando yo escuche que estaban gritando (simula gritos).. como corriendo asi.....

**JUEZ**

Y esos gritos de dónde venían

**TEOFILA VILLARROEL OROZCO**

De dentro de ese edificio

**JUEZ**

Y ese edificio cuál es

3



ADMINISTRACION
DE JUSTICIA

**TEOFILA VILLARROEL OROZCO**

El de la embajada coreana

**JUEZ**

Eso es, entonces, que ocurrió

**TEOFILA VILLARROEL OROZCO:**

Entonces empezaron a mirar los chicos y esta chica filipina, no se podía ver

porque era muy tapada, alta la vereda por ahí, entonces por ahí, nos hemos

metido a mirar mas por las redecitas, entonces yo vi que el hombre era asi,

agachado.

**JUEZ**

(Espere, tiene que hablar al micro)

**TEOFILA VILLARROEL OROZCO**

Estaba muy agachado

**JUEZ**

Un hombre

**TEOFILA VILLARROEL OROZCO**

Si, un hombre

Estaba agachado, con las manitas asi, era muy pequeñita para ver, y al lado yo

vi uno, que estaba de pie, era de negro, lo veía muy poco, pero estaba de pie, el

otro estaba agachado.

**JUEZ:**

Había un hombre de pie, ese hombre que estaba de pie, puede usted, de

alguna manera, describir la apariencia que tenia

**TEOFILA VILLARROEL OROZCO**

No, no podía ver, porque no se podía ver, veía las piernas no mas, porque no se

podía ver, porque era muy finita la rendija para ver, y también vi, como el

hombre, como no estaba a la altura del hombre, yo lo veía, estaba abajo, el

otro estaba agachado , y ya no gritaba nada, no decía nada, solo se oía (ruido) y

ya no se escuchaba

**JUEZ**

Luego, había una persona sola, o había mas personas,

**TEOFILA VILLARROEL OROZCO**

Yo escuché..... como caminando, escuche, y ya no escuche nada mas el grito

4



ADMINISTRACIÓN
DE JUSTICIA

**JUEZ**

Usted manifestó, pudo observar como una persona estaba tirada en el suelo

**TEOFILA VILLARROEL OROZCO**

Si si

**JUEZ**

Había una persona tirada en el suelo

**TEOFILA VILLARROEL OROZCO**

Si, si, se veía como tirada así, como tirada en el suelo

**JUEZ**

Y usted dijo, que había tres personas agarrándola

**TEOFILA VILLARROEL OROZCO**

Tres personas eran, pero no se veía bien, era así como... de la grietita veía claro como tres personas pero no se podía ver, veía mas abajo, solo podía ver los pantalones.

**JUEZ**

Pero vio que había varias personas, y esas personas estaban agarrando a la persona que estaba en el suelo, es usted lo que manifestó, es correcto eso

**TEOFILA VILLARROEL OROZCO**

Si, si es correcto

**JUEZ**

Dice que estas personas llevaban vestimenta oscura, pero no puede precisar mas, verdad

**TEOFILA VILLARROEL OROZCO**

No no

**JUEZ**

Muy bien, de acuerdo

Usted no vio ni entrar ni salir a nadie

**TEOFILA VILLARROEL OROZCO**

No no

**JUEZ**

Solamente eso que ocurrió dentro del recinto de la embajada, verdad

**TEOFILA VILLARROEL OROZCO**

Si

5



**ADMINISTRACION DE JUSTICIA**

**JUEZ**

Muy bien, de acuerdo, hemos terminado, podemos cortar la grabación."

Concluida la transcripción de la declaración, de lo cual certifico.

