1 | Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
2 | Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
3 | Christopher Jumin Lee - State Bar No. 322140
    clee@birdmarella.com
4 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW, P.C.
5 | 1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
6 | Telephone: (310) 201-2100
    Facsimile: (310) 201-2110

Attorneys for Relator
Christopher Philip Ahn

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 2:19-cv-5397-FLA (JPR) |
|---|---|
| Plaintiff | **REDACTED** |
| v. | **DECLARATION OF NAEUN RIM IN SUPPORT OF RELATOR'S OPPOSITION TO EXTRADITION FILED BY THE UNITED STATES** |
| CHRISTOPHER PHILIP AHN, | |
| Relator | |
| | [Filed concurrently with Relator's Opposition To Extradition Filed By The United States; Declaration of Christopher Philip Ahn; Declaration of Christopher Jumin Lee] |
| | Date: April 9, 2021
Time: 10:00 a.m.
Crtrm.: 690 |
| | Assigned to Hon. Jean Rosenbluth, U.S. Magistrate Judge |

**DECLARATION REDACTED IN ITS ENTIRETY**

3702659.1

1

DECLARATION OF NAEUN RIM



3702659.1

2
DECLARATION OF NAEUN RIM