# EXHIBIT A

 MINISTERIO
DE JUSTICIA

SECRETARÍA DE ESTADO DE JUSTICIA

DIRECCIÓN GENERAL DE COOPERACIÓN JURÍDICA INTERNACIONAL Y DERECHOS HUMANOS

MAGISTRATURA DE ENLACE ANTE LAS AUTORIDADES DE LOS ESTADOS UNIDOS

March 18th, 2021

| | |
|---|---|
| S/REF: | Christopher Philp Ahn |
| N/REF: | DP 1396/2019 |
| FECHA: | 18 DE MARZO, 2021 |
| ASUNTO: | AHN (DP 1396/2019) |
| DESTINATARIO: | Mr. Vaughn A. Ary<br>Director<br>Office of International Affairs<br>U.S. Department of Justice, Criminal División<br>1301 New York Avenue, N.W<br>Washington, D.C., 20005 |

Dear Mr. Ary:

Pursuant to Articles X. F and XII of the Extradition Treaty between Spain and the United States of America, enclosed please find information in support of the request for the extradition of Christopher Philp Ahn.

Washington, D.C., March 18, 2021

The Liaison Magistrate of Spain to the United States
Maria de las Heras Garcia

- 1 -

JUZGADO CENTRAL DE INSTRUCCIÓN Nº 5 – AUDIENCIA NACIONAL
D.P. 1396/2019

DOCUMENTO SUPLEMENTARIO EN APOYO DE LA EXTRADICIÓN DEL CRISTOPHER PHILIP AHN

Yo, Santiago Pedraz Gómez, Magistrado Juez del Tribunal Central de Instrucción número 5 desde 26 de noviembre de 2020, hago esta declaración complementaria en apoyo de la solicitud de extradición de Christopher Philip AHN (en adelante "AHN"), para que pueda ser procesado en España por los siguientes delitos: (i) lesiones (-art. 147 del Código Penal); (ii) detenciones ilegales (arts. 163 y 165 del Código Penal); (iii) amenazas (art. 169 y 171 del Código Penal); (iv) allanamiento de morada (art. 202 y 203 del Código Penal); (v) robo con violencia e intimidación (arts. 237, 241, 242 del Código Penal); y (vi) organización criminal (art. 570 bis del Código Penal).

Entiendo que se ha presentado "Opposition to the Request for Extradition filed by The United States" en el que se realizan ciertas alegaciones en relación con la ley española y la investigación judicial de este caso.

I

Respecto a la participación criminal en el delito en España, según el art. 27 del Código penal, son responsables criminalmente de los delitos los autores y los cómplices. El art. 29 regula la participación a título de cómplice.

De acuerdo con esta regulación, AHN podría ser responsable penalmente de los delitos que se le imputan bien como autor o bien como cómplice. Una copia del art. 29 del Código Penal se incluye en este documento como anexo I.

II

Respecto a la asistencia proporcionada por el Sr. So como intérprete en las declaraciones prestadas por los testigos norcoreanos, respondió a razones prácticas, dadas las lógicas dificultades para encontrar intérpretes de un dialecto tan minoritario como es el norcoreano. En estas circunstancias, el Sr. So podía expresarse perfectamente en español y en norcoreano y, por tanto, estaba en condiciones de realizar una traducción adecuada de las declaraciones de sus compatriotas, sin que ello infrinja ninguna disposición legal.

Madrid, 15 de marzo de 2021

Santiago Pedraz Gómez
Magistrate Judge
Central Investigative Court number 5
Spain

**CENTRAL EXAMINING COURT NUMBER 5 (AUDIENCIA NACIONAL)**
**D.P. 1396/2019**

**SUPPLEMENTAL DOCUMENT IN SUPPORT OF THE EXTRADITION OF CHRISTOPHER PHILIP AHN**

I, Santiago Pedraz Gómez, Magistrate Judge of the Central Examining Court number 5, since November 26, 2020, make this supplementary statement in support of the Request of Extradition of Christopher Philip AHN (hereinafter "AHN"), so that he can be prosecuted in Spain for the following crimes - (i) injuries (art. 147 of the Criminal Code); (ii) illegal detentions (arts. 163 and 165 of the Criminal Code); (iii) threats (arts. 169 and 171 of the Criminal Code); (iv) breaking and entering (arts. 202 and 203 of the Criminal Code); (v) robbery with violence and intimidation (arts. 237, 241, 242 of the Criminal Code); and (vi) criminal organization (art. 570 bis of the Criminal Code).

I understand that an "Opposition to the Request for Extradition filed by The United States" has been submitted in which certain allegations are made in relation to the Spanish law and the judicial investigation.

**I**

Concerning criminal participation in the crime in Spain, according to article 27 of the Criminal Code, those criminally responsible for criminal offences are the offenders and their accessories. The article 29 provides for the criminal liability of the accessories.

According to this regulation, AHN could be criminally liable for the crimes charged either as the perpetrator or as an accomplice. A copy of the article 29 of the Penal Code is included in this document as annex I.

**II**

With respect to the assistance provided by Mr. So as an interpreter in the statements given by North Korean witnesses, the decision was due to practical reasons, in light of the logical difficulties in finding interpreters of such a minority dialect as North Korean language. In these circumstances, Mr. So was perfectly fluent in Spanish and North Korean and was therefore in a position to make a proper translation of his compatriots' statements, which is not in contravention with any legal provision.

Madrid, March 18, 2021

Santiago Pedraz Gómez
Magistrate Judge
Central Examining Court number 5
Spain



# ANNEX I





## CRIMINAL CODE

### TITLE II
### ON PERSONS CRIMINALLY RESPONSIBLE FOR CRIMINAL OFFENSES

Article 29

Accessories are those who, not being included in the preceding Article, co-operate in the perpetration of the criminal offence with prior or simultaneous deeds.

## CODIGO PENAL

### TÍTULO II
### DE LAS PERSONAS CRIMINALMENTE RESPONSABLES
### DE LOS DELITOS Y FALTAS

Artículo 29

Son cómplices los que, no hallándose comprendidos en el artículo anterior, cooperan a la ejecución del hecho con actos anteriores o simultáneos.

