# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER PHILIP AHN,<br><br>Relator | CASE NO. 2:19-cv-5397 FLA (JPR)<br><br>[~~PROPOSED~~] ORDER<br><br>Assigned to Hon. Jean P. Rosenbluth, U.S. Magistrate Judge |

Per the stipulation of the Parties, and finding good cause therefore, IT IS HEREBY ORDERED that extradition hearing in this case is continued to May 25, 2021 at 10:30 a.m.

DATED: March 31, 2021

*/s/ Jean Rosenbluth*

HONORABLE JEAN P. ROSENBLUTH
United States Magistrate Judge

1  Submitted by:
    Bird, Marella, Boxer, Wolpert, Nessim,
2  Drooks, Lincenberg & Rhow, P.C.
3  Ekwan E. Rhow
    Naeun Rim
4  Christopher Jumin Lee
5
      By */s/ Christopher Jumin Lee*
6           Christopher Jumin Lee
7  Attorneys for Relator Christopher Philip Ahn