# SUPPLEMENTAL EXHIBIT A



# THE FLETCHER SCHOOL

TUFTS UNIVERSITY

Sung-Yoon Lee
Kim Koo-Korea Foundation Professor of Korean Studies and Assistant Professor
The Fletcher School of Law and Diplomacy
Tufts University

May 14, 2021

The Honorable Jean P. Rosenbluth
United States Magistrate Judge
Roybal Federal Building and United States Courthouse
255 E. Temple St., Courtroom 690, 6th Floor
Los Angeles, CA, 90012

*United States of America v. Christopher Philip Ahn*

Your Honor,

I teach graduate courses on the international relations of North Korea at the Fletcher School of Law and Diplomacy at Tufts University in Medford, Massachusetts. I have frequently spoken on North Korea policy before various United States Government entities, for example, testifying as an expert witness in congressional hearings and advising senior elected leaders, including the President of the United States. I have also previously provided an expert declaration in support of the Judgment Creditors' Motion for Default Judgment in *Warmbier et al. v. Democratic People's Republic of Korea* (Case No. 18-977) before Chief Judge Beryl A. Howell in the U.S. District Court for the District of Columbia.

I have read as many articles as I could published in English and Korean on the *U.S. v. Christopher Ahn* case, including the publicly accessible documents hitherto filed with this honorable court. I was compelled to write this letter in response to the United States' reply brief filed on March 22, 2021 in which the prosecutor shockingly downplayed the risk of deadly reprisal to Christopher Ahn's life from the Democratic People's Republic of Korea ("DPRK").

Based on the information I have gleaned and my North Korea-specific knowledge, may I submit to you for your consideration the following three points: First, there should be no doubt that Christopher Ahn is at risk of being killed if he is extradited outside the United States. The DPRK is a terrorist state that will go to the ends of the world to assassinate enemies of the state— foreign officials and civilians alike, and especially those known to have helped North Korean defectors, whom North Korea's top leaders, including the supreme leader's sister, Kim Yo Jong, call "human wastes"[1] and "mongrel dogs."[2] Second, the DPRK is a state built on the foundation of state lies, state crimes, and crimes against humanity. Third, the DPRK witnesses in the February 22, 2019 incident are inherently unreliable witnesses, and they are verifiably found to have made various claims as to what transpired at the embassy on February 22, 2019 that are in direct contradiction of each other.

1. Terrorist State

The Democratic People's Republic of Korea ("DPRK"), first designated by the United States as a State Sponsor of Terrorism in 1988 in the wake of the bombing of a South Korean civilian aircraft on November 29, 1987, which led to the death of all 115 persons on board,[3] and, after rescindment in 2008, designated again in 2017 in the wake of the extrajudicial killing of a U.S. college student, Otto Warmbier, is in fact a **model terrorist state whose murderous reach**

---

[1] "Statement of Kim Yo Jong, Vice Department Director of Workers' Party of Korea Central Committee," *Korea Central News Agency*, May 2, 2021. https://kcnawatch.org/newstream/1620270980-652382873/statement-of-kim-yo-jong-vice-department-director-of-wpk-central-committee/?t=1628780928032

[2] "Kim Yo Jong Rebukes S. Korean Authorities for Conniving at Anti-DPRK Hostile Act of 'Defectors from North,'" *Korean Central News Agency*, June 4, 2020. https://kcnawatch.org/newstream/1591332325-315673179/kim-yo-jong-rebukes-s-korean-authorities-for-conniving-at-anti-dprk-hostile-act-of-defectors-from-north/

[3] U.S. Department of State, "Country Reports on Terrorism 2019: Democratic People's Republic of Korea." https://www.state.gov/reports/country-reports-on-terrorism-2019/democratic-peoples-republic-of-korea/

**is global, whose resources for carrying out acts of international terrorism are vast, and whose will to assassinate high-value targets is indefatigable.**

North Korea's acts of international terrorism is coeval with the history of the state and runs the gamut of conventional definitions of international terrorism—from issuing threats to kill civilians in foreign countries, assassination, abduction, torture, and arms sales to terrorist groups like Hamas and Hezbollah to cyber-terrorism.[4] Between January 1968 and October 1983, North Korea made three assassination attempts on the President of South Korea, in the course killing 44 South Koreans, including the First Lady, four Americans, and four Burmese. In February 1997, North Korean assassins killed a South Korean man, Lee Han-Young, the nephew of the then ruler Kim Jong Il, for publishing a book on the North Korean royal family. In 2000, North Korean agents kidnapped Reverend Kim Dong-Shik, a lawful permanent resident of Illinois, United States, from China and took him to North Korea, after which Reverend Kim was tortured and killed.[5]

