# SUPPLEMENTAL EXHIBIT B

Ex B - 1

# Committee for Human Rights in North Korea

1801 F Street, NW • Suite 305 • Washington, DC 20006 • (202) 499-7973 • www.hrnk.org

The Honorable Jean P. Rosenbluth
United States Magistrate Judge
Roybal Federal Building and United States Courthouse
255 E. Temple St., Courtroom 690, 6th Floor
Los Angeles, CA 90012

May 14, 2021

Dear Judge Rosenbluth,

My name is Greg Scarlatoiu, executive director of the Washington, D.C.-based U.S. Committee for Human Rights in North Korea (HRNK). I am a naturalized U.S. citizen, born and raised in communist Romania. I have been dealing with Korean peninsula issues for 31 years, having obtained my BA and MA in international relations from Seoul National University and an MA in international law and diplomacy from The Fletcher School, Tufts University. I am a fluent Korean speaker and author of Korean language articles and columns.

Established two decades ago, HRNK is America's only U.S. bipartisan civil society organization (CSO) focused exclusively on researching, documenting, and reporting on the crimes committed by the Kim regime of North Korea (the Democratic People's Republic of Korea, DPRK). HRNK holds UN Economic and Social Council (ECOSOC) consultative status. In its 2020 Country Reports on Human Rights Practices: Democratic People's Republic of Korea (https://www.state.gov/reports/2020-country-reports-on-human-rights-practices/north-korea/), released on March 30, 2021, the U.S. Department of State quotes 9 HRNK reports 27 times. There are 7 former U.S. ambassadors on HRNK's Board of Directors, including both the former U.S. Special Envoy for North Korean Human Rights and the former South Korean Special Envoy for North Korean human rights.

I am taking the liberty of writing to you to very respectfully and resolutely recommend against the extradition of Mr. Christopher Ahn to Spain. I am deeply concerned and alarmed that such course of action would put him in grave danger. North Korea is one of four states currently on the State Sponsors of Terrorism List, as established by the U.S Department of State's Bureau of Counterterrorism (https://www.state.gov/state-sponsors-of-terrorism/). North Korea has diplomatic relations with Spain and a diplomatic mission in Madrid. Over the decades, North Korean missions have provided cover and served as bases of operations for the surveillance, abduction, and assassination on foreign soil of North Korean, South Korean, and foreign nationals.

In 2005, North Korea abducted from China and assassinated Reverend Kim Dong-shik, a respected humanitarian and Illinois-based U.S. lawful permanent resident. In 2010, overseas North Korean operatives attempted to assassinate Mr. Hwang Jang-yop in South Korea. Hwang, who passed away late that year of natural causes, was the most senior North Korean defector ever. In 2014, North Korean agents attempted to kidnap a North Korean student in Paris. The attempt may have been triggered by the student family's ties to Mr. Jang Sung-taek, leader Kim Jong-un's uncle, who was executed. According to the Government of Japan, at least 17 Japanese nationals have been abducted by North Korean agents and taken from Japanese territory. Kim Jong-un's own half-brother Kim Jong-

Board of Directors

| | | | |
|---|---|---|---|
| Gordon Flake, *Co-Chair* | Andrew Natsios, *Co-Chair Emeritus* | Nicholas Eberstadt | Winston Lord |
| Katrina Lantos Swett, *Co-Chair* | Morton Abramowitz | Carl Gershman | David Maxwell |
| John Despres, *Co-Vice-Chair* | Thomas Barker | Robert Joseph | Marcus Noland |
| Suzanne Scholte, *Co-Vice-Chair* | Jerome Cohen | Steve Kahng | Jacqueline Pak |
| Kevin McCann, *Treasurer* | Abraham Cooper | Robert King | Greg Scarlatoiu, *Executive Director* |
| | Jack David | Jung-Hoon Lee | |

# Committee for Human Rights in North Korea

1801 F Street, NW • Suite 305 • Washington, DC 20006 • (202) 499-7973 • www.hrnk.org

nam was assassinated in an operation executed inside Kuala Lumpur International Airport in Malaysia, when VX nerve agent, a weapon of mass destruction, was deployed.

North Korea is a totalitarian state ruled by the Kim dynasty that, according to a UN Commission of Inquiry (UN COI) commits crimes against humanity against its own people, including imprisoning up to 120,000 men, women and children deemed to be "enemies of the people" and up to three generations of their families in political prison camps where they face relentless forced labor, induced malnutrition, torture and extrajudicial killings. This is an unforgiving regime that punishes anyone suspected of disloyalty. People must display the portraits of North Korea's first two leaders, Kim Il-sung and Kim Jong-il in their homes and bow before them. When overseas, they are issued a "special" piece of silk and strict instructions as to how to wipe the portraits of the late Kims. During flooding, North Korean propaganda often publishes stories on North Koreans who drowned to rescue the portraits of the Kims, as the epitome of North Korean patriotism.

By destroying and stepping on the portraits of the two Kims, any member of the team involved in the Madrid incident committed the ultimate sin in the dynastic, despotic world of the Kim regime. The regime cannot allow anyone to get away with that. If the person is ethnic Korean, the danger is even more immediate and overwhelming.

Please allow me to express my firm belief that the Kim regime will target Mr. Christopher Ahn for abduction and assassination if he is sent to Spain. Consequently, I implore you not to extradite Mr. Ahn.

Your Honor, I have only selected a few most representative cases. If need be, I can provide detailed citations on these and other cases of North Korean terrorism conducted on foreign soil.

If needed, I would be grateful and delighted to provide further information on this matter of the utmost concern. Your staff can contact me via email (executive.director@hrnk.org) or call my cell phone number ████████.

Thank you very much for your consideration.

Yours sincerely,

*[signature: Greg Scarlatoiu]*

Greg Scarlatoiu
Executive Director
Committee for Human Rights in North Korea

**Board of Directors**

| | | | |
|---|---|---|---|
| Gordon Flake, *Co-Chair* | Andrew Natsios, *Co-Chair Emeritus* | Nicholas Eberstadt | Winston Lord |
| Katrina Lantos Swett, *Co-Chair* | Morton Abramowitz | Carl Gershman | David Maxwell |
| John Despres, *Co-Vice-Chair* | Thomas Barker | Robert Joseph | Marcus Noland |
| Suzanne Scholte, *Co-Vice-Chair* | Jerome Cohen | Steve Kahng | Jacqueline Pak |
| Kevin McCann, *Treasurer* | Abraham Cooper | Robert King | Greg Scarlatoiu, *Executive Director* |
| | Jack David | Jung-Hoon Lee | |