# SUPPLEMENTAL

# EXHIBIT

# Evidence Submitted by Kingdom of Spain

VIDEO CAMERA SURVEILLANCE



















# Assailants Restrain Embassy Residents

WITNESS TESTIMONY

VIDEO CAMERA SURVEILLANCE

ANNEX 6
DKT. 118-1 AT 74-83

# Testimony of Lynn Gayero Dayao

ANNEX 7
DKT. 118-1 AT 98-103

# Testimony of Teofila Villarroel Orozco



**IMAGE 24**



**IMAGE 25**

13



# Cho Sun Hi Injured Escaping Assailants

WITNESS TESTIMONY

TESTIMONY OF POLICE OFFICERS

MEDICAL RECORDS

ANNEX 5
DKT. 118-1 AT 64-66

# Testimony of Oscar Santiago Perales

ANNEX 3
DKT. 118-1 AT 16-28

ANNEX 4
DKT. 118-1 AT 47-52

# Testimony of Police Officers

ANNEX 1
DKT. 112-1 AT 10-24
(SEALED)

# Medical Records of Cho Sun Hi

# Police Inquiry Thwarted

TESTIMONY OF POLICE OFFICERS

VIDEO CAMERA SURVEILLANCE

ANNEX 3
DKT. 118-1 AT 16-28

ANNEX 4
DKT. 118-1 AT 47-52

# Testimony of Police Officers





# Assailants Leave Embassy

VIDEO CAMERA SURVEILLANCE

TESTIMONY OF POLICE OFFICERS





**IMAGE 35**



**IMAGE 36**

IMAGES (31-36) OF ASSAILANTS LEAVING THE EMBASSY

ANNEX 3
DKT. 118-1 AT 16-28

ANNEX 4
DKT. 118-1 AT 47-52

# Testimony of Police Officers

# Attack of Embassy: Aftermath

TESTIMONY OF POLICE OFFICERS

VIDEO CAMERA SURVEILLANCE

MEDICAL RECORDS

ANNEX 3
DKT. 118-1 AT 16-28

ANNEX 4
DKT. 118-1 AT 47-52

# Testimony of Police Officers









**IMAGE 42**

CAM 4

**DETAIL - IMAGE 42**

**IMAGES *(38-42)* OF VICTIMS LEAVING THE EMBASSY, SOME OF THEM HANDCUFFED**

23

ANNEX 1
DKT. 112-1 AT 10-24
(SEALED)

# Medical Records of Cho Sun Hi

ANNEX 2
DKT. 112-1 AT 41-49
(SEALED)

# Medical Records of Yun Sok So

# Recovered Weapons and Items

POLICE PHOTOGRAPHS

Cables ties used to tie the victims' hands



Box of hinged handcuffs (4), tactical flashlight (10), gloves (8 and 9) and bag from Ferretería Delicias hardware store (7)



Shoulder holster (12) purchased at SHOKE by Adrian HONG CHANG























# Recovered Embassy Vehicle

POLICE PHOTOGRAPHS





# Weapons and Items Purchased by Assailants

STORE RECEIPTS
VIDEO CAMERA SURVEILLANCE













# Cho Sun Hi Seeks Police Assistance

TESTIMONY OF POLICE OFFICERS

ANNEX 3
DKT. 118-1 AT 16-28

ANNEX 4
DKT. 118-1 AT 47-52

# Testimony of Police Officers

# Victim Identifies Relator

April 3, 2019

PHOTOGRAPHIC ARRAY



# Statements of Diplomats, Family Members, and Witnesses