Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
Christopher Jumin Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Relator
Christopher Philip Ahn

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 2:19-cv-5397-FLA (JPR) |
|---|---|
| Plaintiff | **CHRISTOPHER PHILIP AHN'S NOTICE OF FILING ADDITIONAL SUPPLEMENTAL EXHIBIT IN OPPOSITION TO REQUEST FOR EXTRADITION** |
| v. | |
| CHRISTOPHER PHILIP AHN, | |
| Relator. | Assigned to Hon. Jean Rosenbluth, U.S. Magistrate Judge |

On May 26, 2021, counsel for Christopher Ahn filed a copy of his presentation for the May 25 hearing as Exhibit D. (Dkt. 200-1.) Exhibit D contained a few modifications from the copy of the presentation that was provided to the Government on May 24, including:

- Reorganization of the slides that was done in the courtroom before the slides were displayed because a portion of the arguments had already been addressed by the Court;
- Removal of certain slides that were made redundant during the hearing;
- One additional slide with additional quotes from *Santos v. Thomas*, 830 F.3d 987, 992-93 (9th Cir. 2016), a case that has been cited by both parties, that was added while in the courtroom for demonstrative

3721188.1

purposes (including a clerical correction to a quote) (Ex. D-37);

- One additional slide containing an excerpt from https://www.bbc.com/news/world-asia-39036140, which was shown to the Government in a previous presentation in January of 2020 (Ex. D-45); and

- Separation of some slides that used PowerPoint animation to avoid obscuring text or images in the PDF version.

None of the modifications referred to cases, articles, or any materials that were not previously disclosed to or shown in previous meetings with the Government.

After Exhibit D was filed, the Court issued a minute order requiring the parties to file "exact duplicates" of the presentations that were shown in Court. Out of an abundance of caution and in the interest of candor, counsel is filing an exact copy of the presentation that was provided to the Government on May 24, prior to the above modifications, as **Exhibit F**.

DATED: May 27, 2021

Ekwan E. Rhow
Naeun Rim
Christopher J. Lee
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____
    Christopher J. Lee
    Attorneys for Relator Christopher Philip Ahn

3721188.1

2

CHRISTOPHER PHILIP AHN'S NOTICE OF FILING ADDITIONAL SUPPLEMENTAL EXHIBIT IN OPPOSITION TO REQUEST FOR EXTRADITION