# EXHIBIT F

# Presentation of Christopher Ahn
# *In re Christopher Ahn*, 2:19-cv-5397 FLA (JPR)

## May 25, 2021



**Ekwan E. Rhow**

**Naeun Rim**

**Christopher Jumin Lee**

# Introduction

- Admissibility of Explanatory Evidence
- Lack of Probable Cause
- Applicability of Humanitarian Exception

# Admissibility of Explanatory Evidence

# Admissibility of Explanatory Evidence

- Extradition magistrate has **broad discretion** in conducting probable cause inquiry. *Giordenello v. U.S.*, 357 U.S. 480, 486 (1958); *Franks v. Delaware*, 438 U.S. 154, 165 (1978).

- Discretion includes **"wide latitude" to admit evidence at** extradition hearing. *Extradition of Kraiselburd*, 786 F.2d 1395, 1399 (9th Cir. 1986)

# Admissibility of Explanatory Evidence

**Legal Standard**

- Explanatory evidence which **does not contradict government evidence**, but "explains away or completely obliterates probable cause" must be admitted. *Santos v. Thomas*, 830 F.3d 987, 992-93 (9th Cir. 2016).

- "Reliable evidence that the **government's evidence was obtained by … coercion**" is admissible. *Santos*, 830 F.3d at 1003.

- "[T]he accused may testify 'to things which might have explained ambiguities or doubtful elements' in the government's case." *Santos*, 830 F.3d at 993.

# Admissibility of Explanatory Evidence

**Explanatory Evidence**

- Expert Report of Robert Collins

- Expert Report of Prof. Sung-Yoon Lee

- Medical Records of Mr. Ahn

- Declaration of Christopher Ahn

- Declaration of Naeun Rim

- Evidence of Mr. Ahn's Character

- Judicially noticeable facts re North Korea

- Evidence that North Korean testimony was involuntary or **"obtained by coercion."** *Santos*, 830 F.3d at 1003.

- Negates dual criminality and probable cause **without contradicting government evidence**. *Santos*, 830 F.3d at 992-93.

# Lack of Probable Cause

# Lack of Probable Cause

**Legal Standard**

- **Probable cause is a common sense inquiry**

  - "The task of the . . . magistrate is simply to make a **practical, common-sense decision[.]**" *Illinois v. Gates*, 462 U.S. 213, 238 (1983).

  - "[A]s the very name implies, we deal with probabilities … **factual and practical considerations** of everyday life[.]" *Brinegar v. United States*, 338 U.S. 160, 176 (1949).

  - "The court should … consider all the evidence … **viewed through the lens of common sense.**" *Florida v. Harris*, 568 U.S. 237, 248 (2013).

# Lack of Probable Cause

## Court cannot consider involuntary testimony

- **Involuntary testimony is inadmissible** under the Fifth Amendment, *Ashcraft v. Tennessee*, 322 U.S. 143, 155 (1944), including in extradition proceeding. *Santos v. Thomas*, 830 F.3d 987, 1004 (9th Cir. 2016) ("**If they were obtained by coercion** . . . statements are not competent and cannot support probable cause.")

- **Physical torture not required** for testimony to be deemed coerced. *See Crowe v. County of San Diego*, 608 F.3d 406, 431 (9th Cir. 2010) ("psychologically brutal" interrogation of minor); *U.S. v. Tingle*, 658 F.2d 1332, 1334 (9th Cir. 1981) (threat to separate mother from two-year old child).

- **Government has burden to "show by a preponderance of the evidence** that the statements ... were not obtained by coercion." *Matter of Extradition of Santos*, 228 F.Supp.3d 1034, 1037 (C.D. Cal. 2017).

