# REDACTED

# EXHIBIT B



ADMINISTRACIÓN
DE JUSTICIA

1   **JUZGADO CENTRAL DE INSTRUCCIÓN NÚMERO 5**
2   **DP 1396/2019**

9    **DOCUMENTO DE APOYO A LA SOLICITUD DE EXTRADICIÓN DE**
10   **CHRISTOPHER PHILIP AHN**

12   Yo, José de la Mata Amaya, Magistrado Juez del Juzgado Central de

13   Instrucción número 5 de la Audiencia Nacional, hago esta declaración en apoyo

14   de la **SOLICITUD DE EXTRADICIÓN** de Christopher Philip **AHN** (en adelante

15   "AHN"), a fin de que pueda ser procesado en España por los siguientes delitos:

16   (i) Lesiones (-art. 147 del Código Penal- prisión de tres meses a tres

17   años).

18   (ii)  Detenciones ilegales (-arts. 163 y 165 del Código Penal-):

19   prisión de dos a cuatro años).

20   (iii)  Amenazas (-arts. 169 y 171 del Código Penal- prisión de seis

21   meses a dos años).

22   (iv) Allanamiento de morada (-arts. 202 y 203 del Código Penal-

23   prisión de seis meses a dos años).

24   (v) Robo con violencia e intimidación (-arts. 237, 241, 242- prisión de

25   dos a cinco años).

26   (vi) Organización criminal (-art. 570 bis del Código Penal- prisión de

27   cuatro a ocho años).

1

Procedimiento nº 1396/2019



**ADMINISTRACION DE JUSTICIA**

28    Corresponde a la jurisdicción española en el orden penal, de acuerdo

con el art. 23. LOPJ, el conocimiento de las causas por delitos y faltas cometidos

en territorio español, sin perjuicio de lo previsto en los tratados internacionales

31    en los que España sea parte. La Embajada de Corea del Norte, localizada en la

32    calle Darío Aparicio 43 en Madrid, está en territorio español y dentro de la

33    jurisdicción española.

34

35    **HECHOS**

36    A.  Visión General

37    Christopher Philip **AHN** llegó al Aeropuerto de Adolfo Suárez Madrid-

38    Barajas el día 22.02.2019 a las 8:10 horas en el vuelo América Airlines 94

39    procedente del Aeropuerto JFK de New York (EEUU). La fotografía del

40    pasaporte de **AHN** del control de documentación de pasaportes del aeropuerto

41    Adolfo Suárez, Madrid-Barajas, correspondiente a ese vuelo se encuentra en el

42    Anexo 1.

43    Más tarde ese mismo día, un grupo de personas, lideradas por Adrián

44    **HONG CHANG**, y entre los que se encontraban el propio **AHN**, accedió al

45    interior de la sede de la Embajada de la República Popular Democrática de

46    Corea del Norte en Madrid utilizando la fuerza, con armas cortas de fuego

47    simuladas, y cuchillos, para a continuación secuestrar a todo su personal,

48    golpeando y causando lesiones a  personas, entre ellas el Encargado de

49    Negocios. Seguidamente procedieron a registrar todo el edificio, apoderándose

50    de un par de pen drives, dos ordenadores, dos discos duros (uno de ellos de

51    almacenamiento de imágenes de seguridad) y un teléfono móvil marca Huawei

2



52      Honor con número comercial 645.659.070 e IMEIS: 861201038670115 y

861201038491702. Finalmente, se fugaron con tres vehículos diplomáticos de

la Embajada de Corea del Norte, en concreto, Mercedes Viano CD 416003,

55      Toyota Rav-4 CD 416002 y Audi A8 CD 416001, los cuales fueron recuperados

ADMINISTRACIÓN
DE JUSTICIA 56      después.

57      B.  El Ataque a la Embajada

58         Los cargos que existen contra **AHN**, delitos de lesiones, detenciones

59      ilegales, amenazas, allanamiento de morada, robo con violencia y organización

60      criminal, derivan entre otras evidencias de: (i) declaraciones de víctimas (Yun

61      Sok **SO** (23 de febrero de 2019 y 3 de abril 2019); Song Jin **CHOE** (25 de febrero

62      2019); Cho Sun **HI**  (20 de marzo 2019); Song Guk **JANG** (24 de abril 2019); Ok--

63      Gyong **JANG** (25 de abril 2019); y Hak Rim **JU** (24 de abril 2019); (ii)

64      declaraciones de testigos (Chol Hak **KIM** (23 de abril 2019);   Kwang Hyok

65      **PAE**(23 de abril 2019); y Myong Nam **JONG** (23 de abril 2019); (iii) imágenes del

66      circuito de televisión de la embajada, el comercio denominado SHOKE, y el

67      establecimiento  Ferretería  DELICIAS;  y  (iv)  reportes  policiales  de  la

68      investigación.[1] Los hechos en apoyo de esos cargos transcurrieron de la

69      siguiente forma:

70         La  Embajada  de  la  República  Popular  y  Democrática  de  Corea

71      (Embajada), está situada en la calle Darío Aparicio número 43, de Madrid.

---

[1]       Copias de las declaraciones de las víctimas se encuentran en el Anexo 2
y de los testigos en el Anexo 3.



72

**ADMINISTRACION DE JUSTICIA**

En el interior de la Embajada, el día 22 de febrero de 2019, se encontraban siete personas: Ok Gyong **JANG**, K███ J█ S█, Song Guk **JANG**, Song Jin **CHOE**, Hak Rim **JU**, Cho Sun **HI** y Yun Sok **SO** (éste último, Encargado de Negocios de la República Popular y Democrática de Corea).

A las 17.00 horas, **CHOE** estaba junto a **JU** y **JANG** realizando labores de jardinería en el jardín de la Embajada.

A las 16:34 horas, **HONG CHANG** se desplazó, junto con otra persona, desde calle Río Adaja 13 a Calle Darío Aparicio 26 de Madrid {llegada a las 16:48h), sede de la Embajada, para llevar a cabo el asalto.

A las 17.00 horas, **HONG CHANG** llamó a la puerta de la Embajada, interesándose por ver a Yun Sok **SO**, Encargado de Negocios de la Embajada.

Mientras tanto, su acompañante quedó aguardando, en actitud de espera, en una primera rotonda en las proximidades de la Embajada.

**CHOE** abrió la puerta y, al escuchar la demanda de **HONG CHANG**, le franqueó la puerta y le dejaron acceder al interior del recinto de la Embajada, indicándole que esperara en un banco del patio mientras localizaban a **SO**.

Minutos antes, un SEAT ALHAMBRA de color blanco con placa de matrícula 4824- KMT, había estacionado en la rotonda ubicada en la calle Viñas del Pardo. Se bajaron de su interior cinco personas, que se encaminaron hacia la Embajada, donde se unió a la persona que se encontraba esperando en el lugar, dirigiéndose todos juntos hasta la puerta de la Embajada.

**HONG CHANG**, en un momento de descuido de **CHOE**, aprovechó para abrir la puerta de la Embajada, franqueando el paso a la misma a los individuos que estaban apostados en el exterior, entre los que se encontraba AHN



**ADMINISTRACION DE JUSTICIA**

96   Constan imágenes de las cámaras de seguridad de la Embajada, en particular de la cámara de seguridad que cubre la puerta de entrada a la Embajada en las que **AHN** aparece claramente, siendo unas de las personas que integraron el comando de asalto a la Embajada. Esas fotografías se encuentran en el Anexo 4 de este escrito.

101   Inmediatamente penetraron en el interior de la Embajada, portando cuchillos, barras de hierro y armas cortas (simuladas), y comenzaron a golpear violentamente a sus ocupantes, hasta que consiguieron reducirlos y colocarles grilletes y bridas para inmovilizarlos.[2]

---

[2]   Constan imágenes de las cámaras de seguridad del comercio denominado "Shoke", La Boutique del Policía, ubicado en la calle Juan de Urbieta y de la "Ferretería Delicias", ubicada en el Paseo de las Delicias, 46 - ambas de Madrid – que muestran a **HONG CHANG** y a Sam **RYU** (otro miembro del grupo) comprando diversos objetos el 20 y el 22 de febrero de 2019, que fueron después usados en el ataque a la Embajada. Algunos de esos objetos después fueron posteriormente recuperados por las autoridades policiales.

El 22 de febrero de 2019, los productos comprados por **HONG CHANG** en el establecimiento "Shoke" fueron entre otros: (i) 4 cuchillos de combate; (ii) 6 pistolas simuladas; (iii) 5 "flash-lights"; (iv) 4 balaclavas; (v) una sobaquera; y (vi) 5 grilletes. Al menos una unidad de cada uno de estos efectos fue recuperada en el interior de la Embajada y en el jardín y patio exterior traseros de la misma. Fotografías de estos efectos se encuentran en el Anexo 5.

Los días 22 y 20 de febrero de 2019 los productos comprados por **RYU** en el establecimiento "Ferretería Delicias" fueron entre otros: (i) dos rollos de cinta aislante negra; (ii) un par de alicates; (iii) una escalera telescópica; (iv) cinco gafas de protección; y (v) un cortavarillas. La escalera telescópica fue hallada en el maletero del Seat Alhambra con placa de matrícula 4824-KNT. Los otros efectos fueron recuperados en el interior y exterior de la Embajada. Fotografías de estos efectos se encuentran en el Anexo 5.

El Anexo 5 también incluye fotografías de: (i) una puerta que aparece haber sido forzada con el uso de un desencofrador (dos de ellos fueron comprados por **RYU**); (ii) bridas; (iii) spray de defensa; y (iv) unas tijeras.

5



**ADMINISTRACION DE JUSTICIA**

105    Así, atacaron a **CHOE**, le golpearon, lo maniataron con bridas y le colocaron una bolsa en la cabeza.

108    También maniataron y golpearon a **JU** y a (Song Guk) **JANG**, trasladando a los tres a la sala de reuniones de la Embajada.

109    Varios de los asaltantes, entre ellos **AHN** también  atacaron a **SO**, le golpearon y provocaron distintas lesiones y le llevaron a la fuerza hasta uno de los baños, antes lo que **SO** se resistió y comenzó a forcejear con los agresores, hasta que fue reducido y maniatado con bridas en los brazos por detrás de la espalda. Le cubrieron la cabeza con una bolsa a la vez que le amenazaron con barras de hierro y con aparentes armas de fuego apuntándole a la nuca. **AHN** fue una de las personas que participaron directa y personalmente en el ataque, agresión e inmovilización de **SO**. [3]

117    Unos 30 minutos después los asaltantes llevaron a SO a la sala de reuniones de la Embajada, llevando también al mismo lugar a **CHOE**, **YU** y **JANG**.

120    Mientras ocurrió el asalto, la esposa de **SO**, Ok Gyong **JANG**  y su hijo, K██████ J██ S██, se encontraban en el dormitorio con la puerta cerrada con llave, si bien los asaltantes empleando fuerza pudieran acceder a la misma, a ella y al niño.

---

[3]  El 3 de abril 2019, **SO** efectuó un reconocimiento fotográfico, identificando en la fotografía número 4 a uno de los asaltantes que resultó ser la correspondiente a **AHN** (previamente extraída de su perfil de LinkedIn)  (Ver Anexo 2).



**ADMINISTRACIÓN
DE JUSTICIA**

124      No les redujeron ni maniataron, pero uno de los asaltantes se quedó custodiándolos para que no salieran.

126      Por su parte, en la planta de arriba de la Embajada se encontraba **HI**, esposa de (Song Guk) **JANG**, quien al oír todo lo que estaba ocurriendo se

127

128 metió en una habitación, cerrándola con llave, hasta que los asaltantes

129 comenzaron a golpear la puerta para acceder a la misma.

130      Antes de que lo consiguieran, **HI** trató de salir por la terraza de la

131 habitación, terminando por caer al suelo, produciéndose varias lesiones,

132 pudiendo escapar y salir del recinto de la Embajada a través de la pista de padel

133 que tiene la propia Embajada y tiene salida directa a la calle. Allí fue vista por

134 otro testigo, quien la ayudó y solicitó atención sanitaria y policial.

135      Un equipo sanitario del SAMUR (servicio de emergencias médicas en

136 Madrid) se desplazó inmediatamente al lugar de los hechos comenzó a

137 atenderla. Ha resultado con graves lesiones.

138      Un indicativo policial acudió también de inmediato, siendo informado

139 por la víctima de que varias personas habían asaltado la Embajada.

140      Tras establecer un perímetro de seguridad, los agentes policiales con

141 números profesionales 122.334, 122.271 y 115.581, se desplazaron a la puerta

142 de la Embajada y llamaron a la puerta. La persona que abrió la puerta fue

143 **HONG CHANG**, quien se había colocado en la solapa de la chaqueta un pin con

144 la cara del Presidente de la República Popular y Democrática de Corea,

145 presentándose como un representante o autoridad de la Embajada y

146 diciéndoles que no había ningún problema, así como que, si había alguna

7

Procedimiento nº 1396/2019



ADMINISTRACION
DE JUSTICIA

147   persona herida de nacionalidad norcoreana era obligación de los agentes

policiales comunicarlo oficialmente al Consulado.

150   Tras unos 60 minutos en la Sala de Reuniones, tres de los asaltantes se

llevaron a **SO** a una de las habitaciones del sótano. Allí, dos de los asaltantes le

151   incitaron a abandonar Corea del Norte identificándose como miembros de una

152   asociación o movimiento de derechos humanos para la liberación de Corea del

153   Norte.

154   Cuando **SO** les dijo que no traicionaría a su país y no desertaría, los dos

155   asaltantes que interactuaron con él abandonaron la habitación, quedando **SO**

156   custodiado por el tercer asaltante. Transcurridos 15 minutos entraron varios

157   asaltantes, quienes le maniataron nuevamente y le volvieron a cubrir la cabeza

158   con una bolsa negra.

159   Los asaltantes retuvieron a las personas que se encontraban en la

160   Embajada durante varias horas, manteniéndoles en todo momento

161   inmovilizados con grilletes y bridas y golpeándoles.

162   Durante ese tiempo procedieron a registrar sistemáticamente distintas

163   dependencias de la Embajada apoderándose de un par de pen drives, dos

164   ordenadores, dos discos duros (uno de ellos de almacenamiento de imágenes

165   de seguridad) y un teléfono móvil marca Huawei Honor con número comercial

166   645.659.070 e IMEIS: 861201038670115 y 861201038491702.

167   Seguidamente se apoderaron de tres vehículos propiedad de la

168   Embajada y, la mayor parte del grupo asaltante procedió a abandonar la

169   Embajada en los tres automóviles aproximadamente a las 21.40 horas, dejando

8



ADMINISTRACION
DE JUSTICIA

170    en el interior de la Embajada a las personas que habían detenido, inmovilizadas

    con bridas y grilletes.

173         Los vehículos son los Mercedes Viano CD 416003, Toyota RAC-4 CD

174    416002 y Audi CD 416001. Los tres vehículos fueron recuperados y devueltos a

    sus propietarios. El líder del grupo de asaltantes, Adrián **HONG CHANG** y uno

175    de los miembros del grupo, permanecieron en el interior de la Embajada hasta

176    que se marcharon los tres automóviles.

177         A las 21.30 horas, en el exterior de la Embajada estaba estacionado un

178    vehículo Mercedes E220 1953-KCJ, de UBER, que había sido contratado por

179    **HONG CHANG** para un servicio de transporte desde la puerta de la Embajada

180    de Corea del Norte a Toledo.

181         **HONG CHANG** procedió a cancelar este servicio a las 21.40 horas,

182    posiblemente por la evidencia de que no podía abandonar la Embajada por la

183    parte delantera, al encontrarse en el lugar distintos indicativos policiales.

184         Acto seguido, **HONG CHANG**, siempre con la identidad supuesta del

185    usuario de UBER Oswaldo **TRUMP**, procedió a contratar un nuevo servicio de

186    UBER, para las 21.46 horas, en esta ocasión en la Avda. de Valdemarín nº 56,

187    que es exactamente la parte trasera de la Embajada de Corea del Norte.

188         En ese momento, **HONG CHANG** y el otro asaltante abandonaron la

189    Embajada por la parte trasera, atravesaron una zona de descampado en la que

190    arrojaron una tarjeta de identidad italiana a nombre de Matthew CHAO y parte

191    de los efectos que emplearon para asaltar la Embajada (pistolas simuladas,

192    cuchillos de combate, spray de defensa y bridas), y abandonaron seguidamente

9



ADMINISTRACION
DE JUSTICIA

193   el lugar, marchándose al día siguiente a Nueva York (Estados Unidos de

      América), en un vuelo que partió de Lisboa[4].

196       A las 21.50 horas, tres estudiantes norcoreanos, Kwang Hyok **PAE**,

      Myong Nam **JONG** y Chol Hak **KIM**, se aproximaron a la Embajada.

197       Uno de ellos llamó a la puerta de la Embajada y como no obtuvo

198   respuesta, procedió a saltar la valla de la Embajada para prestar auxilio a las

199   víctimas.

200       Acto seguido, abrieron desde dentro la puerta de la Embajada, y

201   comenzaron a salir las víctimas, aún maniatadas, que fueron inmediatamente

202   auxiliadas por las fuerzas policiales.

203       A las 22.35 horas, **SO**, en su calidad de Encargado de Negocios de la

204   Embajada, expide autorización escrita al dispositivo policial a fin de que

205   procedan a "entrar en la legación diplomática con el fin de requisar y valorar si

206   está todo en orden y comprobar que no hay nadie ajeno a la legación

207   diplomática."

208       Del mismo modo, **SO** expidió una nueva autorización escrita al

209   dispositivo policial para entrar en la legación diplomática "con el fin de realizar

210   la correspondiente inspección ocular por parte de policía científica y a coger

211   cuantos efectos sean susceptibles de haber sido cogidos por los asaltantes."

212       El vehículo Mercedes Viano CD 416003 fue encontrado poco después

213   abandonado, con las puertas abiertas y el motor encendido, en la calle Galileo,

214   57, de Madrid.

---

[4] Matthew CHAO es una de las identidades utilizadas por HONG CHANG.

10



215      El vehículo Toyota RAV 4 CD-416002 fue encontrado poco después,

sobre las 23.10 horas, en la Avda. de Europa número 7, de Pozuelo de Alarcón.

El vehículo AUDI A8 CD416001, fue encontrado sobre las 04.30 horas, en la

218     Avda. Monforte de Lemos nº 93, abierto y con las llaves en su interior.

**ADMINISTRACION**
**DE JUSTICIA**

219      En una declaración prestada el día 14 de marzo de 2019 ante agentes

220    especiales del FBI en Los Ángeles (California, Estados Unidos), **HONG CHANG**

221    manifestó que una de las personas que participó con él en el asalto a la

222    Embajada fue Christopher Philip **AHN**, de aproximadamente 37 años y antiguo

223    Marine de los Estados Unidos. Afirma que **AHN** es de Chino (California) y vive

224    cerca de Koreatown, en Los Ángeles [5].

