Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Christopher Jumin Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

**NOTE: CHANGES MADE BY THE COURT**

Naeun Rim
    nrim@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4380
Facsimile: (310) 312-4224

Attorneys for Relator
Christopher Philip Ahn

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER PHILIP AHN,<br><br>Relator. | CASE NO. 2:19-cv-5397-FLA (JPR)<br><br>**ORDER EXTENDING RELATOR'S SURRENDER DATE**<br><br>[*Filed Concurrently with Stipulation*]<br><br>Assigned to Hon. Jean Rosenbluth, U.S. Magistrate Judge |

For good cause shown, IT IS HEREBY ORDERED THAT the date on which Relator must surrender to the U.S. Marshal for the Central District of California be continued to June 24, 2022, at noon. However, if Relator files a habeas corpus petition on or before June 23, 2022 (45 days from the date of the Court's certification of extradition), he need not surrender and SHALL remain free on bond under the same terms and conditions as previously imposed unless the Court orders otherwise.

**IT IS SO ORDERED.**

DATED: May 26, 2022

*[signature]*

HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE