# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER PHILIP AHN,<br><br>Relator | CASE NO. 2:19-cv-5397 FLA (JPR)<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR REVIEW/ RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142)**<br><br>Assigned to Hon. Jean P. Rosenbluth, U.S. Magistrate Judge |

  Good cause having been shown, the Court GRANTS Petitioner Christopher Philip Ahn's Application for Review/Reconsideration of Order Setting Conditions of Release/Detention (18 U.S.C. §3142) and Request for Hearing.

  IT IS HEREBY ORDERED that Relator's bail conditions be modified as follows:

  (1) To remove Petitioner's ankle monitor and discontinue location monitoring.

  (2) To remove Petitioner's curfew.

  (3) To allow for Petitioner's travel within the Central District of California,

1  and for travel outside the Central District with permission of Pretrial Services.

2      (4) To remove the video call requirement for third-party custodians.

3      (5) To remove restrictions on communicating with members or representatives of Free Joseon, Cheollima Civil Defense, Pegasus Strategies LLC, and LINK.

6      (6) All other conditions are to remain the same.

7      IT IS SO ORDERED.

9  DATED: September 9, 2022

/s/
_____
HONORABLE JEAN P. ROSENBLUTH
United States Magistrate Judge