En la Villa de Madrid, a 30 de julio de 2019

EL LETRADO DE LA ADMINISTRACIÓN DE JUSTICIA



Annex 8

## IMAGES FROM THE SECURITY CAMERA SYSTEM OF THE EMBASSY

### IMAGE 1



### IMAGE 2



1

**IMAGE 3**



**IMAGE 4**



**IMAGE 5**



**IMAGE 6**



**IMAGE 7**



**IMAGE 8**



**IMAGE 9**



**IMAGE 10**



**IMAGE 11**



**IMAGE 12**



**IMAGE 13**



**IMAGE 14**



**IMAGE 15**



**IMAGE 16**



**IMAGE 17**



**IMAGE 18**



**IMAGES (1-18) OF ASSAILANTS ARRIVING AND ENTERING THE EMBASSY, INCLUDING AHN (IMAGES 6 to 11)**

9

**IMAGE 19**



**IMAGE 20**



**IMAGE 21**



**IMAGE 22**



**IMAGES (19-22) OF ASSAILANTS INSIDE THE EMBASSY**

11

## IMAGE 23



## DETAIL - IMAGE 23



**IMAGE 24**



**IMAGE 25**



**IMAGE 26**



**IMAGE 27**



**IMAGES (23-27) OF ASSAILANTS IMMOBILIZING AND TRANSFERRING A VICTIM**

14

**IMAGE 28**



**IMAGE 29**



**IMAGE 30**



**DETAIL - IMAGE 30**



**IMAGES (28-30) OF LAW ENFORCEMENT ARRIVING AT THE EMBASSY (including officers 122271 and 122334)**

16

**IMAGE 31**



**IMAGE 32**



**IMAGE 33**



**IMAGE 34**



**IMAGE 35**



**IMAGE 36**



**IMAGES (31-36) OF ASSAILANTS LEAVING THE EMBASSY**

19

## IMAGE 37



**IMAGE (37) OF ARRIVAL OF ONE OF THE THREE NORTH KOREAN STUDENTS**

## IMAGE 38



**IMAGE 39**



**IMAGE 40**



## DETAIL- IMAGE 40



## IMAGE 41



Ok Gyong JANG

Hak Rim JU

## IMAGE 42



## DETAIL - IMAGE 42



**IMAGES *(38-42)* OF VICTIMS LEAVING THE EMBASSY, SOME OF THEM HANDCUFFED**

23

Anexo 8

## IMÁGENES DEL SISTEMA DE CÁMARA DE SEGURIDAD DE LA EMBAJADA

### IMAGEN 1



### IMAGEN 2



1

**IMAGEN 3**



**IMAGEN 4**



**IMAGEN 5**



**IMAGEN 6**



**IMAGEN 7**



**IMAGEN 8**



**IMAGEN 9**



**IMAGEN 10**



**IMAGEN 11**



**IMAGEN 12**



## IMAGEN 13



## IMAGEN 14



**IMAGEN 15**



**IMAGEN 16**



### IMAGEN 17



### IMAGEN 18



**IMAGENES (1-18) DE ASALTANTES QUE LLEGAN Y ENTRAN EN LA EMBAJADA, INCLUYENDO AHN (IMÁGENES 6 a 11)**

**IMAGEN 19**



**IMAGEN 20**



**IMAGEN 21**



**IMAGEN 22**



**IMÁGENES (19-22) DE ASALTANTES EN EL INTERIOR DE LA EMBAJADA**

## IMAGEN 23



## DETALLE - IMAGEN 23



**IMAGEN 24**



**IMAGEN 25**



## IMAGEN 26



## IMAGEN 27



**IMÁGENES (23-27) DE ASALANTES QUE INMOVILIZAN Y TRASLADAN A UNA VÍCTIMA**

14

## IMAGEN 28



## IMAGEN 29



## IMAGEN 30



### DETALLE - IMAGEN 30



**IMÁGENES (28-30) DE LAS FUERZAS DE SEGURIDAD QUE LLEGAN A LA EMBAJADA (incluidos los oficiales 122271 y 122334)**

**IMAGE 31**



**IMAGEN 32**



**IMAGEN 33**



**IMAGEN 34**



**IMAGEN 35**



**IMAGEN 36**



**IMÁGENES (31-36) DE ASALTANTES ABANDONANDO LA EMBAJADA**

## IMAGEN 37



**IMAGEN (37) DE LA LLEGADA DE UNO DE LOS TRES ESTUDIANTES DE COREA DEL NORTE**

## IMAGEN 38



## IMAGEN 39



## IMAGEN 40



## DETALLE- IMAGEN 40



## IMAGEN 41



## IMAGEN 42



## DETALLE - IMAGEN 42



**IMÁGENES *(38-42)* DE VÍCTIMAS ABANDONANDO LA EMBAJADA, ALGUNAS DE ELLAS ESPOSADAS**