North Korea has a long history of assassination attempts made on foreign soil. The most recent known case is the murder of Kim Jong Nam, the half-brother of North Korean leader Kim Jong Un, with VX nerve agent, a weapon of mass destruction, in Kuala Lumpur International Airport in February 2017.[6] North Korea recruited foreign nationals, one woman from Vietnam and another from Indonesia, to carry out the assassination in the crowded international airport. This brazen act was loaded with the sinister message that the DPRK's disregard for human life

---

[4] Joshua Stanton, *Arsenal of Terror: North Korea, State Sponsor of Terror* (Washington, D.C.: Committee for Human Rights in North Korea, 2015). https://www.hrnk.org/uploads/pdfs/4_27_15_Stanton_ArsenalofTerror.pdf

[5] Stanton, 40-44.

[6] Robert Windrem, Ken Dilanian, and Abigail Williams, "North Korea has a history of assassination attempts on foreign soil," *NBC*, November 21, 2017. https://www.nbcnews.com/news/north-korea/north-korea-has-history-assassination-attempts-foreign-soil-n823016

extends well beyond its borders. North Korea's contempt for the lives of others is also manifested in its history of abducting hundreds of foreign nationals. In the 1970s and 1980s, for example, North Korea abducted numerous Japanese nationals from Japan, including a thirteen-year-old girl, Megumi Yokota.[7]

North Korea's terrorist arm is not confined to the Asia-Pacific. It extends into Europe, which has grave implications on this case. In July 1977, North Korea made an attempt to kidnap a South Korean couple in Belgrade, Yugoslavia. The attempt failed; however, in June 1979, a South Korean teacher, Ko Sang-Moon, was abducted by North Korean agents in the Netherlands. The next month, North Korea made another kidnapping attempt on a South Korean in France.[8] In July 1987 North Korea abducted Lee Chae-Hwan, a doctoral student at the Massachusetts Institute of Technology in Cambridge, Massachusetts, and the son of a South Korean lawmaker, while he was on a visit to Vienna.[9] In October 1996, Choi Duk Keun, a South Korean diplomat, was murdered by North Koreans in Vladivostok, Russia.[10] In 2014 North Korean agents attempted to kidnap in Paris a North Korean student whose father had fallen out of favor with the regime.[11]

With the exception of France and Estonia, all of European Union member states maintain diplomatic relations with the DPRK, as does also the United Kingdom. North Korea maintains

---

[7] Martin Fackler, 'Years After Abduction by North Korea, a Reunion," *The New York Times*, March 16, 2014. https://www.nytimes.com/2014/03/17/world/asia/parents-of-japanese-woman-kidnapped-by-north-korea-meet-their-granddaughter.html

[8] Hannah Fischer, "North Korean Actions, 1950 to 2007: Controversy and Issues," Congressional Research Service, (April 20, 2007), 9-10. https://www.everycrsreport.com/files/20070420_RL30004_9488aa6900117e90a96a70fb27a49e35a1e2965f.pdf

[9] Fischer, 12.

[10] Fisher, 15.

[11] Elaine Ganley, "North Korean Student Escapes Kidnap Attempt In Paris," *The Associated Press*, November 22, 2014. https://www.ctvnews.ca/world/north-korean-student-escapes-kidnap-attempt-in-paris-now-in-hiding-1.2114443

4

diplomatic missions in thirteen states in Europe. Unlike in the United States, where the few DPRK officials and their family members who are issued a U.S. Visa are all restricted to a 25 mile travel radius from their diplomatic mission to the United Nations in Midtown Manhattan, in Europe North Korea has long maintained an official *de facto* criminal presence. For nearly 50 years, North Korean diplomats posted abroad, in blatant violation of the Geneva Convention on Diplomatic Relations,[12] have routinely conspired with criminal networks in Europe in the proliferation and trafficking of illicit goods, including weapons, illicit drugs, alcohol, banned animal products, counterfeit U.S. currency and counterfeit cigarettes, for profit.[13]