Ex F - 12   **9**

# Lack of Probable Cause

## Court has already questioned competence of evidence

Specifically, a special circumstance arises from t~~he~~ much of the evidence
evidence ~~supporting the arrest warrant, complaint~~ comes from diplomatic officials of the North Korean government
extraditi~~on~~
country ~~with which the United States does not have diplomatic relations in part~~
because Its justice system ~~including specifically pretrial investigations, is not~~
~~trustworthy and does not comply with due process~~ ~~ge~~nerally Ahmad v.
is not trustworthy and does not comply with due process ~~and the executive~~
branch do not enter into extradition treaties with countries in whose criminal
justice system they lack confidence."), aff'd, 910 F.2d 1063 (2d Cir. 1990).  The
Court explained its reasoning at the June 18 hearing and cited various recent
the only witnesses to the Relator's conduct inside the North Korean embassy
were North Korean officials or their family members
in the company of a high-ranking North Korean diplomat
who was not only present but acted as an interpreter

*Order Conditionally Granting Relator's Applications for Reconsideration of Denial of Application for Reconsideration and for Leave to File Under Seal*, Case No. CV 19-5397-JFW (JPR), Dkt No. 58

# Lack of Probable Cause

- Otto Warmbier was forced to deliver on camera **"preposterous" false confession** that was **"plainly coerced and completely manipulated."** *Warmbier v. DPRK*, 356 F. Supp. 3d 30, 38 (D.D.C. 2018).

- "**Known to intimidate defectors and potential witnesses**" who offer testimony to foreign authorities. *Han Kim v. DPRK*, 774 F.3d 1044, 1048 (D.C. Cir. 2014).

# Lack of Probable Cause

## Explanatory evidence of involuntariness

- Expert opinions of Professor Lee and Mr. Collins

- Judicially noticeable facts regarding North Korean history and policies from reputable sources whose accuracy cannot reasonably be questioned. *See* Fed. R. Evid. 201.

- Government's own evidence

# Lack of Probable Cause

## Collins Report

- **Suspicion of defection attempt results in death, life imprisonment for family. (p.9)**

  - "[P]arents and the children … are deemed as guilty as the perpetrator and suffer similar fates." (p.5)

- Family held hostage upon assignment (p.5)

- Around-the-clock, two-layer monitoring by other embassy staff & state security officer (p.5-7)



Ex F - 16 13

# Lack of Probable Cause

## Collins Report

- Following Madrid Incident, state security would "arrest family members of the diplomats and [confiscate their assets.]" (p.10)

- Strict directives regarding cooperation with Spanish authorities. (p.10)

- **Acting ambassador accompanied each witness and translated testimony**

  - Ensures compliance with directives & compiles detailed report to regime (p.10)



Ex F - 17  14

# Lack of Probable Cause

## Generally Known Facts



**Daily Mail**

**Australian student who was locked up in North Korea says he was kidnapped from a dorm by secret police and forced into making false confession**

In his first-hand account carried by a South Korea magazine, Sigley said that what appeared to be agents from the Stasi-like State Security Department, known as bowibu, 'kidnapped' him from his dorm at the university.

'I was innocent but they filed false charges against me,' he wrote, without

**"endlessly ... forcing me to make a written confession which was a concoction of fabricated evidence and crimes and illogical legal reasoning."**

**VOA**

East Asia Pacific
**N. Korea Accused of Forcing Detained Pastor to Make False Confession**

Lim, the head pastor of the Light Korean Presbyterian Church in Toronto, has been detained in the North since early February, when he was arrested in Pyongyang while traveling on a humanitarian mission.

**Confessed to slandering and conspiring to subvert the state: "I have so far malignantly defamed the dignity and Social system of [North Korea]."**

During the news conference, Lim provided the names of pastors in the United States and South Korea who he said were involved in attempting to overthrow the state.

https://www.dailymail.co.uk/news/article-7892083/Australian-student-Alek-Sigley-detained-North-Korea-forced-making-false-confession.html

https://www.voanews.com/east-asia/n-korea-accused-forcing-detained-pastor-make-false-confession