225    **1. INICIO DEL PROCEDIMIENTO PENAL Y AUTO DE PRISIÓN DE**
226    **CHRISTOPHER PHILIP AHN**
227
228      El procedimiento judicial se incoó el día 23.02.2019, sobre la base de un

229    oficio policial presentado por la Unidad policial investigadora.

230      En fecha 11.04.2019 se ha dictado Auto de prisión provisional

231    comunicada y sin fianza contra **AHN**. Este auto de prisión sirve para que **AHN**

232    pueda ser llevado ante el tribunal para ser juzgado por los seis delitos

233    indicados. Una copia de este auto se encuentra en el Anexo 6.

234    **2. ARTÍCULOS APLICABLES Y PRESCRIPCIÓN**

---

[5]   Esta declaración tuvo lugar en marzo, en la fecha indicada, a pesar de que el auto de prisión dictado contra AHN indica que esta declaración se produjo en el mes de febrero. El 25 de abril de 2019, (Ok Gyong) **JANG** identificó la fotografía número 2 de entre las mostradas, que resultó ser la de **HONG CHANG** como la de uno de los hombres que atacaron la Embajada. (Ver anexo 2). Tuvo tanto miedo durante el ataque que pensó en suicidarse y llegó hasta el punto de intentar cortarse las venas de una de las muñecas con una cuchilla de afeitar. (Ver Anexo 2).

Procedimiento nº  1396/2019



235     Copias de los artículos del Código Penal Español que pertenecen a los

238
ADMINISTRACIÓN
DE JUSTICIA

seis cargos de **AHN** -arts. 147, 163, 165, 169, 171, 202, 203, 237, 241, 242 y 570

bis- se encuentran el Anexo 7.

239     De acuerdo con el artículo 131 del Código Penal, todos los delitos,

239     excepto la pertenencia a organización criminal, tienen un plazo de prescripción

240     de cinco años. El delito de pertenencia a organización criminal tiene un plazo de

241     prescripción de diez años. Los delitos fueron cometidos el día 22 de febrero de

242     2019, por lo que es evidente que de acuerdo con los artículos 131 y 132, que en

243     no han prescrito. Copia de los arts. 131 y 132 también se encuentran en el

244     Anexo 7.  No hay otra legislación que prohíba o impida la persecución penal de

245     estas conductas.

246     El Código Penal español indica en su artículo 27 que son criminalmente

247     responsables de los delitos los autores y los cómplices. El concepto de autor se

248     define en el art. 28, el cual dice que son autores quienes realizan el hecho por sí

249     solos, conjuntamente o por medio de otro del que se sirven como instrumento.

250     Asimismo, prosigue, también serán considerados autores: (i) los que inducen

251     directamente a otro u otros a ejecutarlo y, (ii) los que cooperan a su ejecución

252     con un acto sin el cual no se habría efectuado. Copia de los arts. 27 y 28

253     también se encuentran en el Anexo 7.

254     Una copia del art. 23 de la Ley Orgánica del Poder Judicial, relativo a la

255     competencia de la jurisdicción española para conocer del presente caso, se

256     encuentra asimismo en el Anexo 7.

257

258     **3. IDENTIFICACIÓN**

12

Procedimiento nº   1396/2019

259    Christopher Philip **AHN**, nacido el ███ 1981, está provisto de

pasaporte de los Estados Unidos de América número ███ 1236. El Anexo 2

contiene la fotografía de **AHN** que fue identificada por **SO** como una de las

262    personas que lo asaltó en la Embajada.

**ADMINISTRACION
DE JUSTICIA** 263

264    Madrid, 14 de mayo de 2019

265

266     José de la Mata Amaya

267

268

269

270

271

272



13



273

277

**ADMINISTRACION
DE JUSTICIA**

278
279
280
281

**ANEXO 1**

**FOTOGRAFIA DE PASAPORTE DE CHRISTOPHER AHN**





14



282
83

288
ADMINISTRACIÓN 289
DE JUSTICIA 290
291
292
293
294
295
296

**ANEXO 2**

**DECLARACIONES DE LAS VÍCTIMAS**

# ACTA DE DECLARACIÓN

**Nombre y Apellidos: Yun SOK SO**
**NIE:** ⬛⬛⬛359-M
**Nacido/a en: Corea del Norte**
**El día:** ⬛⬛1979
**Hijo/a de: So Jae MYONG y Ju Yong SUKM**
**Domicilio: calle Darío Aparicio número 43 de Madrid**
**Teléfono: 91.307.87.76**

297  --- Se extiende en Madrid, en las dependencias de la Brigada Provincial
298  de Información, el día 23 de febrero de 2019 a las 12:45 horas y, por los
299  funcionarios arriba reseñados, adscritos a la referida Brigada Provincial,
300  que actúan como Instructor y Secretario respectivamente para la práctica
301  de la presente y en relación a los hechos que motivan la presente:
302  -- Que de conformidad con lo establecido en el artículo 284 de la
303  L.E.Crim, y el artículo 6 de la Ley 4/2015, de 27 de abril, del Estatuto de
304  la Víctima del delito, se pone en su conocimiento que en caso de no ser
305  identificado el autor en el plazo de setenta y dos horas, las presentes
306  actuaciones no se remitirán a la autoridad judicial, sin perjuicio de su
307  derecho a reiterar la denuncia ante la fiscalía o el juzgado de instrucción.
308  --- Que en este Acto es informado/a de los derechos que como víctima
309  de delito le asisten, en conformidad con lo dispuesto en la Ley 4/2015 y
310  la Ley de Enjuiciamiento Criminal (artículos 109, 109 bis, 110 y 771.1ª).
311  VICTIMA.
312  --- Que se persona de forma libre y voluntaria en estas dependencias, a
313  fin de aportar nuevos datos relacionados con los hechos que motivan las
314  presentes, siendo este el Encargado de Negocios de la Embajada de
315  Corea del Norte, ejerciendo funciones de Embajador,  sobre lo que
316  manifiesta:
317  --- Que sobre las 17:00 horas del día 22/02/2019 una persona de origen
318  asiático toco el timbre de acceso a la embajada, y uno de los
319  trabajadores que se encontraba en el interior, Song Jin CHOE (a partir
320  de ahora CHOE),  acudió a contestar a la llamada a través del video
321  portero viendo a una persona que le indicó que venia a visitar al
322  declarante (a partir de ahora SO) con motivo de su amistad con él y
323  refiriendo esta persona traer un regalo para SO,  a lo que CHOE le
324  permitió el acceso al interior del recinto de la embajada hasta una de las
325  zonas comunes para que esperara ahí, momento este en el que el
326  declarante, SO, al haber oído también el timbre bajaba para ver quién
327  había llamado.
328  Que esta persona ya habría acudido hace un par de semanas a la
329  Embajada, teniendo una conversación SO con el mismo pero en la
330  puerta de la Embajada, en la que se presentaba de forma educada para
331  tener una entrevista con SO, dejando aún así este desconocido una

15



ADMINISTRACIÓN
DE JUSTICIA

332 tarjeta de visita al declarante que aportará a la causa. Incluso se llegó a
333 hacer una foto con este individuo con el teléfono de aquel. Que el
desconocido le dijo que conocía a "Alejandro" persona española que
trabaja con Corea del Norte, pero SO le escribió posteriormente a
Alejandro un correo preguntándole si conocía a esa persona (el de la
tarjeta de visita) negando éste dicha circunstancia. SO indica que si mira
338 su ordenador, podría saber la fecha exacta de cuando fue esa visita.
--- Que SO pudo ver que CHOE y esta persona se encontraban
340 próximas a la entrada principal del edificio de la embajada, si bien antes
341 de llegar adonde se encontraban CHOE y esta persona, tuvo que coger
342 una llamada telefónica que se estaba produciendo en uno de los
343 teléfonos fijos e la embajada, cuando al finalizar la misma pudo ver como
344 detrás de CHOE y esta persona entraban otros cinco o seis individuos
345 desconocidos, empujando a CHOE y a la otra persona, esgrimiendo
346 armas de fuego y armas blancas, golpeando a CHOE  y dirigiéndose a
347 SO, a quién una vez le han alcanzado comienzan a golpearle,
348 provocándole diversas lesiones, y le llevan a la fuerza hasta uno de los
349 baños, por lo que SO se resiste y comienza a forcejear con los
350 agresores, para finalmente ser maniatado con bridas los brazos por
351 detrás de la espalda, le cubrieron la cabeza con una bolsa a la vez que
352 le amenazan con barras de hierro y las armas de fuego apuntándole a la
353 nuca, diciéndole que no se resistiera empleando un perfecto Coreano
354 con un acento identificable de Corea del Sur.
355 --- SO significa que mientras el estaba sufriendo esta agresión pudo ver
356 como otros atacantes hacen lo mismo a CHOE, si bien les separan,
357 perdiendo SO de vista a CHOE si bien si pueden mantener conversación
358 por lo que SO intuye que estaría en el hall próximo al baño donde él se
359 encontraba.
360 --- Que SO cree que estuvieron así unos 30 minutos, hasta que tres de
361 los atacantes le han cogido en volandas y le han trasladado del baño
362 hasta la sala de reuniones de la embajada, haciendo otros de los
363 atacantes lo mismo con CHOE, para a continuación los atacantes
364 trasladar a la misma sala a otros dos de los trabajadores de la embajada
365 Hak Rim YU (a partir de ahora YU) y Song Guk JANG (a partir de ahora
366 JANG), los cuales se encontraban barriendo en los jardines cuando
367 ocurre el asalto, donde fueron maniatados y retenidos por los asaltantes.
368 --- Que en la sala de reuniones permanecieron, SO y los otros tres
369 empleados, maniatados durante al menos una hora y que debido al dolor
370 que sentían, solicitaban a sus atacantes que les soltarán los brazos a lo
371 que los asaltantes les contestaban que cerraran la boca y estuvieran en
372 silencio. SO significa que no pudo ver cuantos asaltantes pudieron estar
373 custodiándoles, si bien si pudo escucharles hablar entre ellos en inglés,
374 a la vez que pudo apreciar por el ruido que estaban haciendo otros
375 asaltantes, que estaban entrando en las habitaciones del edificio,
376 golpeando con fuerza aquellas puertas que se encontraban cerradas con
377 llave. Durante la estancia en la sala de reuniones, SON escuchó que
378 llamaron al timbre y piensa que fue la policía tras encontrar en la calle a
379 la herida Cho Sun HI y que a continuación explicará.
380 --- Que mientras ocurre el asalto, la mujer de SO, Jang Ok GYONG (a
381 partir de ahora GUONG)  y su hijo K███ J██S██ se encontraban en el



ADMINISTRACIÓN
DE JUSTICIA

382
383

388

390
391
392
393
394
395
396
397
398
399
400
401
402
403
404
405
406
407
408
409
410
411
412
413
414
415
416
417
418
419
420
421
422
423
424
425
426
427
428
429
430
431

dormitorio con la puerta cerrada con llave, si bien los asaltantes empleando la fuerza pudieron acceder a la misma, a ella y al niño no les redujeron ni maniataron, pero si uno de los asaltantes se quedo custodiándolos para que no salieran.

--- Que en la planta de arriba se encontraba Cho Sun HI (a partir de ahora HI), mujer de JANG, quien al oir todo lo que estaba ocurriendo se metió en su habitación cerrándola con llave, hasta que los asaltantes comenzaron a golpear la puerta para acceder a  la misma, si bien antes de conseguir acceder a su interior HI trato de salir por la terraza de la habitación, donde termino cayendo al suelo, produciéndose varias lesiones, pudiendo escapar y salir del recinto de la embajada a través de la pista de padel que tiene la propia embajada, que le dio acceso a la calle, donde al ser vista por un ciudadano fue ayudada y asistida por indicativos sanitario de Policía.

--- Que transcurrida un hora de permanencia en la sala de reuniones, SO fue nuevamente trasladado en volandas a una de las habitaciones del sótano, donde le arrojaron al suelo boca abajo y transcurrido un tiempo le sentaron en una silla, permaneciendo maniatado de pies y manos, permaneciendo aún con la bolsa cubriéndole la cabeza, por lo que SO les pedía que le soltaran las manos, a lo que sus asaltantes le decían en sur coreano que se tranquilizara y finalmente le soltaron las manos y le quitaron la bolsa , pudiendo ver en ese momento a las personas que le tenían retenido, siendo uno de ellos la primera persona que entro en el recinto de la embajada, midiendo esta 180cm o más, con barba poco poblada y fina y bigote, con pelo moreno y largo recogido con una coleta, con rasgos asiáticos, de 30 y 35 años de edad, vistiendo traje color negro, camisa color blanco y corbata color negro y puntos blancos, de otro de los asaltantes pudo ver que mediría unos 172cm, rasgos asiáticos, con un corte de pelo moderno y levantado de color negro y blanco de piel, de unos 35-38 años de edad, vistiendo traje oscuro, corbata negra, camisa blanca y corbata negra y rayas rosas, y zapatos color marrón, los cuales entablarían una conversación con él, encontrándose un tercero que se encargaba de custodiarle de unos 180cm de altura, gafas graduadas y un pasamontañas que le cubría la cabeza y medio rostro, portando una pistola en el lado derecho de su cintura, y un cuarto individuo que entraba y salía de la habitación de unos 168cm de estatura, barba fina y poco poblada con bigote.

--- SO significa que estas dos personas y principalmente el segundo de ellos le decía, le incitaban, a que los norcoreanos debían abandonar su país (refiriéndose a Corea del Norte), identificándose como miembros de una asociación de movimiento de derechos humanos para ayudar a los norcoreanos que huyan de su país y estén pasando hambruna, a la vez que dicen que al gobierno norcoreano le queda muy poco tiempo y que otras asociaciones en otros países van ha hacer lo mismo que ellos. En este acto SO significa que lo que el entendía era que estas personas estaban tratando de que SO y los demás empleados traicionaran a su país y a su líder para convertirse en embajador de un nuevo estado instaurado por ellos, un estado "libre". Estas personas le continuaron diciendo que si decidía no trabajar con ellos se ofrecían a ayudarle a instaurarse en otro país fuera de Corea del Norte y viviera bien, a la vez

17



ADMINISTRACIÓN
DE JUSTICIA

432  que difamaban constantemente a su líder político en Corea del Norte,
433  reiterando que el fin de su gobierno estaba al caer ofertándole
     nuevamente a SO que abandonara su país, a lo que SO se opuso en
     todas y cada una de las ofertas recalcando que cesaran en su actitud
     dado que para él era un insulto y jamás accedería.
438  --- SO tratando de preservar la seguridad de los demás trabajadores de
     la embajada, de su mujer y de su hijo, les ofreció no tomar represalias
440  contra ellos, asegurándoles su integridad física para abandonar la
441  embajada, si bien éstos le contestaron que una de las mujeres se
442  encontraba en la calle gritando y le pidieron a SO que esa mujer
443  regresara al interior del recinto, a lo que SO les contesto que esa mujer
444  no iba a regresar a la embajada y les volvió a ofrecer seguridad y que
445  abandonaran la embajada, si bien ellos tenían temor de que la policía
446  estuviera fuera esperándoles. El primer hombre le solicitó un vehículo de
447  la embajada para poder salir, a lo que SO le pregunto cuantos eran y
448  este le contesto 10 u 11, a lo que SO le dijo que en un solo vehículo no
449  cabrían que la mitad saliera andando, a lo que este hombre le dijo que
     no que le diera más vehículos a lo que SO accedió.
450  --- Que las dos personas con las que ha hablado han salido de la
451  habitación quedándose custodiado por el tercer individuo quien no
452  interactuó con SO en ningún momento. Transcurridos unos 15 minutos
453  entraron varios asaltantes quienes le maniataron nuevamente las manos
454  con bridas y le volvieron a cubrir la cabeza con la bolsa negra,
455  desconociendo SO si se quedó solo o si alguien le custodiaba, a la vez
456  que iba escuchando como los asaltantes destrozaban el mobiliario en
457  concreto cuatro cuadros que representaban a sus líderes políticos, lo
458  que para SO es un gran agravio. Tras el alboroto producido, se produjo
459  una clama en el interior de la embajada, por lo que SO estaba muy
460  preocupado por la seguridad de su mujer y su hijo, al no saber lo que
461  ocurría. Pasados un tiempo comenzó a escuchar a CHOE que le
462  llamaba, cuando su mujer y su hijo aparecieron junto a él, procediendo
463  estos a soltarle.
464  --- Que SO una vez fue liberado acudió fuera del edificio y pudo ver
465  como los coches no se encontraban en el interior, pudiendo ver que los
466  asaltantes se habían ido, sí pudiendo ver SO en el exterior de la
467  embajada a las dotaciones policiales quienes les solicitaron que no
468  salieran hasta aclarar lo sucedido.
469  --- SO significa que las llaves de los vehículos no se encontraban en su
470  interior, por lo que los asaltantes las debieron encontrar en el registro
471  que habían realizado en las habitaciones.
472  --- Quiere significar que otras tres personas que se encontraban en el
473  exterior de la Embajada, cuando fueron liberados,  Kwang Hyok PAE,
474  Myong NAm JONG y Chol Hak KIM son estudiantes de la Universidad
475  Nebrija y  que fueron hasta allí porque estaban llamando a la Embajada
476  y no conseguían contactar con nadie y por normas de seguridad en
477  estos casos, fueron a ver si pasaba algo, percibiendo que algo estaba
478  ocurriendo.
479  --- Preguntado para que diga cuál cree que fue el movil del asalto,
480  **RESPONDE:** que no fue el robo, a pesar de que se llevaron un
481  ordenador portátil (encriptado), otro ordenador del señor JANG, dos

18

Procedimiento nº 1396/2019



ADMINISTRACIÓN
DE JUSTICIA

discos duros, uno de ellos el disco duro de las imágenes de seguridad, dos pendrive y su teléfono móvil 645659070 de la marca Honor de color dorado, pero tenían cajas fuertes y documentación que no les interesó.

Piensa que fue realizado por profesionales soborrnados y cuyo objetivo era "captar" al declarante y realizar una difamación contra su país.

Significa no obstante que poseen otro disco duro de imágenes de seguridad en el sótano, el cuál se ofrece voluntariamente a facilitar a esta Instrucción sin ningún problema a través de la empresa que gestiona las mismas.

--Preguntado para que diga si durante el asalto los intrusos utilizaron entre ellos el teléfono móvil para comunicarse, **DICE:**

Que no escuchó nada pero que uno de los asaltantes, el de la coleta le dijo que fuera tenían gente vigilando.

--- Preguntado para que diga cuantas personas cree que pudieron llevar a cabo el asalto a la Embajada, **RESPONDE:** que no lo sabe pero considera que de 8 a 12 personas.

-- Preguntado para que diga si autoriza como representante de su Gobierno, a llevar a cabo una Inspección Ocular en los dos vehículos intervenidos, **CONTESTA:** que por supuesto, que no tiene objeción alguna pudiendo analizar si se considera, las rutas de los GPS que llevan en su interior por si pudieran vislumbrar algún dato de interés para la investigación.

--Preguntado para que diga si la Embajada consta de seguro, **DICE:** que no, que hasta el año pasado sí pero que ahora está cancelado.