The DPRK also maintains close ties with the Communist Party of the Peoples of Spain. In particular, in Spain resides one of the world's most prominent non-North Korean DPRK-defenders, Alejandro Cao de Benos, founder and president of the Korea Friendship Association (FTA) and the world's "first and only non-[North] Korean working for the government."[14] In 2002, Kim Jong Il appointed Alejandro Cao de Benos "Special Delegate" to the DPRK's Committee for Cultural Relations with Foreign Countries.[15] The August 2020 United Nations Panel of Experts Report explicitly mentions Mr. de Benos as the "official representative" of the Korea Narae Trading Corporation (KNTC), a "Pyongyang-based entity."[16] The Security Council-mandated report alleges that de Benos, in violation of United Nations Security Council

---

[12] The Vienna Convention on Diplomatic Relations prohibits diplomats stationed in receiving nations from using the "premises of the mission" in "any manner incompatible with the functions of the mission as laid down in the present Convention" (Article 41) and practicing "for personal profit any professional or commercial activity" (Article 42). https://legal.un.org/ilc/texts/instruments/english/conventions/9_1_1961.pdf

[13] Sheena Chestnut Greitens, *Illicit: North Korea's Evolving Operations to Earn Hard Currency* (Washington, D.C.: Committee for Human Rights in North Korea, 2014). https://www.hrnk.org/uploads/pdfs/SCG-FINAL-FINAL.pdf

[14] Josh Dean, "Wanna Do Business in Pyongyang? Call North Korea's Guy in Spain," *Bloomberg Business*, May 1, 2020. https://www.bloomberg.com/news/features/2020-05-01/wanna-do-business-in-pyongyang-call-north-korea-s-guy-in-spain

[15] Dean.

[16] Interim Report of the UN Panel of Experts established pursuant to resolution 1874 (2009), 195. https://undocs.org/S/2020/840

Resolution 2375,[17] facilitated a joint venture between the KNTC and a company in Uganda, while he "recommended obfuscation techniques."[18] From August to November 2019, de Benos received two payments in the amount of 5,100 EUR from yet another company, which he "comingle[d]" with funds from FTA accounts.[19] Alejandro Cao de Benos has also been caught on film offering to broker North Korea's sales of weapons and drugs.[20] Y.S.S., Commercial Attache and Acting Ambassador to Spain, told the Spanish police on February 23, 2019 that he had been in correspondence with "Alejandro."[21] In the event Christopher Ahn is extradited to Spain, it is certain Mr. Ahn would be exposed to DPRK-sponsored agents, including would-be assassins, for a mere few thousand Euros in reward.[22]

2. State Lies, State Crimes, and Crimes against Humanity

Second, the DPRK is a state built on a foundation of lies, crimes, and inhumanity. The DPRK is the only state in the post-1945 period that portrays its top leader as a demigod, engages in state-sponsored production and sales of various illicit goods like heroin and counterfeit U.S. currency, and operates vast political prisoner concentration camps—modern-day gulags that are three times bigger than Washington, D.C.[23] The nature, scale, intensity, and duration of North

---

[17] Article 18 of United Nations Security Council Resolution 2375 (September 11, 2017) prohibits UN member states from entering into joint ventures with DPRK entities. https://www.undocs.org/S/RES/2375%20(2017)

[18] UN Panel of Experts, ft. 39, 195.

[19] UN Panel of Experts, 197.

[20] Chad O'Carroll, "'The Mole" documentary could spell end of Korea Friendship Association," October 12, 2020. https://www.nknews.org/2020/10/the-mole-documentary-could-spell-end-of-korea-friendship-association/

[21] Document 55-3 (Filed 06/28/2019) [Redacted Exhibit C to Request for Extradition Filed by Govt.pdf.], Lines 319-323;14-15.

[22] See footnote 32 below.

[23] "New satellite images show scale of North Korea's repressive prison camps," Amnesty International, December 5, 2013. https://www.amnesty.org/en/latest/news/2013/12/new-satellite-images-show-scale-north-korea-s-repressive-prison-camps/

Korea's state-sponsored lies, illicit activities, and crimes against humanity are without parallel in the post-1945 world. These unique traits have implications on this case.