Ex F - 18 15

# Lack of Probable Cause

## Government's Evidence



# Lack of Probable Cause

## Government's Evidence



# Lack of Probable Cause

## Government's Evidence



# Lack of Probable Cause

## Government's Evidence



# Lack of Probable Cause

## Government's Evidence



# Lack of Probable Cause

## Government's Evidence



# Lack of Probable Cause

## Government's Evidence



Ex F - 25 22

# Lack of Probable Cause

## Government's Evidence



# Lack of Probable Cause

## Government's Evidence



# Lack of Probable Cause

## Government's Evidence



# Lack of Probable Cause

## Government's Evidence



# Lack of Probable Cause

## Government's Evidence



Ex F - 30 27

# Lack of Probable Cause

## Government's Evidence



28

# Lack of Probable Cause

## Government's Evidence



Ex F - 32  29

# Lack of Probable Cause

## Government's Evidence

- Mr. So (acting ambassador): claims to have been "insulted" by offer to defect and took "serious affront" when pictures of Kim family were damaged.

- Ms. Jang (wife of Mr. So): claims to have twice attempted suicide despite being with young son.

- Testimony contains "**unnatural language** that sounded as if [witness] had been **forced to memorize the words**." *Warmbier*, 356 F. Supp. 3d at 39



Ex F - 33 30

# Lack of Probable Cause

**Report**

Report:
Dedicated views of the right hand, wrist, and forearm 12/22/2018

CLINICAL HISTORY: Injury and swelling.

COMPARISON: None.

FINDINGS:

Impacted comminuted probably intra-articular fracture at the base of the third metacarpal.  There is also an apparent lucency and heterogeneity involving the lateral aspect of the wrist/carpometacarpal joint, representative of probable fractures of the hamate.

**Hand fractured in late December 2018**

# Lack of Probable Cause

Interval removal of plaster cast.

Further interval healing of previously seen third metacarpal base fracture in anatomic alignment.

Improved soft tissue swelling.  No other significant change.

Electronically Signed by: Shahla Modarresi on 3/5/2019 10:02 AM

**Hand healing in March 2019**

# Lack of Probable Cause

## Who is Christopher Ahn?

- US Marine Corps Veteran

- Devoted to his family

- Honorably discharged after six years of service

- Volunteered for combat duty in Iraq

- Lengthy history of charitable work

- Invited FBI into his home to be questioned regarding incident.



Ex F - 36 33

# Lack of Probable Cause

## Christopher Ahn's Character

**Christopher Ahn is an American patriot** s on the violence of action needed to survive on the ba...

**Chris always prided his service in the United States Marine Corps on saving lives.**

Marine Corps on saving liv... that with his peers. Not all s... intellectual Marine. He solved problems with his mind. Ahn worked to help the people of Iraq and he took great pride in what he was able to accomplish. He is not and never has been a violent person. Christopher is and always will be a faithful and dutiful Marine. His life is predicated on honor and duty.

SINCERELY,

DAVID BELLAVIA



**SSGT David Bellavia**
**First and only surviving Medal of Honor recipient**

# Lack of Probable Cause

## Christopher Ahn's Character

Your Honor, for Chris to have earned high levels of responsibility in the sensitive field of intelligence and work h... top un... have b... working...

**His consistent dedication to working against human suffering, injustice, and oppression also speaks volumes to the values he holds in his heart.**

his heart. Chris truly embodies the best our Nation can offer in his dedication to his Faith, his Family, and his Fellow Man. He...

**Chris truly embodies the best our Nation can offer in his dedication to his Faith, his Family, and his Fellow Man.**

Rodolfo A. Quiles
Colonel
United States Marine Corps Reserve

**Marine Corps COL Rodolfo A. Quiles**
**Commander of Marine Corps unit**

# Lack of Probable Cause

## Christopher Ahn's Character

He is one of the brave few who was willing to sacrifice his life to defend the USA as a Marine including a deployment to Iraq at the height of hostilities there.

unconscionable that his military training and his exercising of his constitutional rights is being used against him t

It is unconscionable that his military training and his exercising of his constitutional rights is being used against him to try to paint him as a threat to society.