--Preguntado por una valoración aproximada de los daños causados en la Embajada y de lo sustraído, **RESPONDE:** que el daño moral y la ofensa es incalculable, y lo material podría ascender a unos TRES MIL EUROS (3.000€).

--Por último quiere manifestar que sigue teniendo miedo de un segundo asalto y que por ello solicita protección por parte de la Policía. Solicitando que durante los trayectos en coche, quiere que al menos, dos policías les acompañen en el interior del vehículo porque teme que los puedan seguir y en algún momento intentar de nuevo hacerles daño.

Que además de la Embajada, hay una residencia donde viven sus alumnos, en ████████████████████████ y teme que los asaltantes puedan saberlo y querer causarles daños a ellos.

--- Que no tiene nada más que manifestar firmando la presente una vez leída y hallada conforme junto al Instructor, de lo que como Secretario **CERTIFICO.**



ADMINISTRACIÓN
DE JUSTICIA

# ACTA DE DECLARACIÓN

**Nombre y Apellidos: Yun SOK SO**
**NIE:** ███████359-M
**Nacido/a en: Corea del Norte**
**El día:** ████1979
**Hijo/a de: Jae Myong SO y Yong Suk JU**
**Domicilio: Calle Darío Aparicio número 43 de Madrid**
**Teléfono: 91.307.87.76**

## ACTA DE RECONOCIMIENTO FOTOGRÁFICO.

Se extiende en Madrid, siendo las **19:20** horas del día 03 de abril de 2019, en las dependencias de la Brigada Provincial de Información de Madrid, por los funcionarios del Cuerpo Nacional de Policía arriba referenciados adscritos a la Brigada Provincial de Información de Madrid, que actúan como Instructor y Secretario respectivamente para la práctica de la presente en relación a los hechos investigados hacen **CONSTAR:**

— Que se persona en estas Dependencias, siendo previamente citado, D. Yun **SOK SO,** con N.I.E. número ███████359-M, Encargado de Negocios de laEmbajada Popular y Democrática de Corea en Madrid, a fin de entrevistarse con los actuantes.
— Que el declarante fue víctima de los hechos acontecidos en la precitada Embajada el pasado día 22 de febrero del año en curso, y que dieron origen a la apertura de Diligencias Previas número 1396/19 por parte del Juzgado Central deInstrucción número 5.
— Que Yun SOK SO, con N.I.E. número ███████359-M, prestó declaración por
estos hechos el pasado día 23 de febrero en las Dependencias Policiales de la Brigada Provincial de Información de Madrid, la cual fue remitida a ese Juzgado mediante Oficio número 852/19 de fecha 27/02/2019.
-- Que en este acto, y tras serle mostrado el documento "Anexo I" que se adjunta al presente, en-el que figuran nueve fotogramas de ambiente, numerados del 1 al 9, de nueve varones de origen asiático, RECONOCE SIN NINGÚN GÉNERO DE DUDAS al varón que aparece en el fotograma con el número 4 como una de las personas que participaron en el asalto a la Embajada de la República Popular y Democrática de Corea el pasado día 22 de febrero de 2019, firmando el declarante sobre los referidos fotogramas como prueba de ello.
— Que concretamente este era una de las personas del grupo de 4 o 5 varones que al comienzo del asalto le golpea en la entrada del inmueble hasta que consiguen reducirle, agrediéndole y golpeándole, para después inmovilizarle.

20

Procedimiento nº 1396/2019



571
72

ADMINISTRACION
DE JUSTICIA

— Que no tiene nada más que manifestar, firmando la presente una vez leída y en prueba de conformidad, junto al Instructor, de lo que como Secretario CERTIFICO.

Procedimiento nº 1396/2019



**MINISTERIO DEL INTERIOR**



**DIRECCIÓN GENERA DE LA POLICÍA**

CUERPO NACIONAL DE POL
Jefatura Superior de Polic
de Madrid
Brigada Provincial de Informacio

AI

## ANEXO - 1 -



Procedimiento nº  1396/2019



ADMINISTRACIÓN
DE JUSTICIA

# ACTA DE DECLARACIÓN

**Nombre y Apellidos: Song Jin CHOE**
**NIE:** ████884-X
**Nacido/a en: Corea del Norte**
**El día:** ████1988
**Hijo/a de: Jong Gwan CHOE y Jong Sil RI**
**Domicilio: Calle Darío Aparicio número 43 de Madrid**
**Teléfono: 689365073**

--- Se extiende en Madrid, en las dependencias de la Brigada Provincial de Información, el día 25 de febrero de 2019 a las 16:00 horas y, por los funcionarios arriba reseñados, adscritos a la referida Brigada Provincial, que actúan como Instructor y Secretario respectivamente para la práctica de la presente y en relación a los hechos que motivan la presente:

-- Que de conformidad con lo establecido en el artículo 284 de la L.E.Crim, y el artículo 6 de la Ley 4/2015, de 27 de abril, del Estatuto de la Víctima del delito, se

pone en su conocimiento que en caso de no ser identificado el autor en el plazo de setenta y dos horas, las presentes actuaciones no se remitirán a la autoridad judicial, sin perjuicio de su derecho a reiterar la denuncia ante la fiscalía o el juzgado de instrucción.

--- Que en este Acto es informado/a de los derechos que como víctima de delito le asisten, en conformidad con lo dispuesto en la Ley 4/2015 y la Ley de Enjuiciamiento Criminal (artículos 109, 109 bis, 110 y 771.1ª).

--- Que se persona de forma libre y voluntaria en estas dependencias, previamente citado, acompañado de Yun SOK SO (a partir de ahora SO), con número de NIE ████359-M, nacido en Corea del Norte el ████1979, hijo de So Jae MYONG y Ju Yong SUKM, con domicilio en la calle Darío Aparicio número 43 de Madrid y teléfono de contacto 91.307.87.76, persona que el declarante designa para realizar las funciones de intérprete, ya que prefiere declarar en su lengua natal, a fin de aportar nuevos datos relacionados con los hechos que motivan las presentes, manifiesta:

--- Que su labor en la Embajada de Corea del Norte es la de técnico administrativo.

--- Que siendo aproximadamente las 17:00 horas del día 22 de febrero de 2019 se encontraba realizando labores de limpieza del jardín de la Embajada cuando llamaron al timbre, abriendo el declarante y encontrándose un hombre, de origen asiático, con el pelo largo recogido con coleta, vestido con un traje de color azul oscuro, corbata y camisa blanca, con una altura superior a 1,80 m. Este varón se dirigió al declarante en idioma español, y afirmaba tener una cita con el Encargado de negocios de la Embajada, y que habían llamado por teléfono a la Embajada antes de acudir. El compareciente, previa petición de este varón de esperar en el interior del recinto, le acompañó

23



ADMINISTRACIÓN
DE JUSTICIA

626
627
...
632
...
634
635
636
637
638
639
640
641
642
643
644
645
646
647
648
649
650
651
652
653
654
655
656
657
658
659
660
661
662
663
664
665
666
667
668
669
670
671
672
673
674
675

hasta un banco cercano a la puerta del edificio principal y le dijo que
esperara. Cuando CHOE regresó se encontró a este individuo de nuevo
en la puerta de acceso a las instalaciones, algo que le extrañó, pero se
dirigió hacia él. Una vez con él regresaron ambos hacia la puerta
principal de la Embajada cuando de repente, cuando ya se aproximaba
el Sr. SO a recibir a la visita, un grupo de 5-6 varones, de forma
sorpresiva les introdujeron a golpes en el interior del edificio,
abalanzándose hacia el declarante 3 de estos varones, de los cuales dos
iban armados con pistolas, y otros tantos hacia el Sr. SO. Que en estos
momentos los asaltantes ya se dirigían hacia CHOE y el Sr. SO en
idioma coreano, con acento de Corea del Sur.
--- Los tres varones que asaltaron a CHOE le llevaron a un hall de la
casa, separado del Sr. SO, a quién introdujeron en un baño. En estos
momentos los hombres le interpelaron a CHOE que estuviese tranquilo y
que no se moviera, tenían acento de Corea del Sur y utilizaban
vocabulario típico de este país. Los rasgos que recuerda de estos
individuos son:
--- El primero de ellos de aproximadamente 1,75 m. de altura, de
complexión normal, pelo oscuro, rasgos asiáticos, de unos 28-35 años
de edad, vestido con una chaqueta oscura tipo piel, con una camiseta
con rayas a cuadros, el cual portaba una pistola.
--- El segundo de ellos de aproximadamente 1.70 o 1.72 m. de altura, de
complexión normal, pelo un poco largo, oscuro, rasgos asiáticos, de
unos 30 años de edad, vestido con una chaqueta de color marrón claro,
portando gafas de vista, y también llevaba una pistola.
--- El tercero de aproximadamente 1.70 o 1.72 m. de altura, de
complexión normal, pelo oscuro, rasgos asiáticos, de unos 30-32 años
de edad, vestido con ropa negra, portando en la mano una palanqueta.
--- En ese momento estos individuos ataron al compareciente utilizando
bridas de color negro y le taparon la cabeza con una bolsa de tela de
color negro, y le ataron los pies con cinta adhesiva de color gris,
permaneciendo en estas condiciones aproximadamente unos cuarenta
minutos. Durante este tiempo, cuando CHOE intentaba hablar con los
asaltantes, éstos rehusaban de hacerlo indicándole simplemente que
estuviera quieto y tranquilo. Piensa que entre los asaltantes se podían
comunicar entre ellos con equipos tipo "walkie talkie" hasta que uno de
ellos ordenó que no se comunicasen más por este medio. Por momentos
entre ellos hablaban en idioma inglés y algo en idioma coreano,
utilizando lo que CHOE cree que eran palabras clave, como "make up".
--- Una vez transcurrido este tiempo, los asaltantes cogieron al
declarante en volandas y lo llevaron hasta una sala de conversación
anexa, no sin antes cambiarle las bridas por unos grilletes. En esta sala
CHOE se encontró con el Sr. SO, con Hak Rim JU (a partir de ahora JU)
y Song Guk JANG (a partir de ahora JANG), trabajadores también de la
Embajada. Tanto el Sr. JU como el Sr. JANG se encontraban antes del
asalto en el jardín de la Embajada efectuando labores de mantenimiento
junto al compareciente.
--- Durante la estancia en esta sala los asaltantes no les dejaron
comunicarse entre las víctimas y les amenazaban que si intentaban
hablar les amordazarían, permaneciendo ya en esta sala más de tres



ADMINISTRACIÓN
DE JUSTICIA

676
677
682
684
685
686
687
688
689
690
691
692
693
694
695
696
697
698
699
700
701
702
703
704
705
706
707
708
709
710
711
712
713
714
715
716
717
718
719
720
721
722
723
724
725

horas. En este período de tiempo CHOE percibe que se llevan al Sr. SO a otras dependencias.

--- En el tiempo que CHOE se encuentra retenido en la sala de conversación pudo percibir como llamaban al timbre de la puerta y que alguien salió a abrir y se produjo una conversación en idioma español, opinando que la persona que hablaba por parte de los asaltantes era el varón con la coleta que inicialmente llamó a la puerta.

--- En el periodo de tiempo que le mantuvieron en esta sala, el declarante escuchó cómo los asaltantes se movían por las distintas estancias del edificio, dando golpes en ocasiones y como metían algún objeto en alguna mochila, ya que oyó alguna cremallera cerrarse.

--- En determinados contactos físicos con estas personas al compareciente le dió la sensación que uno de los asaltantes tenía callos en las manos, síntoma de ser manos fuertes o trabajadas, fruto del trabajo físico o militar.

--- En un momento determinado tras una larga espera de repente se hizo el silencio y el compareciente logró con sus rodillas quitarse la bolsa de la cabeza y la cinta adhesiva que tenía en los pies para a continuación ayudar a sus otros dos colegas JANG y JU. Tras ésto empezaron a llamar al Sr. SO sin recibir respuesta abriendo la esposa del Sr. SO su casa y preguntando también por su marido. En estos momentos llamaron de nuevo al timbre de la Embajada, pudiendo el declarante contactar con quienes eran sus colegas estudiantes de la Universidad de Nebrija a los que les dijo que llamasen a la Policía y que saltaran la valla de la Embajada para que les ayudaran, hecho éste que así llegaron a cabo. Tras llegar los estudiantes escucharon al Sr. SO pidiendo auxilio, momento en el cual bajaron al sótano y tras ayudarle, salieron todos a pie a través de la puerta del garaje que había quedado abierta con motivo de la huida de los asaltantes en los tres vehículos de la Embajada: Mercedes Viano con matrícula CD416003, Audi A8 con matrícula CD416001 y Toyota RAV4 con matrícula CD416002.

--- Una vez en la vía pública se dirigieron a una dotación policial que se encontraba en las proximidades, a la que le cuentan todo lo ocurrido, volviendo el compareciente junto a uno de los estudiantes, Kwang Hyok PAE, a la casa a fin de buscar a la Sra. JO (mujer de JANG), la cual posteriormente supo que había huído por una de las terrazas. En ese momento CHOE y PAE observaron unas cajas de grilletes en el hall de la vivienda aprovechando para coger unas llaves y poder liberarse el declarante.

--- Algo significativo que quiere reseñar el Sr. CHOE es que cuando volvieron con la Policía tras autorizarles por escrito la entrada en el recinto, en el hall de entrada observaron en el suelo tirado un pin de la República Popular Democrática de Corea así como las cajas de los grilletes anteriormente referidos.

--- Preguntado por el valor aproximado de los vehículos sustraídos, CHOE contesta que el Audi A8 puede tener un valor de unos 70.000 euros, el Toyota RAV4 unos 40.000 euros y la Mercedes Viano unos 25.000 euros.

--- Preguntado por lo que opina el declarante sobre el motivo del asalto de la Embajada, CHOE contesta que piensa que la mayoría de los



ADMINISTRACIÓN
DE JUSTICIA

726
727

732
734
735
736
737
738
739
740

individuos eran originarios de Corea del Sur pudiendo haber entre ellos uno o dos extranjeros que hablaban en perfecto inglés, probablemente británico, y cree que la causa principal del asalto no fue el robo ni el dinero, sino que ellos intentaron entorpecer la relación entre Corea del Sur y Corea del Norte, que últimamente está mejorando, así como desviar la atención con este acto respecto de la Cumbre que en próximos días se va a celebrar entre Corea del Norte y Estados Unidos en Vietnam, siendo el motivo puramente político.

--- Preguntado para que diga si reconocería a algunos de los asaltantes si los volviera a ver, contesta que a dos de los varones podría reconocerlos sin ninguna duda, y al otro no lo sabe a ciencia cierta.

--- Que no tiene nada más que manifestar firmando la presente una vez leída y hallada conforme junto al Instructor, de lo que como Secretario **CERTIFICO**.



ADMINISTRACIÓN
DE JUSTICIA

## ACTA DE DECLARACIÓN

**Nombre y Apellidos: Hak Rim JU**
**NIE:** ███████617-D
**Nacido/a en: Corea del Norte**
**El día:** ████1990
**Hijo/a de: Sung Hyok JU y Song Ok SIN**
**Domicilio: calle Darío Aparicio número 43 de Madrid**
**Teléfono: 91.307.87.76**

--- Se extiende en Madrid, en las dependencias de la Brigada Provincial de Información, el día 24 de abril de 2019 a las 16:50 horas y, por los funcionarios arriba reseñados, adscritos a la referida Brigada Provincial, que actúan como Instructor y Secretario respectivamente para la práctica de la presente y en relación a los hechos que motivan la presente:
-- Que de conformidad con lo establecido en el artículo 284 de la L.E.Crim, y el artículo 6 de la Ley 4/2015, de 27 de abril, del Estatuto de la Víctima del delito, se
pone en su conocimiento que en caso de no ser identificado el autor en el plazo de setenta y dos horas, las presentes actuaciones no se remitirán a la autoridad judicial, sin perjuicio de su derecho a reiterar la denuncia ante la fiscalía o el juzgado de instrucción.
--- Que en este Acto es informado/a de los derechos que como víctima de delito le asisten, en conformidad con lo dispuesto en la Ley 4/2015 y la Ley de Enjuiciamiento Criminal (artículos 109, 109 bis, 110 y 771.1ª).
--- Que se persona de forma libre y voluntaria en estas dependencias, previamente citado, acompañado de Yun SOK SO (a partir de ahora SO), con número de NIE ███████359-M, nacido en Corea del Norte el ████1979, hijo de So Jae MYONG y Ju Yong SUKM, con domicilio en la calle Darío Aparicio número 43 de Madrid y teléfono de contacto 91.307.87.76, persona que el declarante designa para realizar las funciones de intérprete, ya que prefiere declarar en su lengua natal, a fin de aportar nuevos datos relacionados con los hechos que motivan las presentes, manifiesta:
--- Que su labor en la Embajada de Corea del Norte es la de técnico administrativo.
--- Que el día 22 de febrero de 2019 se encontraba realizando labores de limpieza del jardín y del exterior del edificio de la Embajada desde las 16:00 horas aproximadamente junto a su compatriota Song Guk JANG. Sobre las 16:40 horas pudo ver a un hombre vestido con traje y corbata y con el pelo largo recogido con un moño, de unos 35 a 40 años, en el recinto de la Embajada esperando para ser atendido.
--- A los pocos instantes, y cuando su compañero y él se encontraban próximos a la zona del garaje, escuchó un ruido de gente corriendo y sin darse cuenta de lo que estaba ocurriendo, de forma sorpresiva dos varones se acercaron a él y comenzaron a golpearlo en el estómago y en el cuello, para a continuación tirarlo al suelo, atarlo de pies y manos con unas bridas de plástico y ponerle una bolsa de tela en la cabeza.

27



ADMINISTRACIÓN
DE JUSTICIA

--- Mientras se acercaban a él estos dos varones pudo observar como al señor JANG se aproximaba primero otro varón desconocido, al que instantes después se sumaría un cuarto varón más, para igualmente golpear y tirar al suelo al Sr. JANG. Pudo percibir que uno de estos varones que agredían al Sr. JANG portaba una pistola en una mano.

--- De estos varones pudo percibir que todos ellos tenían rasgos asiáticos y el pelo oscuro, y eran jóvenes de entre 20 y 30 años, llevaban guantes, algunos llevaban gafas transparentes, y mientras se acercaban a él y al Sr. JANG corriendo se iban tapando la cara subiéndose un pañuelo hasta la zona superior de la nariz, y que al menos uno de ellos portaba en el pecho una videocámara pequeña. De los asaltantes que golpearon y redujeron al declarante uno de ellos tenía el pelo largo que le tapaba la frente.

--- Debido a que los asaltantes que maniataron al dicente le pusieron las bridas muy apretadas, éste sentía mucho dolor y gritaba, comenzando a padecer problemas de circulación en las manos. Los asaltantes se dieron cuenta de este problema ya que el declarante los pudo escuchar cómo hablaban en idioma inglés a través de auriculares y dispositivos de transmisiones que tenía un problema de circulación y necesitaban quitarle las bridas. A los pocos instantes uno de los asaltantes le cortó las bridas de las manos y las sustituyó por unos grilletes metálicos.