North Korea's cult of personality is the most far-fetched in the world. Even by the standards of the Middle Ages the North Korean variety is extreme.[24] **The DPRK assiduously deifies its top leader, who, in the official state narrative, is a superhuman being who can never be criticized, let alone be openly desecrated.**

The DPRK claims Kim Il Sung, the state founder, virtually single-handedly liberated Korea from Japanese colonial rule (1910-45), defended North Korea in the Korean War (1950-53) that the "U.S. purportedly started,"[25] and has built a "workers' paradise" that has "nothing to envy."[26] The supposed superhuman traits and achievements of the Kim family regime means that the three generations of Kim leaders—Kim Il Sung, Kim Jong Il, and Kim Jong Un—are unassailable and must be revered by all at all times. Historians across the political spectrum are in agreement that North Korea is the most perfected, that is, the most *extreme*, totalitarian state the world has ever seen. North Korea stands alone in the modern world as the only nation in which not a single known dissident or act of protest has been observed. In North Korea there are no opposition parties, no civic groups, no human rights organizations, no labor unions, no visible protests. The supreme leader's power is absolute. His infallibility is perfectly protected.

**That a person accompanying Christopher Ahn in the February 22, 2019 Madrid embassy incident smashed the portraits of Kim Il Sung and Kim Jong Il, respectively, Kim**

---

[24] Christopher Richardson, "North Korea's Kim Dynasty: The Making of a Personality Cult," *The Guardian*, February 16, 2015. https://www.theguardian.com/world/2015/feb/16/north-korea-kim-jong-il-birthday

[25] Sung-Yoon Lee, "The Korean War: The origin of Pyongyang's state lies," *The Hill*, June 25, 2020. https://thehill.com/opinion/national-security/504427-the-korean-war-the-origin-of-pyongyangs-state-lies

[26] Barbara Demick, *Nothing to Envy: Ordinary Lives in North Korea* (New York: Spiegel & Grau, 2009).

7

**Jong Un's grandfather and father,[27] hanging inside the DPRK embassy means the DPRK will go to the ends of the earth to take down Mr. Ahn and the other alleged participants.**

"Scouring all parts of the earth" in order to mete out "merciless punishment" on four prominent North Korea human rights activists in South Korea who vocally denounce the Kim regime is in fact what the DPRK vowed in an official statement on July 31, 2012.[28] Referring to the four individuals by name, the DPRK called on South Korea and the United States to "make an official apology for the hideous politically-motivated, state-sponsored terrorism against the dignity of its supreme leadership and sternly punish the prime movers."[29]

In September 2011, Park Sang-Hak, one of the four mentioned, narrowly escaped an assassination attempt with a poisoned needle when South Korean intelligence officers intercepted Park at the subway station in South Korea where Park was to meet An Hak-Young, his would-be assassin, a former member of North Korea's special forces who had defected to South Korea in 1995.[30] An, upon arrest, stated that he had been recruited for the task by the DPRK with an offer of "money and a better life for his family members who still lived in the North."[31] The amount of money offered by the DPRK was 10,000 USD.[32]

---

[27] John Power, "North Korean dissident smashes portraits of Kim Il-sung and Kim Jong-il in viral video," South China Morning post, March 21, 2019. https://sg.news.yahoo.com/north-korean-dissident-smashes-portraits-071011945.html

[28] "DPRK Will Take Corresponding Measures against Terrorism: CPUK [The Committee for the Peaceful Reunification of Korea]," July 31, 2012. https://kcnawatch.org/newstream/1451900465-564175223/dprk-will-take-corresponding-measures-against-terrorism-cprk/?t=1636037306987

[29] "DPRK: CPUK," July 31, 2012.

[30] Choe Sang-Hun, "North Korean Accused of Plotting Against Fellow Defector," *The New York Times*, September 16, 2011. https://www.nytimes.com/2011/09/17/world/asia/north-korean-arrested-in-alleged-plot-against-fellow-defector.html

[31] Stanton, 65.