*William A. Prescott*

William A. Prescott

**CPT Will Prescott**
**Army veteran and Darden Business School classmate**

# Humanitarian Exception

# Humanitarian Exception

**Legal Standard**

- Humanitarian exception may exist when extradition creates danger "**antipathetic to a federal court's sense of decency**[.]" *Gallina v. Fraser*, 278 F.2d 77, 79 (2nd Cir. 1960).

- Traditional rule of non-inquiry based on deference to executive & legislative branches' judgment regarding requesting nation's justice system. *Glucksman v. Henkel*, 221 U.S. 508, 512 (1911).

- Court should not **"blind [itself] to the foreseeable and probable results"** of extradition. *Ahmad v. Wigen*, 726 F.Supp. 389, 410 (E.D.N.Y. 1989).

# Humanitarian Exception

**North Korean Danger – Assassination and Kidnapping as State Policy**

- "The Reverend Dong Shik Kim . . . spent nearly a decade providing humanitarian and religious services to North Korean defectors and refugees who fled to China seeking asylum . . . North Korean operatives abducted Reverend Kim in 2000 after the government found out about his activities." *Han Kim v. D.P.R.K.*, 774 F.3d 1044, 1046 (D.C. Cir. 2014).

- "North Korea seized [Otto Warmbier] to use as a pawn in . . . [their] global shenanigans and face-off with the United States." *Warmbier v. D.P.R.K.*, 356 F.Supp.3d 30, 36.

- North Korea captured, detained, and tortured U.S. sailors "in a prolonged effort to extract a public apology from the United States." *Massie v. D.P.R.K.*, 592 F.Supp.2d 57, 67 (D.D.C. 2008).

# Humanitarian Exception

## North Korean Danger – Assassination and Kidnapping as State Policy



https://www.reuters.com/article/us-northkorea-malaysia-kim-bureau/malaysia-murder-mystery-breaks-with-north-korean-assassin-tradition-idUSKBN1622RY

Ex F - 43 40

# Humanitarian Exception

## North Korean Danger – Assassination and Kidnapping as State Policy

The general bureau now consists of six bureaus for operations (Bureau 1), reconnaissance (Bureau 2), overseas intelligence (Bureau 3), inter-Korean talks (Bureau 5), technology or cyber terrorism (Bureau 6) and for support of other divisions (Bureau 7), according to sources. There is no Bureau 4 due to a traditional Korean taboo on the number four, which is pronounced the same as "death" in Korean.



**Bureau 2: infiltration, assassination, kidnapping**

**Bureau 3: foreign intelligence, international terrorism**

[The Korea Herald] 'Reconnaissance General Bureau is heart of North Korean terrorism' (5.26.2010)

https://www.reuters.com/article/us-northkorea-malaysia-kim-bureau/malaysia-murder-mystery-breaks-with-north-korean-assassin-tradition-idUSKBN1622RY

# Humanitarian Exception



Kim Jong Nam had antidote to VX nerve agent on him at time of murder



**Kim Jong-Nam, brother of Kim Jong-Un is murdered inside Kuala Lumpur International Airport**

**(Feb. 13, 2017)**

https://www.cnn.com/2017/11/30/asia/kim-jong-nam-antidote-intl/index.html.

# Humanitarian Exception



### In new unredacted video, Kim Han Sol thanks Free Joseon group for role in rescue

Footage previously emerged in edited form in February 2017 in the wake of Kim Jong Nam murder

<u>Oliver Hotham</u>  May 30, 2019

*Image: Cheollima Civil Defense Youtube capture*

Kim Han Sol, the son of DPRK leader Kim Jong Un's <span style="color:red">murdered half-brother Kim Jong Nam</span>, personally thanked the leaders of the Free Joseon group for his February 2017 rescue, a newly-released video published Thursday evening revealed.

**[NK News] In new unredacted video, Kim Han Sol thanks Free Joseon group for role in rescue (May 30, 2019)** <u>https://www.nknews.org/2019/05/in-new-unredacted-video-kim-han-sol-thanks-free-joseon-group-for-role-in-rescue/</u>.