--- Pasados unos minutos y cuando el declarante aún se encontraba en el exterior del edificio custodiado por asaltantes, oyó una sirena, no pudiendo precisar si sería de un vehículo policial o de emergencias. En ese momento escuchó hablar a los asaltantes en inglés como uno decía "Es la policía" mientras otro contestaba "¿Estás seguro?". Entonces los asaltantes movieron al declarante a la zona del césped de la Embajada.

--- Minutos después, sin poder precisar cuanto tiempo pasó, dos asaltantes levantaron al dicente y lo llevaron hasta el interior del edificio, a una estancia de la primera planta, donde se encontraban el resto de sus compatriotas de la Embajada, incluido el Sr. SO, manteniéndose el declarante con la bolsa en la cabeza, con las manos a la espalda con unos grilletes puestos y con unas bridas en sus pies, y estando todos los empleados de la Legación vigilados por asaltantes.

--- Cuando sus compatriotas y el declarante intentaban comunicarse los asaltantes les amenazaban, diciéndoles que no podían hablar y que de continuar haciéndolo les amordazarían la boca.

--- Un rato más tarde, sin poder precisar cuanto, varios asaltantes se llevaron de la habitación en la que se encontraba el dicente Sr. SO.

--- El declarante se mantuvo hasta el final del asalto en la habitación mencionada con el resto de los empleados y siempre vigilados por algún asaltante. En un momento dado pudo escuchar a dos de estos asaltantes hablar en inglés, y le pareció como uno de ellos preguntaba "¿Cuantos somos?", contestando otro "Somos once".

--- Posteriormente pasado más tiempo, sin poder precisar cuanto, de repente ya no escuchó a los asaltantes como conversaban, por lo que intuyó que se habían marchado del inmueble y gracias a que su compatriota el Sr. CHOE se pudo quitar la bolsa de su cabeza y la cinta de sus pies, se dirigió hasta el declarante y le quitó la bolsa de tela que también tenía en la cabeza y le pudo cortar las bridas de sus pies.



ADMINISTRACIÓN DE JUSTICIA

842
843
848
850
851
852
853
854
855
856
857
858
859
860

--- En este momento el dicente pudo observar que en esta estancia no se encontraban ni el Sr. SO, ni su mujer ni su hijo, apareciendo estos dos últimos a los pocos instantes.

--- El Sr. CHOE y la mujer del Sr. SO bajaron a la planta sótano a buscar a este mientras el declarante se quedaba con el resto de empleados en el hall del edificio. Fue entonces cuando accedieron a la Embajada tres estudiantes norcoreanos que habitualmente tienen contacto con ellos, para socorrerles y ayudarles a salir.

--- Una vez el Sr. CHOE, el Sr. SO y su mujer subieron de la planta sótano, salieron por la puerta principal de la Embajada. A la salida observaron una dotación policial a la que se dirigieron, y la cual ayudó al declarante a quitarse los grilletes que tenía puestos por la espalda. A los pocos instantes llegaron varias patrullas policiales más así como una Ambulancia, siendo atendido el dicente por los efectivos sanitarios.

--- Que no tiene nada más que manifestar firmando la presente una vez leída y hallada conforme junto al Instructor, de lo que como Secretario **CERTIFICO**.



861
862

865
866

867

ADMINISTRACIÓN
DE JUSTICIA 869

870
871

# ACTA DE DECLARACIÓN

**Nombre y Apellidos: Ok Gyong JANG**
**NIE:** ▊▊▊779-T
**Nacida en: Corea del Norte**
**El día:** ▊▊▊1983
**Hija de: Jae Yong JANG y Kyong Hwa YUN**
**Domicilio: calle Darío Aparicio número 43 de Madrid**
**Teléfono: 91.307.87.76**

872   --- Se extiende en Madrid, en las dependencias de la Brigada Provincial
873   de Información, el día 25 de abril de 2019 a las 11:25 horas y, por los
874   funcionarios arriba reseñados, adscritos a la referida Brigada Provincial,
875   que actúan como Instructor y Secretario respectivamente para la práctica
876   de la presente y en relación a los hechos que motivan la presente:
877   -- Que de conformidad con lo establecido en el artículo 284 de la
878   L.E.Crim, y el artículo 6 de la Ley 4/2015, de 27 de abril, del Estatuto de
879   la Víctima del delito, se
880   pone en su conocimiento que en caso de no ser identificado el autor en
881   el plazo de setenta y dos horas, las presentes actuaciones no se
882   remitirán a la autoridad judicial, sin perjuicio de su derecho a reiterar la
883   denuncia ante la fiscalía o el juzgado de instrucción.
884   --- Que en este Acto es informado/a de los derechos que como víctima
885   de delito le asisten, en conformidad con lo dispuesto en la Ley 4/2015 y
886   la Ley de Enjuiciamiento Criminal (artículos 109, 109 bis, 110 y 771.1ª).
887   --- Que se persona de forma libre y voluntaria en estas dependencias,
888   previamente citada, acompañada de Yun Sok SO (a partir de ahora SO),
889   con número de NIE ▊▊▊359-M, nacido en Corea del Norte el
890   ▊▊▊1979, hijo de Jae Myong SO y Yong Suk JU, con domicilio en la
891   calle Darío Aparicio número 43 de Madrid y teléfono de contacto
892   91.307.87.76, persona que la declarante designa para realizar las
893   funciones de intérprete, ya que prefiere declarar en su lengua natal, a fin
894   de aportar datos relacionados con los hechos que motivan las presentes,
895   manifiesta:
896   --- Que es la esposa del Sr. SO, el cual ejerce las labores de Encargado
897   de Negocios en la Embajada de Corea del Norte.
898   --- Que el día 22 de febrero de 2019 sobre las 16:30 o 16:40 horas se
899   encontraba junto a su hijo menor de edad en su habitación viendo la
900   televisión y hablando con él, cuando de repente escuchó un fuerte ruido
901   proveniente desde el hall.
902   --- Por ese motivo abrió la puerta de su habitación que se encuentra
903   junto al hall y pudo ver como dos varones estaban golpeando e
904   intentando reducir en el suelo a otro trabajador de la embajada llamado
905   Sr. CHOE, por lo que asustada cerró desde dentro la puerta de su
906   habitación, accionando además el cerrojo de la misma.
907   --- Debido a la rapidez de los hechos y que estaban peleándose no pudo
908   apreciar con detalles las características físicas de estas personas,
909   únicamente que tenían rasgos asiáticos y que uno de ellos tenía el pelo
910   un poco largo por la parte de atrás de la cabeza.



ADMINISTRACIÓN
DE JUSTICIA

911
912

913
914
915
916
917
918
919
920
921
922

--- Una vez consiguió encerrarse en su habitación, desde fuera un individuo comenzó a dar fuertes golpes en la puerta indicando a la declarante en idioma coreano que abriese la puerta y que no le iba a pasar nada. En este momento la declarante y su hijo comenzaron a vestirse y ella intentó llamar por teléfono a su marido, no recordando bien si llegó a dar tono, pero no pudiendo en ningún caso contactar con el Sr. SO. Paralelamente escuchaba fuertes ruidos y gritos desde el exterior del edificio por lo que se asomó a la ventana, pudiendo observar como dos o tres tipos estaban golpeando a otro empleado de la Embajada llamado Sr. JANG en el suelo y manteniendo fuertemente su cara contra el suelo. De repente alguien que estaba fuera consiguió romper la cerradura de la puerta y abrir la puerta.

923
924
925
926
927
928
929

--- En ese momento accedió a la habitación un varón alto, con rasgos asiáticos, con el pelo largo recogido con un moño, con barba, vestido con un traje, camisa blanca y corbata, y con un pin del Jefe del Estado de Corea del Norte puesto en la solapa de la chaqueta. La declarante asustada abrazó a su hijo para que no viese a esta persona, que le explicaba a la dicente que no tuviese miedo y que venían para ayudarles.

930
931
932
933
934
935
936
937
938

--- Durante unos diez minutos este individuo vestido con traje estuvo indicando a la declarante que estaban ahí para ayudarles y que no debían tener miedo, debido a que ella permanentemente tenía a su hijo abrazado para intentar tranquilizarlo de esta situación violenta. Esta persona en un momento dado explicó a la declarante que alguien le había informado sobre que su hijo tenía unos 11 o 12 años, y sin embargo cuando él lo vió se dió cuenta de que tenía 7 u 8 años, lo que hizo pensar a la declarante que anteriormente al asalto alguien había estado vigilándoles y trasladando esa información a este individuo.

939
940
941
942

--- A continuación entró a la habitación otro varón con rasgos asiáticos, también con barba y pelo largo recogido con coleta, pero más bajo que el primer individuo, el cual se quedó vigilando a la declarante y a su hijo, ya que el individuo vestido con traje abandonó la estancia.

943
944
945

--- Este segundo tipo en un momento dado le indicó a la declarante que sabían que esa acción que estaban llevando a cabo era muy peligrosa y que ellos también se estaban arriesgando.

946
947
948

--- En estas condiciones se mantuvieron aproximadamente unos veinte minutos hasta que este segundo varón fue relevado en las tareas de vigilancia de la declarante y su hijo por un tercer hombre.

949
950
951
952
953
954
955

--- Esta persona era un varón más joven que los anteriores, también con rasgos asiáticos, de unos 25 años de edad, con el pelo oscuro y corto, y le pareció que tenía los párpados de los ojos un poco hundidos. Recuerda que en ese momento le pareció que por la forma de su cabeza y la entonación de su acento esta persona podría haber nacido en Corea del Norte y posteriormente haber desertado del país hacia Corea del Sur.

956
957
958
959
960

--- Pasado un tiempo sin saber exactamente cuanto, a la custodia de la declarante y su hijo por parte del tercer varón mencionado, se sumó otro individuo más. Entones la dicente les pidió a los asaltantes poder ver a su marido, contestándoles estos que por el momento eso no iba a ser posible.



ADMINISTRACIÓN
DE JUSTICIA

--- Debido al miedo que la declarante sentía de que le pudiese ocurrir algo malo o de que los asaltantes se la llevasen de ese lugar, llegó a pensar en suicidarse cortando sus venas con algún objeto, si bien no tenía ninguno a su alcance. Por este motivo solicitó a estos dos individuos que la estaban custodiando el poder ir al baño donde sabe que hay cuchillas de afeitar.

--- Seguidamente uno de estos varones, a través de un micrófono y un auricular de transmisiones que utilizaba preguntó algo en idioma inglés, y a continuación permitieron ir al baño a la declarante, quedándose su hijo en la estancia.

--- En el cuarto de baño la dicente continuaba vigilada por uno de los asaltantes y no pudo acceder a la cuchilla de afeitar por lo que regresó junto a su hijo a la habitación.

--- Instantes después se escuchó desde el exterior de la vivienda una sirena, hecho que llevó a uno de los vigilantes, que tenía el pelo largo recogido con coleta y barba, pero no era el que vestía con traje, a salir del inmueble.

--- Tiempo después, mientras continuaba retenida en su habitación con su hijo y custodiada por un vigilante, se escucharon unos gritos de persona, por lo que pensaba que estaban golpeando y torturando a su marido, y reiteraba su solicitud de poder verlo, siéndole negado.

--- Más tarde, sin poder precisar cuanto tiempo había pasado, los asaltantes volvieron a realizar un relevo en la custodia de la declarante, pasando ahora a vigilarla un varón que cubría su cara hasta encima de la nariz con una especie de pañuelo negro por lo que no pudo ver bien sus características físicas. Sin embargo si le pareció que tenía rasgos asiáticos, unos 30 años de edad, con la piel clara, el pelo oscuro, alto y delgado. Esta persona portaba en el pecho una cámara de grabación y esporádicamente mostraba a la declarante una pistola negra que portaba en la cintura, dentro de una pistolera, con la intención de amedrentarla y amenazarla.

--- Mientras la declarante era custodiada por este individuo volvió a solicitar ir al baño, hecho que el vigilante trasladó a través de su micrófono inalámbrico, y se lo permitió a la dicente, donde pudo conseguir una cuchilla de afeitar. Una vez en la habitación llegó a intentar realizarse un corte en la muñeca, desistiendo de tal acción por el dolor que sentía.

--- Pasada alguna hora y cuando ya era de noche, su hijo tenía mucho miedo por la oscuridad y solicitaron a los asaltantes encender la luz de la habitación, hecho que llevaron a cabo no sin antes bajar la persiana para que no se viese nada desde el exterior.

--- La declarante y su hijo decidieron tumbarse en la cama y taparse bajo una manta, y debido al pánico que sentían para ser llevados de la Embajada a otro lugar, volvió a decidir suicidarse con la cuchilla de afeitar, y cuando estaba preparada, de pronto el varón que los custodiaba abandonó la habitación. Uno o dos minutos después dejaron de escucharse ruidos y quedó la vivienda en silencio, por lo que la dicente decidió levantarse, fue a la cocina a buscar un cuchillo de frutas y salió al hall.

--- Allí se encontró al Sr. CHOE el cual tenía las manos atadas a la

Procedimiento nº  1396/2019



ADMINISTRACIÓN
DE JUSTICIA

1011
1012

1017

1019
1020
1021
1022
1023
1024
1025
1026
1027
1028
1029
1030
1031
1032
1033
1034
1035

1036

1037

espalda con unos grilletes metálicos y los pies atados con unas bridas de plástico, que pudo cortar con este cuchillo.

--- También encontró al Sr. JANG y al Sr. JU, trabajadores de la embajada, con las manos atadas con bridas de plástico, a los que ayudó a cortarlas con el cuchillo.

--- Seguidamente accedieron al hall del inmueble tres estudiantes norcoreanos que habitualmente tienen contacto con la Embajada, que también les ayudaron a liberarse. Entre todos comenzaron a gritar para saber donde estaba el Sr. SO, y la declarante junto al Sr. CHOE bajaron a la planta sótano tras escuchar sus voces.

--- Una vez pudieron liberar de las bridas de plástico que tenía el Sr. SO, todos volvieron al hall del edificio y salieron al exterior, haciéndolo la declarante por la puerta del garaje.

--- Ya en la vía pública encontraron una dotación policial y a los instantes aparecieron más patrullas policiales para ayudarles y efectivos sanitarios.

--- Recuerda que tanto su marido, como el Sr. JANG y el Sr. JU tenían distintas heridas en sus caras y manos.

--- Que en este acto le son mostradas fotocomposiciones de varones con características similares a las personas descritas por la declarante, efectuándose Acta de reconocimiento fotográfico aparte a la presente diligencia.

--- Que no tiene nada más que manifestar firmando la presente una vez leída y hallada conforme junto al Instructor, de lo que como Secretario **CERTIFICO**.



1038
1039
1040
1041
1042
1043
1044
ADMINISTRACIÓN
DE JUSTICIA
1046
1047
1048
1049

# ACTA DE DECLARACIÓN

**Nombre y Apellidos:** Ok Gyong JANG
**NIE:** ███████779-T
**Nacida en:** Corea del Norte
**El día:** ████1983
**Hija de:** Jae Yong JANG y Kyong Hwa YUN
**Domicilio:** calle Darío Aparicio número 43 de Madrid
**Teléfono:** 91.307.87.76

1050 <u>**ACTA DE RECONOCIMIENTO FOTOGRÁFICO.**</u> Se extiende en
1051 Madrid, siendo las **12:50** horas del día 25 de abril de 2019, en las
1052 dependencias de la Brigada Provincial de Información de Madrid. por
1053 los funcionarios del Cuerpo Nacional de Policía arriba referenciados
1054 adscritos a la Brigada Provincial de Información de Madrid, que
1055 actúan como Instructor y Secretario respectivamente para la práctica
1056 de la presente en relación a los hechos investigados hacen
1057 **CONSTAR:**
1058     Que se persona en estas Dependencias, siendo previamente citada,
1059 **Dña. Ok Gyong JANG**, con NIE número ███████779-T, acompañada
1060 por **D. Yun 50K SO**. con N I.E. número ██████359-M, Encargado de
1061 Negocios de la Embajada Popular y Democrática de Corea en
1062 Madrid, persona que la declarante designa para realizar las
1063 funciones de intérprete, a fin de entrevistarse con los actuantes.
1064     *Que la declarante fue víctima de los hechos acontecidos en la*
1065 *precitada Embajada el pasado día 22 de febrero del año en curso, y*
1066 *que dieron origen a la apertura de Diligencias Previas número*
1067 *1396/19 por parte del Juzgado Central de Instrucción número* 5.
1068     Que **Ok Gyong JANG**, ha prestado declaración por estos hechos
1069 el día 25 de abril en las Dependencias Policiales de la Brigada
1070 Provincial de Información de Madrid.
1071     Que en este acto, y tras serle mostrado el documento *"Anexo 1"*
1072 que se adjunta al presente, en el que figuran nueve fotogramas de
1073 ambiente, numerados del 1 al 9, de nueve varones de origen asiático,
1074 **RECONOCE SIN NINGÚN GÉNERO DE DUDAS al varón que**
1075 **aparece en el fotograma con el número 2** como el individuo que
1076 entró en su habitación vestido con un traje. camisa y corbata y
1077 portando un pin en la solapa de la chaqueta del Jefe del Estado de
1078 Corea del Norte durante el asalto a la Embajada. firmando la
1079 declarante sobre el referido fotograma como prueba de ello.
1080     Que concretamente este fue el primer individuo que entró en su
1081 habitación cuando se encontraba encerrada en la misma, después
1082 que alguien desde fuera rompiera el cerrojo de la puerta y la abriese.
1083     Que no tiene nada más que manifestar, firmando la presente una
1084 vez leída y en prueba de conformidad, junto al Instructor, de lo que
1085 como Secretario **CERTIFICO**
1086
1087

Procedimiento nº 1396/2019

**MINISTERIO
DEL INTERIOR**



**DIRECCIÓN GENERAL
DE LA POLICÍA**

CUERPO NACIONAL DE POLICIA
Jefatura Superior de Policía
de Madrid
Brigada Provincial de Información

## ANEXO − 1 −

ADMINISTRACION
DE JUSTICIA



1



2



3



4



5



6







1088

35



**ADMINISTRACIÓN DE JUSTICIA**

# ACTA DE DECLARACIÓN

**Nombre y Apellidos: Song Guk JANG**
**NIE:** ████528-T
**Nacido/a en: Corea del Norte**
**El día:** ████1960
**Hijo/a de: Yong Sung JANG y Chol Kum RI**
**Domicilio: calle Darío Aparicio número 43 de Madrid**
**Teléfono: 91.307.87.76**

--- Se extiende en Madrid, en las dependencias de la Brigada Provincial de Información, el día 24 de abril de 2019 a las 18:10 horas y, por los funcionarios arriba reseñados, adscritos a la referida Brigada Provincial, que actúan como Instructor y Secretario respectivamente para la práctica de la presente y en relación a los hechos que motivan la presente:

-- Que de conformidad con lo establecido en el artículo 284 de la L.E.Crim, y el artículo 6 de la Ley 4/2015, de 27 de abril, del Estatuto de la Víctima del delito, se

pone en su conocimiento que en caso de no ser identificado el autor en el plazo de setenta y dos horas, las presentes actuaciones no se remitirán a la autoridad judicial, sin perjuicio de su derecho a reiterar la denuncia ante la fiscalía o el juzgado de instrucción.