[32] Fabian Kretschmer, "Fighting Kim Jong Un's regime with balloons," Deutsche Welle, October 2, 2017. https://www.dw.com/en/fighting-kim-jong-uns-regime-with-balloons/a-40779878

Europe, with its porous borders, official DPRK presence, and less vigilant investigation and prosecution of DPRK crimes by states compared with, for example, the governments of South Korea and Japan, provides fertile ground for an assassination attempt on a state-priority target like Christopher Ahn. Free Joseon, with which Mr. Ahn has been associated, is the first-ever anti-DPRK resistance group known to the world. By breaking the taboo that North Korea's supreme leader is unassailable, Free Joseon has become an enemy of the DPRK that must be destroyed. It was Mr. Ahn who helped secure Kim Jong Nam's wife, son, and daughter safe passage to Amsterdam in the immediate wake of Mr. Kim's murder in Malaysia in February 2017.[33] **For North Korea, demonstrative, gruesome acts like routine public executions and assassinations in plain view in a foreign airport are intended to terrorize its own people and any potential challenger to the regime—both domestic and foreign. For the DPRK, going after Mr. Ahn is a non-negotiable proposition.**

On March 31, 2019, North Korea's Foreign Ministry spokesperson, calling the Madrid incident a "grave terrorist threat," urged Spain to carry out an investigation into the incident "to the last" and "bring the terrorists and their wire-pullers to justice." The statement ends with the words, "[W]e will wait for the result in patience.[34] To extradite Christopher Ahn to Spain based primarily on the testimonies of DPRK officials and fellow DPRK nationals would effectively be to condemn Mr. Ahn, by all accounts an honorable man and a patriot with no prior criminal record—to the delight of the DPRK—to his death.

---

[33] Suki Kim, "The Underground Movement Trying to Topple the North Korean Regime," *The New Yorker*, November 23, 2020. https://www.newyorker.com/magazine/2020/11/23/the-underground-movement-trying-to-topple-the-north-korean-regime

[34] "Foreign Ministry's Spokesperson Urges Responsible Investigation into Assault on DPRK Embassy," Korean Central News Agency, March 31, 2019. https://kcnawatch.org/newstream/1554012371-428914319/foreign-ministry-spokesperson-urges-responsible-investigation-into-assault-on-dprk-embassy/?t=1636034330821

3. <u>Unreliable Witnesses</u>

Third, the testimonies by DPRK persons of the DPRK Madrid Embassy and fellow nationals—three architecture "students"—are inherently unreliable. The sheer fact that nine non-DPRK persons, including Christopher Ahn, stayed inside the DPRK embassy for approximately four and a half hours (16:40 – 21:11),[35] and for more than three hours *after* three Spanish policemen rang the embassy doorbell at 17:50,[36] and that they left the embassy with no North Koreans taken with them, raises questions in Pyongyang. For the North Korean embassy staff, their spouses, and the three students, who, like all DPRK persons abroad, are in varying degrees captives of the state whose loved ones and associates back home are held hostage against their actions abroad, the choice is starkly clear: Conspire together and tell the Spanish authorities falsehoods and tales of exaggerated coercion and victimization out of fear of retribution or, tell anything less or in fact the truth, and face the certainty of banishment to a gulag with their entire family and even execution. In fact, the record shows that each North Korean witness who has submitted a statement to the Spanish police directly contradicts key elements in the statements of other fellow North Koreans.

For example, one official, S.J.C. (b. 1988), told the Spanish police on February 25, 2019 that he, after having been handcuffed, managed to find the key and free himself.[37] However, in still shot photographs captured on DPRK Embassy cameras, C. is seen walking around the embassy complex with his hands tied behind his back some 15 minutes *after* the alleged

---

[35] Document 118-1 (Filed 10/01/19) [USA's Redacted Exhibits ISO Extradition.pdf.], Image No. 4 (115), & Image No. 36 (132).

[36] Document 181-1, Image Nos. 28 & 29; 128.

[37] Document 55-3 (Filed 06/28/2019) [Redacted Exhibit C to Request for Extradition Filed by Govt.pdf.], Line 675; 25.

assailants had left the embassy.[38] Two minutes later, C. is caught on camera exiting the embassy through the main pedestrian entrance still with his hands tied behind his back,[39] when C, on February 25, 2019, had told the Spanish police that he, Mr. S. (Acting Ambassador), and the students had all left the embassy compound "through the garage door which had been left open as a result of the attackers' escape in three Embassy vehicles."[40] Such distortions and embellishments of facts also abound in the statements of other North Korean witnesses.