Ex F - 46  43

# Humanitarian Exception



# Humanitarian Exception



**Kim Jong Nam**
[1971-2017]

Poisoned in Kuala
Lumpur airport
in 2017



**KIM Family Tree**

🔴 In the bloodline of the Kim family

⚪ Spouse, relationships

**Kim Il Sung**
[1912-1994]
Founder of the DPRK,
"Great Leader" and
"Eternal President"

**Kim Jong Suk**
[1918-1949]
Married Kim Il Sung during
rebellion against Japanese
occupation around 1941

Kim Jong Il's mistress
**Song Hye Rim**
[1937-2002]
Popular actress,
one time favoured
mistress

Wife
**Kim Yong Suk**
[b.1947]
Daughter of a senior
military official

Mistress
**Ko Yong Hui**
[1952-2004]
Former Mansudae
Art Troupe dancer

**Kim Jong Il**
[1941-2011]
"Dear Leader" Assumed
office in 1993

**Kim Kyong Hui**
[b.1946]
Formerly on the
National Defence
Commission

*Murdered by Kim Jong Un*
Married to Kyong Hui, was the
DPRK's second most powerful
man before being *executed*
in 2013

*Murdered by Kim Jong Un*

**Kim Sul Song**
[b.1974]

Wife
**Ri Sol Ju**
[b.1989]

**Kim Jong Un**
[b.1984]
Since 2011, the Supreme
Leader of the DPRK

**Kim Jong Chol**
[b.1981]
Rejected as heir by
Kim Jong Il

**Kim Yo Jong**
[b.1989]
Appointed to the Politburo
in 2017, became a public
face for the DPRK during
2018 Winter Olympics in
Seoul, South Korea

**Kim Han Sol**
[b.1995]

**Kim Jimmy**
[b.1997]

**Kim Sol Hui**
[b.1998]

**Kim Ju Ae**
[b.2013]
Only child confirmed
by DPRK

Note: The family tree is based on available information.
Source: Reuters



**Jang Song Thaek**
[1946-2013]

Married to Kyong Hui, was the
DPRK's second most powerful
man before being executed
in 2013

Ex F - 48   45

# Humanitarian Exception



**Kim Jong Nam**
(1971-2017)

Poisoned in Kuala Lumpur airport in 2017



**Kim Han Sol**
(b. 1995)





**Jang Song Thaek**
[1946-2013]

Married to Kyong Hui, was the DPRK's second most powerful man before being executed in 2013

# Humanitarian Exception



**Kim Jong Nam**
[1971-2017]

Poisoned in Kuala Lumpur airport in 2017



**Kim Han Sol**
[b. 1995]





**Jang Song Thaek**
[1946-2013]

Married to Kyong Hui, was the DPRK's second most powerful man before being executed in 2013

# Humanitarian Exception

**North Korean Kidnapping & Assassination on Foreign Soil**



| |
|---|
| **South Korea:** Assassination of First Lady **Yuk Young-soo** (1974), **Lee Han-young** (1997) |
| **Japan:** Kidnapping of hundreds of Japanese citizens, including **Megumi Yokota** (1977-1983) |
| **Macau**: Kidnapping of **Anocha Panjoy** (1978) |
| **Hong Kong**: Kidnapping of **Choi Eun-Hee, Shin Sang-ok** (1978) |
| **Netherlands:** Kidnapping of **Ko Sang-moon** (1979) |
| **Austria**: Kidnapping of **Lee Jae-Hwan** (1987) |
| **China:** Kidnapping of **Ahn Seung-woon** (1995), **Patrick Kim** (2000); Assassination of **Kim Chang-hwan** (2011), **Han Choong Yoel** (2016) |
| **Russia:** Assassination of **Choi Deok-geun** (1996) |
| **Malaysia:** Assassination of **Kim Jong-nam** (2017) |
| **Italy:** Kidnapping of **Jo Song-gil's daughter** (2018) |

**If extradited to Spain, Christopher Ahn's name may be added to this list**