--- Que en este Acto es informado/a de los derechos que como víctima de delito le asisten, en conformidad con lo dispuesto en la Ley 4/2015 y la Ley de Enjuiciamiento Criminal (artículos 109, 109 bis, 110 y 771.1ª)

--- Que se persona de forma libre y voluntaria en estas dependencias, previamente citado, acompañado de Yun SOK SO (a partir de ahora SO), con número de NIE ████359-M, nacido en Corea del Norte el ████1979, hijo de So Jae MYONG y Ju Yong SUKM, con domicilio en la calle Darío Aparicio número 43 de Madrid y teléfono de contacto 91.307.87.76, persona que el declarante designa para realizar las funciones de intérprete, ya que prefiere declarar en su lengua natal, a fin de aportar nuevos datos relacionados con los hechos que motivan las presentes, manifiesta:

--- Que su labor en la Embajada de Corea del Norte es la de técnico administrativo.

--- Que se encontraba el día 22 de febrero de 2019 sobre las 16:00 horas, realizando labores de limpieza de la embajada, concretamente barriendo el patio junto a la zona próxima al garaje, en compañía de otro trabajador llamado Hak Rim JU. Sobre las 16:30 horas observó en el interior del recinto de la Embajada, próximo a la puerta peatonal y junto a otro trabajador de la misma, el Sr. CHOE, a una persona, la cual pudo percibir que llevaba el pelo largo recogido con un moño.

--- Mientras continuaba realizando sus labores de limpieza y unos minutos después, de repente y sorpresivamente vio aparecer a cuatro o cinco varones que se dirigieron corriendo hacia su compañero JU y hacia él, creyendo al principio que eran periodistas, ya que no se podía imaginar que serían asaltantes.

--- Cuando estos individuos se acercaban al Sr. JU y al declarante pudo

36



ADMINISTRACIÓN
DE JUSTICIA

1139
1140

1145
1147

1148
1149
1150

1151
1152
1153

1154
1155
1156
1157
1158
1159
1160

1161
1162
1163
1164

1165
1166
1167
1168
1169
1170

1171
1172
1173
1174
1175
1176
1177

1178
1179

1180
1181
1182

1183
1184
1185
1186
1187

1188

percatarse de que estaban asaltándoles, y de forma rápida y usando la fuerza, dos de estos varones le llevaron los brazos a la espalda, intentando resistirse fuertemente el dicente, sin llegar a conseguirlo. El declarante les preguntaba por qué hacían eso y quienes eran, sin obtener respuesta de estas personas.

--- Debido a la rapidez de los hechos solo puede recordar que uno de estos individuos era joven, de menos de 30 años, con rasgos asiáticos, con el pelo oscuro, y de complexión normal, y como de 1,70 m. de estatura.

--- En el momento en el que el declarante se intentaba resistir uno de ellos le aproximó a la cara una pistola con el fin de amedrentarle y amenazarle.

--- Que debido a esta amenaza el dicente cejó en su resistencia y los asaltantes le llevaron con violencia al suelo, golpeándose la cara contra el suelo.

--- Una vez el declarante se encontraba en el suelo reducido por los asaltantes, le colocaron las manos en la espalda y le pusieron unas bridas de plástico tanto en las manos como en los pies y una bolsa en la cabeza. Recuerda que el varón que se las intentaba poner no sabía hacerlo bien, y el otro asaltante le hacía indicaciones en idioma coreano de cómo ponerlas. Uno de estos individuos le dijo entonces que se estuviese quieto.

--- A continuación, y pasados unos cinco o diez minutos el declarante oyó una sirena y acto seguido dos asaltantes le levantaron y le llevaron a una parte trasera de la Embajada, oculta desde el muro y la calle principal, para que no se le pudiese ver.

--- Posteriormente, pasado un tiempo sin poder precisar cuanto, entre dos asaltantes levantaron al dicente y lo llevaron al interior del edificio, a una sala de la planta baja, próxima al hall. Allí pudo percibir que había más trabajadores de la Embajada, intentando comunicarse entre ellos, no permitiéndolo los asaltantes, los cuales estaban continuamente custodiándoles y les amenazaban para que no hablasen entre ellos.

--- Después de un rato en esta misma situación escuchó como varios asaltantes se llevaban al Sr. SO a otra estancia, y entonces el declarante se intentó dirigir a estos individuos preguntándoles quiénes eran y diciéndoles que se estaban equivocando, que eso era una Embajada y que asaltarla de esa forma era como un acto de guerra, no obteniendo ningún tipo de respuesta. Sin embargo, uno de los asaltantes le amenazó con llevarle a otra habitación si no dejaba de hablar.

--- Recuerda que en un momento dado uno de los asaltantes apagó la luz dejándoles a oscuras.

--- Pasado un rato pudo escuchar que dos asaltantes hablaban de una forma muy cautelosa lo que le hizo pensar que querrían escaparse en poco tiempo.

--- Momentos después los asaltantes que les estaban custodiando abandonaron la habitación, por lo que el declarante pensó que ya se habrían marchado. En ese momento el Sr. CHOE gritó preguntando al Sr. SO dónde se encontraba, y de repente un asaltante entró de nuevo en la estancia y le dijo que se callase, marchándose al instante.

--- Minutos más tarde el declarante volvió a escuchar un silencio, señal



ADMINISTRACIÓN
DE JUSTICIA

de que los asaltantes ya no se encontraban en el interior del inmueble. Se quiere significar que durante todo el tiempo que el declarante estuvo retenido en esta habitación lo mantuvieron con las manos y pies atados con bridas, una bolsa puesta en la cabeza, y buena parte del tiempo tumbado en el suelo boca abajo y posteriormente, sentado en el sofá.

--- Cuando el dicente y el resto de sus compatriotas dejaron de escuchar a los asaltantes, intentaron liberarse, pudiendo el declarante quitarse la bolsa de la cabeza arrastrando su cara contra el sofá. A continuación el Sr. CHOE, mediante una patada entre sus pies, pudo romper las bridas de los pies del declarante, no pudiendo quitar aún las de sus manos.

--- Seguidamente, junto con los otros empleados de la Embajada salieron al hall del inmueble y encontraron a tres estudiantes norcoreanos que habían acudido a socorrerles, y uno de ellos le cortó las bridas de sus manos que tenía a la espalda con un cúter.

--- Cuando estaban todos sus compatriotas ya en el hall, salieron todos juntos al exterior del recinto, dirigiéndose el declarante hasta la calle por la puerta peatonal. Allí encontraron una patrulla policial que les asistió y a los pocos instantes aparecieron más dotaciones policiales y sanitarias.

--- El declarante precisó asistencia sanitaria, consistente en dos puntos en la cara por las presiones que los asaltantes le produjeron contra el suelo, y una inflamación en su muñeca por el efecto de las bridas. Además recuerda que varios de sus compatriotas también se encontraban heridos, concretamente: el Sr. SO en la cara, y sabe que el Sr. CHOE también fue atendido por el SAMUR, sin recordar en estos momentos de qué heridas.

--- Que no tiene nada más que manifestar firmando la presente una vez leída y hallada conforme junto al Instructor, de lo que como Secretario **CERTIFICO**

Procedimiento nº 1396/2019



1217
18

1221
ADMINISTRACIÓN
DE JUSTICIA

# ACTA DE DECLARACIÓN

CHO SUN HI

| Place and date | En la ciudad de Madrid, a 20 de marzo de 2019. |
|---|---|
| Nombre | CHO SIUN |
| Apellidos | HI |
| Pasaporte | ███ 653W |

1222

1223   Ante el Magistrado-Juez de Instrucción y de mí, el Letrado de la
1224   Administración de Justicia y de la Fiscalía, comparece la persona arriba
1225   identificada, al objeto de prestar declaración como perjudicado en la
1226   presente causa.

1227   S.S. le instruye de la obligación que tiene de decir la verdad en
1228   lo que fuere preguntado, de las penas con que el Código Penal castiga
1229   el delito de falso testimonio en causa criminal.

1230   Seguidamente el/la perjudicado/a presta, en legal forma,
1231   juramento/promesa, de decir la verdad en todo lo que supiere respecto
1232   de lo que fuere preguntado/a.

1233   Sobre su nombre y circunstancias personales, MANIFIESTA: Que
1234   son las que han quedado reseñadas.

1235
1236   MANIFESTACIONES

1237   Por S.S@ se informa previamente al declarante de los derechos que
1238   le asisten como perjudicado, así corno de los hechos por los que se siguen
1239   las presentes actuaciones.

1240   Le asiste en la toma de declaración haciendo funciones de
1241   intérprete de coreano: SR. YUN SOK SO, encargado de negocios de la
1242   embajada.

1243   A preguntas de 5 5@, sobre el relato de los hechos:



**ADMINISTRACIÓN DE JUSTICIA**

1244
1245

1249
1250

1251
1252

1253
1254
1255

1256

1257

1258
1259
1260
1261

1262
1263
1264
1265
1266
1267
1268

1269
1270

1271
1272

1273
1274
1275
1276
1277
1278

1279
1280
1281

Manifiesta que lo sucedido el día de los hechos fue que no recuerda bien la hora, pero cree que sobre las 5 de la tarde, estaba en su casa, en la primera planta de la embajada, y se oía unos golpes, peleas entre gente, golpes en el suelo. Que le parecía raro porque no lo había oído antes ese ruido, fue la primera vez que oía peleas de gente de muerte.

A esa hora ella quería intervenir en esa pelea, mirar a ver que pasaba en el hall, pero al instante notó que oía un acento del sur de Corea.

Que tiene 56 años y que era la primera vez que oía ese acento y lo notó muy claramente que aunque es similar, el acento es diferente.

Que conoce bien la voz de su marido pero no era la voz de él, entre los ruidos, muy despiadados y tajantes un compañero suyo gritaba el nombre del SR SO.

Que supo que estaba pasando algo, lo percibía.

Que cerró la puerta de su casa con la llave de la cerradura.

Que al instante cogió su móvil para llamar *a* sus dos compañeros, pero que no había línea en ese momento. Las personas que viven en la embajada fueron capturadas por eso quería llamar a los residentes que estaba fuera de la embajada como los estudiantes de la universidad de Nebrija.

Que se enteró que las personas que estaban en la embajada fueron capturadas, por eso pensó que sólo estaba ella viva y cogió sus zapatos. Luego abrió la ventana que se dirige a la terraza, y salió, miró hacia abajo para saltar, pero pensó que si saltaba al cemento sería peor para sus heridas por eso saltó a la tierra. Decidió tirarse, y agarró el muro pequeño de la terraza con las manos y saltó cogiendo impulso con la pierna derecha para coger distancia del edificio

Que al caer perdió el equilibrio y chocó su cabeza con la esquina del azulejo, no lo notó en ese momento, notó calor en la cabeza y al tocar vio la sangre.

Que cuando estaba en la terraza para saltar se oía en ese momento el golpe de la puerta.

Que oyó golpe de la puerta no que la puerta se abriera, golpe como de patearse con la pierna. Que al caerse se quedó nerviosa, y al tapar la sangre de la cabeza comenzó a andar hacia la puerta principal, pero cambió el sentido porque si no la hubieran visto y la hubieran capturado. Que antes ella sabía de una salida desconocida por otros, por eso se escapó por allí y saltó el muro.

Que al saltar el muro notó que una persona estaba en la terraza y por eso ella miró y vio un tipo con el pelo negro, y con la cara tapada con tela negra y chaqueta negra, que ese tipo corría hacia otro lado. Pensaba que ese



ADMINISTRACIÓN
DE JUSTICIA

hombre la buscaba porque se había escapado de la habitación En ese momento vio que su decisión fue buena, porque al ver a ese hombre vio que él era de Corea del Sur por su aspecto.

Que por eso quería caminar pero le dolía mucho la pierna, la cadera tenía sangre en la cabeza, y por eso caminaba a cuatro patas hacia la carretera de delante de la embajada.

Que al quedarse en la carretera vio un coche negro que cambiaba la dirección hacia la embajada, que la cambiaba la dirección en la rotonda.

Que como te sangraba mucho la cabeza tenía la cara ensangrentada y sus manos también, al ver el coche, el conductor se quedó muy asustado al verla. Que el conductor le pareció de 35-40 años y español

El conductor paró el coche y al instante ella abrió la puerta y entró dentro del coche. Como ella no sabe español se expresó con sus manos, y el coche condujo hacia donde ella le indicaba.

Que a 150 metros de la embajada hay una clínica y ahí paró el coche el conductor, el coche iba hacia un gimnasio que estaba al lado de la embajada. Cuando el coche para, salieron dos personas de más edad vestidos con trajes blancos de hospital.

Que en el momento ella quería tomar medidas y por eso llamaba a la policía cuando vio a esas dos personas, que aquellas la calmaron, y le ayudaron con la herida de la cabeza.

Que no pudo dar las gracias al conductor.

Que a los 10 min llegó una ambulancia con gente vestida de azul, médicos para ayudarla. Los médicos, la acostaron y la trataron a ver sus heridas y su estado y medir pulso etc.

Que los médicos le preguntaron por su origen si de China o Filipinas. Ella sólo respondió No Problem, y en ocasiones hablaba en francés.

Que ella no quería decir que era de Corea del Norte, porque en ese momento no creía en nadie. Por eso respondía que era china. Ella creía que si decía que era de Corea del Norte los médicos la llevarían a la embajada, que estaba cerca.

Que ella como no había ningún compañero con ella no podía llamar a ningún compañero, por eso llamó a la embajada de China en Madrid, y que pensaba que sólo con saludar en su idioma desde la embajada de china vendrían a ayudarla.



ADMINISTRACIÓN
DE JUSTICIA

Que los médicos se dieron cuenta que no era China, y alguien llamó a la embajada de Corea del Sur, que la dicente les gritó que no quería hablar con ellos.

Que como ella estaba ansiosa de llamar a la policía, dijo a los médicos que llamaran a la policía. Que pasados unos 15 minutos llegó la policía y ella se tranquilizó, porque vio a los policías uniformados. Que a la policía les dijo que era de Corea del Norte .

Que un médico uso con su móvil el traductor, que era un traductor instantáneo, y que al decirlo ella salía en la traducción que habían saltado la embajada asaltantes de corea del sur que 6 personas habían quedó capturada en la embajada y maniatadas, y que pidió que los salvaran urgentemente, y que dijo cómo se escapó de la embajada

Que al escucharla, parecía que no la creían

Que ella decía que vio a un tipo de pelo negro y cara tapada con tela y chaqueta negra, que un médico le dijo que eran espías de corea del sur. Que ella contestó afirmativamente. Entonces que los médicos y policías se asombraron entre si.

Que ella preguntó si la entendieron, y los médicos ratifican que la habían entendido que la policía haría lo que tuviera que hacer y ella sería asistida médicamente.

A preguntas del Ministerio Fiscal:

Que sobre si vio al personal de la embajada atado, dice que no lo vio, pero escucho un grito que decía QUIETO, que eso pareció que un tipo quería atar a los empleados.

Al saltar de la terraza notó que este caso era la primera vez que algo así pasaba en su país y que sus empleados luchaban con los bandidos

A preguntas de S.S.ª:

Que la operaron la semana pasada de la pierna.

Que reclama por las lesiones que ha sufrido

Que quiere añadir al dicente que, antes de que la policía bajara de la ambulancia le preguntaron a ella si podía llamar a la embajada, y que ella les dio que nadie cogería el teléfono porque sus empleados han sido capturados.



ADMINISTRACIÓN
DE JUSTICIA

**ANEXO 3**

**DECLARACIONES DE LOS TESTIGOS**

# ACTA DE DECLARACIÓN

**Nombre y Apellidos: Chol Hak KIM**
**NIE: ████554-P**
**Nacido/a en: Corea del Norte**
**El día: ███1984**
**Hijo/a de: Ri Sop KIM y de Jin Suk KANG**
**Domicilio: Calle Darío Aparicio, 43, de Madrid**
**Teléfono: 91.307.87.76**

--- Se extiende en Madrid, en las dependencias de la Brigada Provincial de Información, el día 23 de abril de 2019 a las 16:45 horas y, por los funcionarios arriba reseñados, adscritos a la referida Brigada Provincial, que actúan como Instructor y Secretario respectivamente para la práctica de la presente y en relación a los hechos que motivan la presente:

--- Que ha sido informado de la obligación legal que tiene de decir la verdad (Art. 433 de la LECRim) y de la posible responsabilidad penal en la que puede incurrir en caso de acusar o imputar falsamente a una persona una infracción penal o con temerario desprecio hacia la verdad (Art. 456 del CP), simular ser responsable o víctima de una infracción penal (Art. 457 del CP), o faltar a la verdad en su testimonio (Art. 458 del CP).

--- Que se persona de forma libre y voluntaria en estas dependencias, previamente citado, acompañado de Yun SOK SO (a partir de ahora SO), con número de NIE ████359-M, nacido en Corea del Norte el ███1979, hijo de So Jae MYONG y Ju Yong SUKM, con domicilio en la calle Darío Aparicio número 43 de Madrid y teléfono de contacto 91.307.87.76, persona que el declarante designa para realizar las funciones de intérprete, para aquellas frases que el declarante no sepa explicar en idioma español, a fin de aportar nuevos datos relacionados con los hechos que motivan las presentes, manifiesta:

--- Que actualmente el dicente es estudiante de Arquitectura en la Universidad Nebrija, teniendo un contacto regular con la Embajada de su país.

--- Que el día 22/02/2019 junto con otros dos estudiantes de su país, llamados Sr. PAE y Sr. JONG con los que compartía residencia, se dirigieron hasta la puerta de la Embajada tras recibir una llamada de un trabajador norcoreano de un Organismo Internacional que vive también en Madrid, llamado Hyol Chol KANG, el cual había recibido a su vez otra llamada telefónica informándole que una trabajadora de la Embajada había resultado herida. Por tal motivo KANG instó al declarante a desplazarse hasta el inmueble de la Embajada a ver qué ocurría.

43



ADMINISTRACIÓN
DE JUSTICIA

1402
1403
1404
1405
1406
1407
1408
1409
1410
1411
1412
1413
1414
1415
1416
1417
1418
1419
1420
1421
1422
1423
1424
1425
1426
1427
1428
1429
1430
1431
1432
1433
1434
1435
1436
1437
1438
1439
1440
1441
1442
1443
1444
1445

--- Que al llegar el dicente y sus dos compañeros a la Embajada, sobre las 21:40 horas, pudieron observar la puerta de vehículos abierta, y se dirigieron hasta la puerta peatonal de la misma. En este lugar encontraron dos vehículos parados, uno de ellos con las luces de emergencia encendidas justo frente a la puerta peatonal, y otro al otro lado de la calzada, ambos de color negro. Este segundo vehículo abandonó el lugar cuando el declarante y sus dos amigos llegaron a la puerta peatonal. Además al final del muro de la Embajada se encontraba estacionado un vehículo policial.

--- Apoyado sobre el primer vehículo se encontraba un varón joven vestido con traje, al cual el declarante se acercó preguntándole quién era. Esta persona contestó que había recibido un aviso de alguien para recoger a una persona en ese lugar.