Another embassy staff, H.R.J. (b. 1990), on April 24, 2019, told the Spanish police that one of the alleged assailants had placed "metal hinged handcuffs" on his hands behind his back,[41] and that the Spanish police helped him "remove the hinged handcuffs he had on behind his back."[42] However, Ms. O.G.J. (b. 1983), wife of the Acting Ambassador, in her April 25, 2019 statement to the police, stated that she found "Mr. J___ and Mr. J_ [who had told the police the previous day that his hands had been tied with "metal hinged handcuffs"], embassy employees, with their hands tied with plastic cables, which she help cut with the knife."[43] As for Mr. J___ whom she mentioned, S.G.J. (b. 1960), in his April 24, 2019 statement to the police, Mr. J___ stated that one of the three North Korean students who had come to help them "cut the cable ties that were holding his hands behind his back with a cutter" (instead of Ms. O.G.J.).[44]

---

[38] Document 181-1, Image No. 39 (21:26:03 on Feb 22, 2019); 134.

[39] Document 181-1, Image No. 41 (21:28:00); 136.

[40] Document 55-3, Lines 664-666; 24.

[41] Document 55-3, Lines 765-766; 26.

[42] Document 55-3, Line 805; 27.

[43] Document 55-3, Lines 957-958; 30.

[44] Document 55-3, Lines 1140-1142; 36.

11

As for the three students, they likewise tell stories that contradict the claims by the embassy staff. K.H.P. (b. 1987), in his April 23, 2019 statement to the police, stated that he found "Mr. C," who had claimed he had freed himself of the handcuffs placed on him, "handcuffed with his hands behind his back."[45] K.H.P. also stated that he found "Mr. J___" (S.G.J., b. 1960), who had claimed that "one of the students" had "cut the cable ties" on his hands, "handcuffed with his hands behind his back."[46] Another North Korean student, M.N.J. (b. 1993), in his April 23, 2019 statement to the police, stated he found both Mr. C and Mr. J___ "handcuffed."[47]

As for Y.S.S., the Acting Ambassador, in his February 23, 2019 statement to the police, he stated that the "person of Asian origin" who rang the embassy door bell the day before, "had come to the Embassy a couple of weeks before" and that he "had a conversation with him."[48] Y.S.S. stated that he "even posed for a photo with this individual with the latter's telephone."[49] Y.S.S. also stated that he had "subsequently sent an email" to Alejandro, "a Spanish person who works with North Korea," asking "if he knew this person."[50]

Nonetheless, Y.S.S., recounting to the police the moment when the alleged bag placed over his head was removed and he could finally see the "first person who entered the embassy premises," described the person in detail as "at least 180 cm tall, with a sparse, thin beard and a moustache, with long dark hair in a ponytail, with Asian features, 30-35 years old, wearing a

---

[45] Document 55-3, Line 1462; 46.

[46] Document 55-3, Line 1465; 46.

[47] Document 55-3, Lines 1553-1555; 47.

[48] Document 55-3, Lines 304, 313-314; 14.

[49] Document 55-3, Lines 317-318; 14.

[50] Document 55-3, Lines 319-321; 14-15.

12

black suit, a white shirt and a black tie with white dots," but as if he had never met the person before.[51] Y.S.S., like all other North Koreans, is making statements riddled with contradictions, distortions, and omissions out of fear and a keen sense of survival. He has apparently been filmed inside the embassy laughing with the alleged assailants, which has grave implications on his well-being. On May 7, 2019, Fox News Anchor Eric Shawn said on the air, "I have seen the video from inside the embassy. The video shows what is purportedly to be a North Korean diplomat sitting at a table, with, er, these militant activists, laughing."[52] Finally, Y.S.S., the Acting Ambassador, in serving as the sole interpreter in the statements to the police on the embassy incident made by all other North Korean nationals—each one of them his subordinate—strongly implies coercion and, thereby, renders North Koreans, individually and collectively, an unreliable witness.

Your Honor: I shall attend the May 25 hearing. In the event you have any questions for me, I shall do my best to address them.

Yours sincerely,

Sung-Yoon Lee

---

[51] Document 55-3, Lines 388-391; 17.

[52] "Calls grow to drop case against U.S. Marine and activists in North Korean embassy intrusion" (4:40 – 4:50 min mark), *Fox News*, May 7, 2019. https://www.foxnews.com/world/us-marine-activists-charged-north-korean-embassy-spain-video

13