--- Justo en ese mismo momento, su compañero JONG tocó el timbre de la puerta de la Embajada y desde dentro contestó el Sr. CHOE, diciéndole este que se apresurase a entrar en el edificio, no pudiendo sin embargo abrir la puerta peatonal.

--- Que por tal motivo el dicente junto a JONG accedieron al recinto de la Embajada a través de la puerta de vehículos que se encontraba abierta, mientras su otro compañero PAE saltó la valla para acceder al interior.

--- Al atravesar la puerta de vehículos sintieron que algo sospechoso estaba ocurriendo por lo que se dirigieron hasta el acceso principal del edificio, encontrándose a sus compatriotas en el hall de la casa, pudiendo observar el declarante al Sr. CHOE, el cual se encontraba esposado con las manos en la espalda, al Sr. JANG (no recordando si estaba maniatado o no), al Sr. JU que también estaba esposado con las manos a la espalda, estando estos dos últimos con heridas y sangre en la cara, y a la esposa del Sr. SO (Sra. JANG) y al hijo de ambos.

--- En este momento su compañero JONG, el Sr. CHOE, y la mujer del Sr. SO (Sra. JANG) bajaron al sótano del edificio para liberar al Sr. SO, quedándose el dicente con el resto de compatriotas en el hall.

--- A los pocos instantes estas tres personas volvieron a subir al hall ya con el Sr. SO, el cual también tenía heridas y sangre en la cara. Tras esto el grupo entero se dispuso a salir por la puerta del garaje que se encontraba abierta, dirigiéndose el grupo hacia la dotación policial que se encontraba en la calle, a los que les explican lo ocurrido.

--- Que la dotación policial le solicitó su identificación llegando a los pocos minutos al lugar varias patrullas policiales más.

--- Que no tiene nada más que manifestar firmando la presente una vez leída y hallada conforme junto al Instructor, de lo que como Secretario **CERTIFICO**.--------

Procedimiento nº  1396/2019



ADMINISTRACIÓN
DE JUSTICIA

# ACTA DE DECLARACIÓN

**Nombre y Apellidos:** Kwang Hyok PAE
**NIE:** [  ]521-K
**Nacido/a en:** Corea del Norte
**El día:** [  ]1987
**Hijo/a de:** Chang Sun PAE y de Man Ok JONG
**Domicilio:** Calle Darío Aparicio, 43, de Madrid
**Teléfono:** 91.307.87.76

--- Se extiende en Madrid, en las dependencias de la Brigada Provincial
de Información, el día 23 de abril de 2019 a las 17:50 horas y, por los
funcionarios arriba reseñados, adscritos a la referida Brigada Provincial,
que actúan como Instructor y Secretario respectivamente para la práctica
de la presente y en relación a los hechos que motivan la presente:

--- Que ha sido informado de la obligación legal que tiene de decir la
verdad (Art. 433 de la LECRim) y de la posible responsabilidad penal en
la que puede incurrir en caso de acusar o imputar falsamente a una
persona una infracción penal o con temerario desprecio hacia la verdad
(Art. 456 del CP), simular ser responsable o víctima de una infracción
penal (Art. 457 del CP), o faltar a la verdad en su testimonio (Art. 458 del
CP).

--- Que se persona de forma libre y voluntaria en estas dependencias,
previamente citado, acompañado de Yun SOK SO (a partir de ahora
SO), con número de NIE [  ]359-M, nacido en Corea del Norte el
[  ]1979, hijo de So Jae MYONG y Ju Yong SUKM, con domicilio en
la calle Darío Aparicio número 43 de Madrid y teléfono de contacto
91.307.87.76, persona que el declarante designa para realizar las
funciones de intérprete, para aquellas frases que el declarante no sepa
explicar en idioma español, a fin de aportar nuevos datos relacionados
con los hechos que motivan las presentes, manifiesta:

--- Que actualmente el dicente es estudiante de Arquitectura en la
Universidad Nebrija, teniendo un contacto regular con la Embajada de su
país.

--- Que el día 22/02/2019 le comentó otro estudiante de su país, llamado
Chol Hak KIM, que sus compatriotas de la Embajada no recibían
llamadas telefónicas y debían dirigirse a ver qué les ocurría, por lo que
junto a KIM y a otro compañero también de su país, llamado Myong Nam
JONG, se dirigieron a la misma. En esos momentos el dicente y sus dos
compañeros compartían residencia.

--- Que al llegar el dicente y sus dos compañeros a la Embajada, sobre
las 21:30 ó 21:40 horas, pudieron observar la puerta de vehículos
abierta, y se dirigieron hasta la puerta peatonal de la misma. En este
lugar encontraron dos vehículos parados, uno de ellos policial al fondo
de la calle, y otro que se encontraba justo frente a la puerta peatonal,
con las luces de emergencia encendidas, tratándose de un Mercedes
Benz de color negro. Junto a este vehículo se encontraba un varón
vestido con una camisa blanca y un pantalón de traje.

--- Sus otros dos compañeros KIM y JONG hablaron con este varón y le



ADMINISTRACIÓN
DE JUSTICIA

preguntaron quién era, no entendiendo muy bien lo que les contestó.

--- A continuación su compañero JONG llamó al timbre de la Embajada, respondiéndole a través de la pantalla el Sr. CHOE que entraran rápido. Por este motivo el dicente decidió saltar la valla del recinto, entrando sus otros dos compañeros por la puerta del garaje. En este momento, al entrar los tres por el hall del inmueble encuentran a sus compatriotas, algunos de ellos sangrando y maniatados, concretamente:

--- El Sr. JU se encuentra esposado con las manos en la espalda, dudando si también tenía atados los pies.

--- El Sr. CHOE se encuentra igualmente esposado con las manos en la espalda y con heridas y sangre en la cara, dudando si también tenía atados los pies.

--- El Sr. JANG se encuentra del mismo modo esposado con las manos a la espalda y alguna herida en la cara, dudando si igualmente tenía atados los pies.

--- La Sra. JANG (esposa del Sr. SO) la cual se encuentra nerviosa, y el hijo menor de ambos.

--- Que el declarante comenzó en ese momento a buscar objetos para poder soltar a sus compatriotas, por ello piensa que también se encontraban atados de pies.

--- Mientras tanto su compañero JONG, la esposa del Sr. SO (Sra. JANG) y el Sr. CHOE, descendieron a la planta sótano del inmueble para buscar al Sr. SO, subiendo con él minutos después, pudiendo observar el dicente que se encuentra herido en la cara.

--- Que el declarante, al darse cuenta de que la Sra. JO (mujer de JANG) no estaba, se dispuso a buscarla por todo el edificio junto al Sr. CHOE, el cual estaba aún engrilletado. En la búsqueda encuentra unas cajas de grilletes en el hall de la vivienda, y coge unas llaves de los mismos para poder liberar al Sr. CHOE, momento en el que este sale al exterior y el declarante continúa buscando a la Sra. JO sin éxito, saliendo del inmueble pasados unos minutos.

--- Al salir al exterior se encuentra con el resto de compatriotas y varias dotaciones policiales, quienes le solicitan su identificación.

--- Que no tiene nada más que manifestar firmando la presente una vez leída y hallada conforme junto al Instructor, de lo que como Secretario **CERTIFICO**.--------

Procedimiento nº 1396/2019



ADMINISTRACIÓN
DE JUSTICIA

1534
1535
1536
1537
1538
1539
1540
1541
1542
1543
1544
1545
1546
1547
1548
1549
1550
1551
1552
1553
1554
1555
1556
1557
1558
1559
1560
1561
1562
1563
1564
1565
1566
1567
1568
1569
1570
1571
1572
1573
1574
1575
1576
1577
1578
1579
1580
1581
1582
1583

# ACTA DE DECLARACIÓN

**Nombre y Apellidos: Myong Nam JONG**
**NIE:** ⬛⬛⬛**544-K**
**Nacido/a en: Corea del Norte**
**El día:** ⬛⬛⬛**1993**
**Hijo/a de: Gi Yong JONG y de Hye Yong JANG**
**Domicilio: Calle Darío Aparicio, 43, de Madrid**
**Teléfono: 91.307.87.76**

--- Se extiende en Madrid, en las dependencias de la Brigada Provincial de Información, el día 23 de abril de 2019 a las 18:30 horas y, por los funcionarios arriba reseñados, adscritos a la referida Brigada Provincial, que actúan como Instructor y Secretario respectivamente para la práctica de la presente y en relación a los hechos que motivan la presente:

--- Que ha sido informado de la obligación legal que tiene de decir la verdad (Art. 433 de la LECRim) y de la posible responsabilidad penal en la que puede incurrir en caso de acusar o imputar falsamente a una persona una infracción penal o con temerario desprecio hacia la verdad (Art. 456 del CP), simular ser responsable o víctima de una infracción penal (Art. 457 del CP), o faltar a la verdad en su testimonio (Art. 458 del CP).

--- Que se persona de forma libre y voluntaria en estas dependencias, previamente citado, acompañado de Yun SOK SO (a partir de ahora SO), con número de NIE ⬛⬛⬛359-M, nacido en Corea del Norte el ⬛⬛⬛1979, hijo de So Jae MYONG y Ju Yong SUKM, con domicilio en la calle Darío Aparicio número 43 de Madrid y teléfono de contacto 91.307.87.76, persona que el declarante designa para realizar las funciones de intérprete, ya que prefiere declarar en su lengua natal, a fin de aportar nuevos datos relacionados con los hechos que motivan las presentes, manifiesta:

--- Que actualmente el dicente es estudiante de Arquitectura en la Universidad Nebrija, teniendo un contacto regular con la Embajada de su país.

--- Que ese contacto regular consiste en llamadas telefónicas habituales y el día 22/02/2019 no lograban contactar con la Embajada.

--- Por otro lado, un compatriota norcoreano que también vive en Madrid, llamado Hyol Chol KANG, que trabaja en un Organismo Internacional llamó a su compañero Chol Hak KIM y le dijo que una trabajadora de la Embajada se encontraba herida en el hospital. En esa misma conversación el Sr. KANG también le comentó a su compañero KIM que en la Legación diplomática no contestaba nadie.

--- Debido a esto, su compañero KIM, otro compañero estudiante llamado Kwang Kyok PAE y el propio dicente, los cuales compartían residencia, deciden desplazarse hasta la Embajada para saber qué está ocurriendo.

--- Cuando los tres individuos llegan se encuentran la puerta del garaje abierta y caminan hasta la puerta peatonal, donde observan un vehículo frente a la misma puerta, del que recuerda que era de color negro, con

47



ADMINISTRACIÓN
DE JUSTICIA

1584 las luces de emergencia encendidas. Junto al vehículo hay un señor
1585 joven que vestía camisa blanca.

--- Que como no sabían muy bien lo que ocurría observaron los
alrededores detectando un vehículo policial al final del muro de la
Embajada y otro vehículo de similares características al primero descrito.

1590 --- Que posteriormente su compañero KIM se dirigió al conductor del
vehículo oscuro que se encontraba justo en la puerta de la embajada
1592 preguntándole qué hacía ahí, contestando este que estaba esperando
"la llamada", sin saber a qué se refería.

1593 --- Que paralelamente el dicente a través del interfono logra contactar
1594 con el Sr. CHOE, el cual le solicita que salten la valla de la embajada
1595 rápidamente y se dirijan al interior.

1596 --- El declarante junto a su compañero KIM acceden al recinto de la
1597 Embajada a través de la puerta del garaje que se encontraba abierta,
1598 saltando la valla de la misma su compañero PAE.

1599 --- Encontrándose el dicente junto a sus dos compañeros ya dentro del
1600 recinto, se dirigen los tres al hall del edificio y se encuentran a sus
1601 compatriotas como se expresa a continuación:

1602 --- La Sra. JANG (esposa del Sr. SO) y el hijo de ambos estaban muy
1603 asustados.

1604 --- El Sr. CHOE se encontraba esposado con las manos en la espalda y
1605 tenía heridas en la cara, no pudiendo precisar si tenía los pies atados.

1606 --- El Sr. JANG también estaba esposado, sin poder precisar si con las
1607 manos hacia delante o hacia atrás, ni si tenía los pies atados, teniendo
1608 además heridas en la cara.

1609 --- El Sr. JU igualmente estaba esposado, sin poder precisar si tenía las
1610 manos hacia delante o hacia atrás, ni si tenía los pies atados, y pudiendo
1611 observarle heridas en la cara.

1612 --- En este momento la mujer del Sr. SO (Sra. JANG) les comenta que
1613 no encuentran al Sr. SO, por lo que ella misma, junto al Sr. CHOE y al
1614 dicente comenzaron a buscarle detectando que gritaba desde la planta
1615 sótano del edificio, por lo que los tres bajaron con el fin de ayudarle.

1616 --- Encontraron al Sr. SO atado los pies y manos con cinta, con las
1617 manos hacia atrás, y con una capucha puesta en la cabeza. Que tras
1618 liberarlo y observar que tenía heridas en la cara, los cuatro regresaron al
1619 hall para encontrarse con el resto del grupo.

1620 --- Una vez todo el grupo reunido en el hall salieron hacia el exterior
1621 abandonando el recinto por la puerta principal.

1622 --- Cuando salió al exterior el dicente pudo percibir que el vehículo de
1623 color negro con las luces de emergencia encendidas que había visto
1624 antes de entrar, ya no se encontraba en el lugar.

1625 --- En esos instantes se encontraron con varias patrullas de Policía, las
1626 cuales procedieron a identificarle.

1627 --- Que no tiene nada más que manifestar firmando la presente una vez
1628 leída y hallada conforme junto al Instructor, de lo que como Secretario
1629 **CERTIFICO**.-----

Procedimiento nº   1396/2019



1630
1631

1635
ADMINISTRACIÓN
DE JUSTICIA 1636

**ANEXO 4**

**1. FOTOGRAFÍA DE CHISTOPHER AHN EN PUERTA DE LA EMBAJADA EL DÍA 22.02.2019**



1637
1638
1639
1640
1641
1642

**2. FOTOGRAFIAS DE CHISTOPHER AHN EN PUERTA DE LA EMBAJADA EL DIA 22.02.2019**



1643

49

Procedimiento nº 1396/2019



ADMINISTRACION
DE JUSTICIA

1644

1645
1646



1647
1648





ADMINISTRACIÓN
DE JUSTICIA

**ANEXO 5**

**FOTOGRAFÍAS DE COMPRAS EFECTUADAS Y PRODUCTOS COMPRADOS POR HONG CHANG EN EL ESTABLECIMIENTO SHOKE Y POR SAM RYU EN LA FERRETERÍA DELICIAS Y DE DESTROZOS CAUSADOS EN LA EMBAJADA**

Lista de efectos comprados en el establecimiento SHOKE

- 5 fundas de pistola de extracción rápida.
- 4 cuchillos de combate
- 6 pistolas simuladas HK (pvc)
- 1 sobaquera
- 4 gafas de tiro
- 5 linternas tácticas
- 4 balaclavas elásticas
- 5 grilletes de dos tipos diferentes

Ticket de la compra efectuada por Adrián **HONG CHANG** en SHOKE



LA BOUTIQUE DEL POLICIA
Juan de Urbieta, 22
28007 Madrid
NIF: 05354134-X
Telf.: 91 552 40 57
www.tiendashoke.es

TICKET                                    001900493

Fecha:   22/02/2019      10:56    VEN.:  JAVS

PRODUCTO                          UD.    I/U    SUMA

FUNDA CODURA EXTR. RAPIDA           5    14.00    70.00
CUCHILLO COMBATE MILTEC             4    29.95   119.93
PISTOLA CHOKE HK USP COMPACT        6    36.00   216.00
SOBAQUERA VERTICAL CODURA SAB       1    59.95    59.95
GAFA BOLLE CODFA INCOLORA           4    10.60    42.40
LINTERNA TACTICA LUCHE XML 700      5    51.65   258.25
  Oferta - Precio anterior  58.95
BALACLAVA MILTEC ELASTICA 5         4     9.95    39.80
GRILLETE DE CANDAD ESTANDAR CON     2    12.80    25.60
  Oferta - Precio anterior  13.90
GRILLETE DE BISAGRA SHOKE DOBLE     3    19.95    59.95
  Oferta - Precio anterior  22.61
                                    0     0.03     0.00

Total s/Descuento                            833.15

TOTAL                              833.15 EUR

COBRADO                                   833.15

IMPORTE A DEVOLVER                          0.00

51



1671

ADMINISTRACION
DE JUSTICIA

Entrada al establecimiento "SHOKE" de Adrián **HONG CHANG**



1673

1674

1675

Adrián **HONG CHANG** esperando a ser atendido



1676

1677



ADMINISTRACION
DE JUSTICIA

Adrián **HONG CHANG** abandonando el establecimiento SHOKE con el material adquirido



**Lista de efectos adquiridos en la Ferretería "DELICIAS":**

• 20.02.2019

    - 3 Cintas doble cara

    - 2 Cintas aislante negra

    - 1 Alicate Leatherman

    - 1 Unidad cienta adhesiva de tela negra

    - 1 Desencofrador

    - 1 Cortavarillas

• 22.02.2019

    - Desencofrador

    - 4 Cintas aislante negra

    - 9 Barras desencofrador

    - 5 gafas de protección incoloras

    - Escalera telescópica.

1703



**ADMINISTRACION DE JUSTICIA**

## Tickets de las compras efectuadas en Ferretería DELICIAS



**FERRETERIA DELICIAS**
www.ferreteriadelicias.com

VILLAR CORCES S.L.,
Pº DE LAS DELICIAS, 46
28045 MADRID - MADRID
C.I.F: B87474094
FECHA: 20/02/2019      Factura Nº: 216.805

| Artículo | | | |
|---|---|---|---|
| Unidades Precio | % Dto | Importe |
| CINTA DE DOBLE CARA PARA MOQUETAS REMOVIBLE 20 M X 50 MM | | | |
| 3  10,04 | 0,00 | 30.12 |
| CINTA AISLANTE NEGRO TEMPLEX 15( 19 MM X 20 M | | | |
| 2  0,85 | 0,00 | 1,70 |
| LEATHERMAN WINGMAN FUNDA NYLC | | | |
| 1  50,00 | 0,00 | 50,00 |
| CINTA ADHESIVA DE TELA 1900 50 MM 50 M NEGRA | | | |
| 3  4,11 | 0,00 | 12,33 |
| DESENCOFRADOR 5982-18X500 5982-18X500 | | | |
| 1  13,99 | 0,00 | 13,99 |
| CORTAVARILLAS DE 14 | | | |
| 1  16,67 | 0,00 | 16,67 |

| IVA | 21,00% | 26,21 € |
|---|---|---|
| TOTAL (I.V.A. In cluido) | | 161,02 € |



**FERRETERIA DELICIAS**
www.ferreteriadelicias.com

VILLAR CORCES S.L.,
Pº DE LAS DELICIAS, 46
28045 MADRID - MADRID
C.I.F: B87474094
FECHA: 22/02/2019      Factura Nº: 217.285

| Artículo | | | |
|---|---|---|---|
| Unidades Precio | % Dto | Importe |
| DESENCOFRADOR 5982-18X500 5982-18X500 | | | |
| 1  13,99 | 0,00 | 13,99 |
| CINTA AISLANTE NEGRO TEMPLEX 15( 19 MM X 20 M | | | |
| 4  0,85 | 0,00 | 3,40 |
| BARRA DE DESENCOFRAR FATMAX DI 350MM | | | |
| 9  11,66 | 0,00 | 104,94 |
| GAFA 2750 STYLISH PC- INCOLORA AE AE | | | |
| 5  10,12 | 0,00 | 50,60 |
| ESCALERA TELESCOPICA 1 TRAMO XTEND 3.80M LINEA AZUL | | | |
| 1211,50 | 0,00 | 211,50 |

| IVA | 21,00% | 80,73 € |
|---|---|---|
| TOTAL (I.V.A. In cluido) | | 465,16 € |

1705

1706

1707

**COMPRA FECHA: 20/02/19**

**COMPRA FECHA: 22/02/19**

## Imágenes de Sam **RYU** entrando en la ferretería 20.02.2019



1708

1709

54



ADMINISTRACION
DE JUSTICIA



1710

1711

1712

1713

1714

1715

El Grupo efectuando el pago



1716

1717

1718

1719

1720

1721

1722

1723

1724



ADMINISTRACION
DE JUSTICIA

1725

Sam **RYU** entrando al establecimiento 22.02.2019



1726

1727

1728

1729

1730

1731

1732

1733

Sam **RYU** con otro miembro del Grupo



1734

1735

1736

1737

1738

56



**ADMINISTRACION DE JUSTICIA**

Maletero del Seat Alhambra blanco 4824KMT



Sacos de dormir

1743
1744



Mochila

Escalera

1745
1746
1747
1748
1749
1750
1751
1752
1753
1754
1755
1756



1757
1758

**ADMINISTRACION DE JUSTICIA**

Detalle de la escalera telescópica comprada en la Ferretería Delicias




1761
1762
1763
1764
1765
1766
1767
1768
1769
1770
1771
1772
1773
1774
1775
1776
1777
1778



ADMINISTRACION
DE JUSTICIA

1779
1780

Bridas utilizadas para maniatar a las víctimas



1782
1783
1784



1785
1786
1787
1788
1789
1790
· 1791
1792
1793
1794
1795
1796

Caja de grilletes (4), linterna táctica (10) guantes (8 y 9) y bolsa de la ferretería
Delicias (7)



ADMINISTRACION
DE JUSTICIA



1797
1798
1799
1800

Sobaquera (12) adquirida en la tienda SHOKE por Adrian **HONG CHANG**



1801
1802
1803
1804
1805

Grilletes (13 a 17) utilizados para maniatar a las víctimas

60

Procedimiento nº  1396/2019



ADMINISTRACION
DE JUSTICIA



1806
1807
1808
1809
1810
1811
1812
1813

Balaclavas (22 y 24) utilizados por los asaltantes para ocultar su identidad

 

1814
1815
1816
1817
1818
1819
1820

Procedimiento nº  1396/2019



ADMINISTRACION
DE JUSTICIA

1821
1822

Spray de defensa (35) y gafas stylish de protección incolora de tiro utilizadas por los asaltantes (36 y 37)

 

1824
1825



1826
1827
1828
1829
1830
1831
1832
1833
1834
1835
1836

62



ADMINISTRACION
DE JUSTICIA

Brida ya rota (40) y cinta aislante negra (45)

1837
1838





1839
1840



1841
1842
1843
1844
1845
1846
1847
1848
1849
1850

Cajas de grilletes de la Armería SHOKE (47 y 48)



ADMINISTRACION
DE JUSTICIA

1851





1852
1853
1854



1855
1856
1857

Procedimiento nº  1396/2019



**ADMINISTRACION
DE JUSTICIA**

Fotos de destrozos ocasionados en la Embajada



1862
1863
1864



1865
1866
1867
1868
1869
1870
1871
1872



ADMINISTRACION
DE JUSTICIA

Alicates encontrados en la Embajada



1876
1877
1878
1879
1880
1881

Desperfectos ocasionados




1882
1883

66



ADMINISTRACION
DE JUSTICIA





1884
1885
1886
1887
1888
1889
1890
1891  Herramienta cortavarilla encontrada en el jardín de la Embajada
1892
1893



1894
1895
1896
1897

Procedimiento nº  1396/2019



ADMINISTRACION
DE JUSTICIA

Cuchillos y tijera encontrados en el interior del cubo de la basura del recinto de
la Embajada (83 a 85)



1902
1903



1904
1905
1906

68



**ADMINISTRACION
DE JUSTICIA**



1907
1908
1909



1910
1911

1912

1913

1914

1915

Procedimiento nº 1396/2019



ADMINISTRACION
DE JUSTICIA

Cuchillos de combate, bridas y spray de defensa personal



1920
1921
1922
1923

Pistola HK simulada (pvc)



1924
1925



ADMINISTRACION
DE JUSTICIA

1926
1927

Bridas (2)



1928
1929
1930
1931
1932

Spray de defensa personal (8 y 9)



1933
1934
1935
1936
1937
1938
1939
1940
1941
1942
1943

Procedimiento nº   1396/2019



1944

ADMINISTRACION
DE JUSTICIA

Pistola HK simulada (pvc)



1945
1946
1947
1948

Pistola HK simulada (pvc)



1949
1950
1951

72

ANEXO 6

AUTO DE PRISION DE CHRISTOPHER PHILIP AHN

ADMINISTRACIÓN
DE JUSTICIA

| ASUNTO | : | DILIGENCIAS PREVIAS |
| Número | : | 1396/2019 |

JUZGADO CENTRAL DE INSTRUCCIÓN NÚMERO 5

AUDIENCIA NACIONAL

MADRID

A U T O

En la Villa de Madrid, a 11 de abril de 2019.

ANTECEDENTES   DE   HECHO

**UNICO.-** El día 04.04.2019, ha tenido entrada en este Juzgado oficio de la Brigada Provincial de Información de Madrid de Policía Nacional de la misma fecha, con número de registro 1.542/19, informando sobre identificación de una nueva persona investigada, y aportando reconocimiento fotográfico.

En función de los indicios disponibles, se ha dado traslado al Fiscal a fin de que emita informe sobre la procedencia de acordar la prisión provisional y librar Orden Internacional de Detención contra Christopher Philip **AHN**.

El Fiscal ha evacuado informe  en fecha 09.04.2019, solicitando se acuerde la prisión provisional comunicada y sin fianza de Christopher Philip **AHN**.

RAZONAMIENTOS JURÍDICOS

**PRIMERO.-** El artículo 311 LECrim establece que "el Juez que instruya el sumario practicará las diligencias que le propusieran el Ministerio Fiscal o



**ADMINISTRACIÓN
DE JUSTICIA**

cualquiera de las partes personadas, si no las considera inútiles o perjudiciales
".

Por su parte, el artículo 777 LECrim establece que "El Juez ordenará a la
Policía Judicial o practicará por sí las diligencias necesarias encaminadas a
determinar la naturaleza y circunstancias del hecho, las personas que en él
hayan participado y el órgano competente para el enjuiciamiento (...)".

**SEGUNDO.-** En el caso que nos ocupa, existen indicios racionales de
criminalidad de la comisión de los siguientes hechos, sin perjuicio de lo que
pueda resultar de la investigación:

Christopher Philip **AHN** llegó al aeropuerto Adolfo Suárez-Madrid-
Barajas el 22.02.2019 a las 8:10 en el vuelo 94 de American Airlines desde el
aeropuerto JFK en Nueva York (EE.UU.), es decir, en la mañana del ataque a la
Embajada de Corea del Norte. Más tarde ese día, un grupo de individuos,
dirigidos por Adrian **HONG CHANG**, e incluyendo Sam **RYU** y Woo Ran **LEE** y el
propio **AHN**, entraron en la sede de la Embajada de la República Popular
Democrática de Corea del norte en Madrid por la fuerza, utilizando armas de
fuego, machetes y cuchillos. Luego secuestraron a todo el personal,
golpeándolos y causando lesiones a algunos, entre ellos el  Encargado de
Negocios. A continuación, procedieron a registrar todo el edificio, huyendo
posteriormente con tres vehículos diplomáticos pertenecientes a la Embajada
de Corea del norte, específicamente, un Mercedes Viano CD 416003, un Toyota
RAV-4 CD 416002 y un Audi A8 CD 416001, que fueron recuperados más tarde.

Los hechos transcurrieron de la siguiente forma:

La Embajada de la República Popular y Democrática de Corea, está
situada en la calle Darío Aparicio número 43, de Madrid.

En el interior de la Embajada se encontraban siete personas: Jang OK
**GYONG**, K████J█ S██, Song Guk **JANG**, Song Jin **CHOE**, Hak Rim **JU**, Cho Sun **HI** y
Yun Sok **SO** (éste último, Encargado de Negocios de la República Popular y
Democrática de Corea).

74



ADMINISTRACIÓN
DE JUSTICIA

En la tarde del día 22.02.2019, a las 17.00 horas, **CHOE** estaba junto a Hak Rim **JU** y Song Guk **JANG** realizando labores de jardinería en el jardín de la Embajada.

A las 16:34 horas, **HONG CHANG** se desplazó, junto con otra persona, desde calle Río Adaja 13 a Calle Darío Aparicio 26 de Madrid {llegada a las 16:48h), sede de la Embajada, para llevar a cabo el asalto.

A las 17.00 horas, **HONG CHANG** llamó a la puerta de la Embajada, interesándose por ver a Yun Sok **SO**, Encargado de Negocios de la Embajada.

Mientras tanto, su acompañante quedó aguardando, en actitud de espera, en una primera rotonda en las proximidades de la Embajada.

Song Jin **CHOE** abrió la puerta y, al escuchar la demanda de **HONG CHANG**, le franqueó la puerta y le dejaron acceder al interior del recinto de la Embajada, indicándole que esperara en un banco del patio mientras localizaban a **SO**.

Minutos antes, el SEAT ALHAMBRA de color blanco con placa de matrícula 4824- KMT, había estacionado en la rotonda ubicada en la calle Viñas del Pardo. Se bajaron de su interior cinco personas, que se encaminaron hacia la Embajada, donde se unió a la persona que se encontraba esperando en el lugar, dirigiéndose todos juntos hasta la puerta de la Embajada.

Adrián **HONG CHANG**, en un momento de descuido de **CHOE**, aprovechó para abrir la puerta de la Embajada, franqueando el paso a la misma a los individuos que estaban apostados en el exterior, entre los que se encontraban Woo Ran **LEE**, Sam **RYU** y Christopher Philip **AHN**.

Hay imágenes de las cámaras de seguridad de la Embajada de Corea del Norte, en particular de la cámara de seguridad que cubre la puerta de entrada a la Embajada, en la que Christopher Philip **AHN** aparece claramente, siendo una de las personas en el grupo que atacó la Embajada.



ADMINISTRACIÓN
DE JUSTICIA

2061      Inmediatamente penetraron en el interior de la Embajada, portando
2062  machetes, cuchillos, barras de hierro y armas cortas (simuladas), y comenzaron
2063  a golpear violentamente a sus ocupantes, hasta que consiguieron reducirlos y
2064  colocarles grilletes y bridas para inmovilizarlos.
2065

2066      Así, atacaron a **CHOE**, le golpearon, lo maniataron con bridas y le
2067  colocaron una bolsa en la cabeza.

2068

2069      También maniataron y golpearon a Hak Rim **JU** y a Song Guk **JANG**,
2070  trasladando a los tres a la sala de reuniones de la Embajada.

2071

2072      Varios de los asaltantes, entre ellos Christopher Philip **AHN**, también
2073  atacaron a **SO**, le golpearon y provocaron distintas lesiones y le llevaron a la
2074  fuerza hasta uno de los baños, ante lo que **SO** se resistió y comenzó a forcejear
2075  con los agresores, hasta que fue reducido y maniatado con bridas en los brazos
2076  por detrás de la espalda. Le cubrieron la cabeza con una bolsa a la vez que le
2077  amenazaron con barras de hierro y con aparentes armas de fuego apuntándole
2078  a la nuca.

2079

2080      El encargado de negocios de la Embajada, **SO**, ha llevado a cabo una
2081  identificación fotográfica, identificando inequívocamente a Christopher Philip
2082  **AHN** como uno de los que atacaron la Embajada.

2083

2084      En su declaración, el encargado de negocios de la Embajada, **SO**, afirma
2085  que esta persona, en concreto, era una de las 4 o 5 personas que, al comienzo
2086  del ataque, le golpeó en la entrada de la propiedad hasta que se la gestión de
2087  contenerle, agredir y golpearlo, con el fin de inmovilizarle.

2088

2089      Unos 30 minutos después los asaltantes llevaron a **SO** a la sala de
2090  reuniones de la Embajada, llevando también al mismo lugar a **CHOE**, **JU** y **JANG**.

2091

2092      Mientras ocurrió el asalto, la esposa de **SO**, Jang Ok **GYONG** y su hijo,
2093  K█████ █ S█, se encontraban en el dormitorio con la puerta cerrada con llave,
2094  si bien los asaltantes empleando fuerza pudieran acceder a la misma, a ella y al
2095  niño.

2096



ADMINISTRACIÓN
DE JUSTICIA

No les redujeron ni maniataron, pero uno de los asaltantes se quedó custodiándolos para que no salieran.

Por su parte, en la planta de arriba de la Embajada se encontraba Cho Sun **HI**, esposa de **JANG**, quien al oír todo lo que estaba ocurriendo se metió en una habitación, cerrándola con llave, hasta que los asaltantes comenzaron a golpear la puerta para acceder a la misma.

Antes de que lo consiguieran, **HI** trató de salir por la terraza de la habitación, terminando por caer al suelo, produciéndose varias lesiones, pudiendo escapar y salir del recinto de la Embajada a través de la pista de padel que tiene la propia Embajada y tiene salida directa a la calle. Allí fue vista por un ciudadano, Oscar **SANTIAGO PERALES**, quien la ayudó y solicitó atención sanitaria y policial.

Un equipo sanitario del SAMUR (servicio de emergencias médicas en Madrid) se desplazó inmediatamente al lugar de los hechos comenzó a atenderla. Ha resultado con graves lesiones.

Un indicativo policial acudió también de inmediato, siendo informado por la víctima de que varias personas habían asaltado la Embajada.

Tras establecer un perímetro de seguridad, los agentes policiales con números profesionales 122.334, 122.271 y 115.581, se desplazaron a la puerta de la Embajada y llamaron a la puerta. La persona que abrió la puerta fue Adrián **HONG CHANG**, quien se había colocado en la solapa de la chaqueta un pin con la cara del Presidente de la República Popular y Democrática de Corea, presentándose como un representante o autoridad de la Embajada y diciéndoles que no había ningún problema, así como que, si había alguna persona herida de nacionalidad norcoreana era obligación de los agentes policiales comunicarlo oficialmente al Consulado.

Tras unos 60 minutos en la Sala de Reuniones, tres de los asaltantes se llevaron a **SO** a una de las habitaciones del sótano. Allí, dos de los asaltantes le incitaron a abandonar Corea del Norte identificándose como miembros de una



ADMINISTRACIÓN
DE JUSTICIA

asociación o movimiento de derechos humanos para la liberación de Corea del
Norte.

Cuando **SO** les dijo que no traicionaría a su país y no desertaría, los dos
asaltantes que interactuaron con él abandonaron la habitación, quedando **SO**
custodiado por el tercer asaltante. Transcurridos 15 minutos entraron varios
asaltantes, quienes le maniataron nuevamente y le volvieron a cubrir la cabeza
con una bolsa negra.

Los asaltantes retuvieron a las personas que se encontraban en la
Embajada durante varias horas, manteniéndoles en todo momento
inmovilizados con grilletes y bridas y golpeándoles.

Durante ese tiempo procedieron a registrar sistemáticamente distintas
dependencias de la Embajada apoderándose de un par de pen drives, dos
ordenadores, dos discos duros (uno de ellos de almacenamiento de imágenes
de seguridad) y un teléfono móvil marca Huawei Honor con número comercial
645.659.070 e IMEIS: 861201038670115 y 861201038491702.

Seguidamente se apoderaron de tres vehículos propiedad de la
Embajada y, la mayor parte del grupo asaltante procedió a abandonar la
Embajada en los tres automóviles aproximadamente a las 21.40 horas, dejando
en el interior de la Embajada a las personas que habían detenido, inmovilizadas
con bridas y grilletes.

Los vehículos son los Mercedes Viano CD 416003, Toyota RAC-4 CD
416002 y Audi CD 416001. Los tres vehículos fueron recuperados y devueltos a
sus propietarios. El líder del grupo de asaltantes, Adrián **HONG CHANG** y uno
de los miembros del grupo, permanecieron en el interior de la Embajada hasta
que se marcharon los tres automóviles.

A las 21.30 horas, en el exterior de la Embajada estaba estacionado un
vehículo Mercedes E220 1953-KCJ, de UBER, que había sido contratado por
Adrián **HONG CHANG** para un servicio de transporte desde la puerta de la
Embajada de Corea del Norte a Toledo.



2168
2169
2170
2172
ADMINISTRACIÓN
DE JUSTICIA 2173
2174

Adrián **HONG CHANG** procedió a cancelar este servicio a las 21.40 horas, posiblemente por la evidencia de que no podía abandonar la Embajada por la parte delantera, al encontrarse en el lugar distintos indicativos policiales.

Acto seguido, **HONG CHANG**, siempre con la identidad supuesta del usuario de UBER Oswaldo **TRUMP**, procedió a contratar un nuevo servicio de UBER, para las 21.46 horas, en esta ocasión en la Avda. de Valdemarín nª 56,

2175   que es exactamente la parte trasera de la Embajada de Corea del Norte.

2176

2177   En ese momento, **HONG CHANG** y el otro asaltante abandonaron la
2178   Embajada por la parte trasera, atravesaron una zona de descampado en la que
2179   arrojaron una tarjeta de identidad italiana a nombre de Matthew CHAO y parte
2180   de los efectos que emplearon para asaltar la Embajada (pistolas simuladas y
2181   machetes), y abandonaron seguidamente el lugar, marchándose al día siguiente
2182   a Nueva York (Estados Unidos de América), en un vuelo que partió de Lisboa.

2183

2184   Matthew **CHAO** es otra de las identidades utilizadas por Adrian **HONG**
2185   **CHANG**. Con motivo de la Inspección Ocular de fecha 27.02.2019 llevada a cabo
2186   por la policía, se pudo intervenir una licencia de conducir italiana a nombre de
2187   Matthew **CHAO** nacido el ▮▮▮▮1979 y nacionalidad americana. En la foto del
2188   carné, aparece una persona de características similares al individuo de la coleta
2189   que se identificó con esa identidad ese día 07.02.2019 (a la postre Adrian
2190   **HONG CHANG**).

2191

2192   Este documento oficial italiano es íntegramente falso (según informe nº
2193   19-16682, del Grupo de Documentoscopia de la Brigada Provincial de policía
2194   científica de Madrid, adjuntado con oficio policial 1.383/19, de 22.03.2019).

2195

2196   A las 21.50 horas, tres estudiantes norcoreanos, Kwang Hyok **PAE**,
2197   Myong Nam **JONG** y Chol Hak **KIM**, se aproximaron a la Embajada.

2198

2199   Uno de ellos llamó a la puerta de la Embajada y como no obtuvo
2200   respuesta, procedió a saltar la valla de la Embajada para prestar auxilio a las
2201   víctimas.

2202



**ADMINISTRACIÓN
DE JUSTICIA**

Acto seguido, abrieron desde dentro la puerta de la Embajada, y comenzaron a salir las víctimas, aún maniatadas, que fueron inmediatamente auxiliadas por las fuerzas policiales.

A las 22.35 horas, **SO**, en su calidad de Encargado de Negocios de la Embajada, expide autorización escrita al dispositivo policial a fin de que procedan a "entrar en la legación diplomática con el fin de requisar y valorar si está todo en orden y comprobar que no hay nadie ajeno a la legación diplomática".

Del mismo modo, **SO** expidió una nueva autorización escrita al dispositivo policial para entrar en la legación diplomática "con el fin de realizar la correspondiente inspección ocular por parte de policía científica y a coger cuantos efectos sean susceptibles de haber sido cogidos por los asaltantes".

El vehículo Mercedes Viano CD 416003 fue encontrado poco después abandonado, con las puertas abiertas y el motor encendido, en la calle Galileo, 57, de Madrid.

El vehículo Toyota RAV 4 CD-416002 fue encontrado poco después, sobre las 23.10 horas, en la Avda. de Europa número 7, de Pozuelo de Alarcón. El vehículo AUDI A8 CD416001, fue encontrado sobre las 04.30 horas, en la Avda. Monforte de Lemos n93, abierto y con las llaves en su interior.

Información procedente de FBI (nota de 15.03.2019), revela que el día 27.02.2019, desde Nueva York, Adrián **HONG CHANG** entró en contacto con el FBI, a fin de facilitar información relativa al incidente en la Embajada. En ese mismo momento hizo entrega a FBI de efectos obtenidos durante el asalto.

**HONG CHANG** manifestó que, bajo su propia voluntad, llevó a cabo el asalto en la Embajada de Corea del Norte junto a un grupo de personas no identificado, dando superficiales detalles de cómo se llevó el asalto y aseguramiento del edificio. Tras este, el Grupo Criminal procedió a registrar la Embajada en busca de armas y "otras cosas".



ADMINISTRACIÓN
DE JUSTICIA

También indicó que el grupo asaltante portaron cuchillos y pistolas de Airsoft si bien ninguno de ellos fueron exhibidos. Al parecer, previo al asalto, **HONG CHANG** habría contactado con alguien no identificado de la Embajada que sería susceptible de "desertar".

Tras la operación, el equipo se dividió en cuatro grupos y se dirigieron a Portugal, volando **HONG CHANG** desde Lisboa a Nueva York. Todos los miembros del grupo se encontrarían en estos momentos fuera de España.

**HONG CHANG**, además, pagó las habitaciones de hotel en Nueva York, cuando llegaron a Estados Unidos tras el incidente, de Sam **RYU**, Woo Ran **LEE**, Siyoung **PARK** y Chung Su **LIM**. Estas personas han tenido un patrón de viajes similar al de **HONG CHANG**.

**TERCERO.-** Las evidencias disponibles que relacionan con los hechos a Christopher Philip **AHN**, con los siguientes datos de identidad: nacido el ▇▇1981 y pasaporte de los Estados Unidos de América ▇▇236, son los siguientes:

1. Christopher Philip **AHN** estuvo en Italia en octubre de 2018 (coincidiendo con la estancia de **HONG CHANG** y Sam **RYU** en el mismo país).

   Estuvo con Sam **RYU** en el Hotel Annia de Venecia (Italia) la noche del 23 al 24.10.2018, de acuerdo con escrito registrado con número 2.072, en el que la Polizia Di Stato italiana facilitaba información relacionada a los investigados Adrián **HONG CHANG** (nacido el ▇▇984 y pasaporte mexicano ▇▇7079) y Sam **RYU** (nacido el ▇▇1990).

   Los datos de identidad que presentó fueron los siguientes: nacido el ▇▇981 en Sao Tome e Principe (República Democrática de Santo Tomé y Príncipe), pasaporte ▇▇1236 emitido por Santo Tomé y Príncipe .

2. Christopher Philip **AHN,** nacido el ▇▇1981 y pasaporte de los Estados Unidos de América ▇▇236, habría llegado al Aeropuerto de Adolfo



**ADMINISTRACIÓN
DE JUSTICIA**

Suárez Madrid- Barajas el día 22.02.2019 a las 8:10 horas en el vuelo América Airlines 94 procedente del Aeropuerto JFK de New York (EEUU), es decir, en la mañana del día del asalto a la Embajada de Corea del Norte.

Consta la fotografía extraída del pasaporte de **AHN**, del control de documentación de pasaportes del aeropuerto Adolfo Suárez Madrid-Barajas correspondiente a ese vuelo.

En la Red Social LinkedIn un perfil con el nombre de Christopher Philip **AHN**, el cual se corresponde sin ninguna duda con las características físicas de la persona investigada Url del perfil https://www.linkedin.com/in/hellochristopherahn/.

3. Constan imágenes de las cámaras de seguridad de la Embajada de Corea del Norte, en particular de la cámara de seguridad que cubre la puerta de entrada a la Embajada en las que Christopher Philip **AHN** aparece claramente, siendo unas de las personas que integraron el comando de asalto a la Embajada.

4. El Encargado de Negocios de la Embajada, **SO**, ha efectuado reconocimiento fotográfico del perfil de **AHN** en LinkedIn, identificándole de manera inequívoca como uno de los asaltantes de la Embajada.

5. En su declaración, el Encargado de Negocios de la Embajada, **SO**, manifiesta que esta persona, concretamente, fue una de las 4 ó 5 personas que, al comienzo del asalto, le golpearon en la entrada del inmueble hasta que consiguen reducirle, agrediéndole y golpeándole, para después inmovilizarle.

6. **HONG CHANG**, en una declaración prestada ante agentes especiales del FBI en febrero de 2019 en Los Ángeles (California, Estados Unidos), manifestó que una de las personas que participó con él en el asalto a la Embajada fue Christopher Philip **AHN**, de aproximadamente 37 años y antiguo Marine de los Estados Unidos. Afirma que **AHN** es de Chino (California) y vive cerca de Koreatown, en Los Angeles.



ADMINISTRACIÓN
DE JUSTICIA

**CUARTO.-** A tenor de lo expuesto y de las nuevas evidencias incorporadas a la causa, los hechos objeto de investigación, revisten caracteres- siempre indiciariamente- sin perjuicio de su ulterior concreción y calificación, sin perjuicio de lo que pueda resultar de la investigación, de los siguientes delitos:

- Delito de lesiones (art. 147 del Código Penal): prisión de tres meses a tres años.
- Delito de detenciones ilegales (arts. 163 y 165 del Código Penal): prisión de dos a cuatro años por cada delito.
- Delito de amenazas (arts. 169 y 171 del Código Penal): prisión de seis meses a dos años.
- Delito de allanamiento de morada (arts. 202 y 203 del Código Penal): prisión de seis meses a dos años.
- Delito de robo con violencia e intimidación (arts. 237 241 y 242 del Código Penal): prisión de dos a cinco años.
- Delito de organización criminal (arts. 570 bis del Código Penal): prisión de cuatro a ocho años.

Como se ve, estos delitos pueden llevar aparejadas penas muy graves que pueden alcanzar más de 10 años de prisión, concurriendo por tanto los requisitos previstos en la Ley de Enjuiciamiento Criminal para acordar su ingreso en prisión preventiva conforme a lo prevenido en los arts. 503 y ss. LECrim.

**QUINTO..-** Las posibilidades de que Christopher Philip **AHN** se presente voluntariamente ante la Justicia española son inexistentes, visto que se fugó de España de inmediato, tan pronto como completó su asalto a la Embajada.

Vistos los preceptos legales citados y los demás de general y pertinente aplicación, se dicta la siguiente

**PARTE DISPOSITIVA**



ADMINISTRACIÓN
DE JUSTICIA

**ACUERDO:**

**La prisión provisional comunicada y sin fianza de:**

- Christopher Philip **AHN,** nacido el ███ 1981 y pasaporte de los Estados Unidos de América ███ 1236.

Por delitos de lesiones (art. 147 del Código Penal); detenciones ilegales (arts. 163 y 165 del Código Penal) delito de amenazas (arts. 169 y 171 del Código Penal); delito de allanamiento de morada (arts. 202 y 203 del Código Penal); delito de robo con violencia e intimidación (arts. 237 241 y 242 del Código Penal); y delito de organización criminal (arts. 570 bis del Código Penal).

Notifíquese a las partes personadas y al Ministerio Fiscal.

Contra este auto cabe recurso de reforma, en el plazo de tres días, ante este Juzgado Central de Instrucción, y/o, en su caso, recurso de apelación, en un solo efecto, para ante la Sala de lo Penal de la Audiencia Nacional, en aplicación de los artículos 507 y 766 de la Ley de Enjuiciamiento Criminal.

Lo acuerda, manda y firma Don José de la Mata Amaya, Magistrado del Juzgado Central de Instrucción número 5, doy fe.



2372
73

2377

ADMINISTRACIÓN
DE JUSTICIA
2379

**ANEXO 7**

**1.  JURISDICCION**

2380  Artículo 23 de la Ley Orgánica del Poder Judicial

2381  1. En el orden penal corresponderá a la jurisdicción española el conocimiento

2382  de las causas por delitos y faltas cometidos en territorio español o cometidos a

2383  bordo de buques o aeronaves españoles, sin perjuicio de lo previsto en los

2384  tratados internacionales en los que España sea parte.

2385

2386  **2.  TIPOS PENALES**

2387

2388  DELITO DE LESIONES

2389

2390  Artículo 147

2391  1. El que, por cualquier medio o procedimiento, causare a otro una lesión que

2392  menoscabe su integridad corporal o su salud física o mental, será castigado,

2393  como reo del delito de lesiones con la pena de prisión de tres meses a tres años

2394  o multa de seis a doce meses, siempre que la lesión requiera objetivamente

2395  para su sanidad, además de una primera asistencia facultativa, tratamiento

2396  médico o quirúrgico. La simple vigilancia o seguimiento facultativo del curso de

2397  la lesión no se considerará tratamiento médico.

2398  2. El que, por cualquier medio o procedimiento, causare a otro una lesión no

2399  incluida en el apartado anterior, será castigado con la pena de multa de uno a

2400  tres meses.

2401  3. El que golpeare o maltratare de obra a otro sin causarle lesión, será

2402  castigado con la pena de multa de uno a dos meses.

2403  4. Los delitos previstos en los dos apartados anteriores sólo serán perseguibles

2404  mediante denuncia de la persona agraviada o de su representante legal.

2405

2406  DELITO DE DETENCIONES ILEGALES Y SECUESTROS

2407

2408  Artículo 163

2409  1. El particular que encerrare o detuviere a otro, privándole de su libertad, será

2410  castigado con la pena de prisión de cuatro a seis años.

2. Si el culpable diera libertad al encerrado o detenido dentro de los tres primeros días de su detención, sin haber logrado el objeto que se había propuesto, se impondrá la pena inferior en grado.

Artículo 165

Las penas de los artículos anteriores se impondrán en su mitad superior, en los respectivos casos, si la detención ilegal o secuestro se ha ejecutado con simulación de autoridad o función pública, o la víctima fuere menor de edad o persona con discapacidad necesitada de especial protección o funcionario público en el ejercicio de sus funciones.

DELITO DE AMENAZAS

Artículo 169

El que amenazare a otro con causarle a él, a su familia o a otras personas con las que esté íntimamente vinculado un mal que constituya delitos de homicidio, lesiones, aborto, contra la libertad, torturas y contra la integridad moral, la libertad sexual, la intimidad, el honor, el patrimonio y el orden socioeconómico, será castigado:

1.º Con la pena de prisión de uno a cinco años, si se hubiere hecho la amenaza exigiendo una cantidad o imponiendo cualquier otra condición, aunque no sea ilícita, y el culpable hubiere conseguido su propósito. De no conseguirlo, se impondrá la pena de prisión de seis meses a tres años.

2.º Con la pena de prisión de seis meses a dos años, cuando la amenaza no haya sido condicional.

Artículo 171

1. Las amenazas de un mal que no constituya delito serán castigadas con pena de prisión de tres meses a un año o multa de seis a 24 meses, atendidas la gravedad y circunstancia del hecho, cuando la amenaza fuere condicional y la condición no consistiere en una conducta debida. Si el culpable hubiere conseguido su propósito se le impondrá la pena en su mitad superior.

DELITO DE ALLANAMIENTO DE MORADA

Artículo 202

1. El particular que, sin habitar en ella, entrare en morada ajena o se mantuviere en la misma contra la voluntad de su morador, será castigado con la pena de prisión de seis meses a dos años.

2. Si el hecho se ejecutare con violencia o intimidación la pena será de prisión de uno a cuatro años y multa de seis a doce meses.



2452
53
2457
ADMINISTRACIÓN
DE JUSTICIA
2459
2460
2461
2462
2463
2464
2465
2466
2467
2468
2469
2470
2471
2472
2473
2474
2475
2476
2477
2478
2479
2480
2481
2482
2483
2484
2485
2486
2487
2488
2489
2490
2491
2492

Artículo 203

1. Será castigado con las penas de prisión de seis meses a un año y multa de seis a diez meses el que entrare contra la voluntad de su titular en el domicilio de una persona jurídica pública o privada, despacho profesional u oficina, o en establecimiento mercantil o local abierto al público fuera de las horas de apertura.

DELITO DE ROBO CON VIOLENCIA O INTIMIDACION

Artículo 237

Son reos del delito de robo los que, con ánimo de lucro, se apoderaren de las cosas muebles ajenas empleando fuerza en las cosas para acceder o abandonar el lugar donde éstas se encuentran o violencia o intimidación en las personas, sea al cometer el delito, para proteger la huida, o sobre los que acudiesen en auxilio de la víctima o que le persiguieren.

Artículo 241

1. El robo cometido en casa habitada, edificio o local abiertos al público, o en cualquiera de sus dependencias, se castigará con una pena de prisión de dos a cinco años.

Si los hechos se hubieran cometido en un establecimiento abierto al público, o en cualquiera de sus dependencias, fuera de las horas de apertura, se impondrá una pena de prisión de uno a cinco años.

2. Se considera casa habitada todo albergue que constituya morada de una o más personas, aunque accidentalmente se encuentren ausentes de ella cuando el robo tenga lugar.

3. Se consideran dependencias de casa habitada o de edificio o local abiertos al público, sus patios, garajes y demás departamentos o sitios cercados y contiguos al edificio y en comunicación interior con él, y con el cual formen una unidad física.

Artículo 242

1. El culpable de robo con violencia o intimidación en las personas será castigado con la pena de prisión de dos a cinco años, sin perjuicio de la que pudiera corresponder a los actos de violencia física que realizase.

2. Cuando el robo se cometa en casa habitada, edificio o local abiertos al público o en cualquiera de sus dependencias, se impondrá la pena de prisión de tres años y seis meses a cinco años.

3. Las penas señaladas en los apartados anteriores se impondrán en su mitad superior cuando el delincuente hiciere uso de armas u otros medios igualmente



peligrosos, sea al cometer el delito o para proteger la huida, y cuando atacare a los que acudiesen en auxilio de la víctima o a los que le persiguieren.

DELITO DE ORGANIZACIÓN CRIMINAL

Artículo 570 bis

1. Quienes promovieren, constituyeren, organizaren, coordinaren o dirigieren una organización criminal serán castigados con la pena de prisión de cuatro a ocho años si aquélla tuviere por finalidad u objeto la comisión de delitos graves, y con la pena de prisión de tres a seis años en los demás casos; y quienes participaren activamente en la organización, formaren parte de ella o cooperaren económicamente o de cualquier otro modo con la misma serán castigados con las penas de prisión de dos a cinco años si tuviere como fin la comisión de delitos graves, y con la pena de prisión de uno a tres años en los demás casos.

A los efectos de este Código se entiende por organización criminal la agrupación formada por más de dos personas con carácter estable o por tiempo indefinido, que de manera concertada y coordinada se repartan diversas tareas o funciones con el fin de cometer delitos.

Número 1 del artículo 570 bis redactado por el número doscientos cincuenta y tres del artículo único de la L.O. 1/2015, de 30 de marzo, por la que se modifica la L.O. 10/1995, de 23 de noviembre, del Código Penal («B.O.E.» 31 marzo).Vigencia: 1 julio 2015

2. Las penas previstas en el número anterior se impondrán en su mitad superior cuando la organización:

1. esté formada por un elevado número de personas.
2. disponga de armas o instrumentos peligrosos.
3. disponga de medios tecnológicos avanzados de comunicación o transporte que por sus características resulten especialmente aptos para facilitar la ejecución de los delitos o la impunidad de los culpables.

Si concurrieran dos o más de dichas circunstancias se impondrán las penas superiores en grado.

3. Se impondrán en su mitad superior las penas respectivamente previstas en este artículo si los delitos fueren contra la vida o la integridad de las personas, la libertad, la libertad e indemnidad sexuales o la trata de seres humanos.

**3.  PARTICIPACION**

Artículo 27

Son responsables criminalmente de los delitos los autores y los cómplices.

**Artículo 28**

Son autores quienes realizan el hecho por sí solos, conjuntamente o por medio de otro del que se sirven como instrumento.

También serán considerados autores:

a) Los que inducen directamente a otro u otros a ejecutarlo.

b) Los que cooperan a su ejecución con un acto sin el cual no se habría efectuado.

**4.   REGIMEN DE PRESCRIPCION DEL DELITO**

**Artículo 131**

1. Los delitos prescriben:

A los veinte años, cuando la pena máxima señalada al delito sea prisión de quince o más años.

A los quince, cuando la pena máxima señalada por la ley sea inhabilitación por más de diez años, o prisión por más de diez y menos de quince años.

A los diez, cuando la pena máxima señalada por la ley sea prisión o inhabilitación por más de cinco años y que no exceda de diez.

A los cinco, los demás delitos, excepto los delitos leves y los delitos de injurias y calumnias, que prescriben al año.

2. Cuando la pena señalada por la ley fuere compuesta, se estará, para la aplicación de las reglas comprendidas en este artículo, a la que exija mayor tiempo para la prescripción.

3. Los delitos de lesa humanidad y de genocidio y los delitos contra las personas y bienes protegidos en caso de conflicto armado, salvo los castigados en el artículo 614, no prescribirán en ningún caso.

Tampoco prescribirán los delitos de terrorismo, si hubieren causado la muerte de una persona.

4. En los supuestos de concurso de infracciones o de infracciones conexas, el plazo de prescripción será el que corresponda al delito más grave.

**Artículo 132**

1. Los términos previstos en el artículo precedente se computarán desde el día en que se haya cometido la infracción punible.