1  Ekwan E. Rhow - State Bar No. 174604
       erhow@birdmarella.com
2  Christopher Jumin Lee - State Bar No. 322140
       clee@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Naeun Rim
7      nrim@manatt.com
   MANATT, PHELPS & PHILLIPS, LLP
8  2049 Century Park East, Suite 1700
   Los Angeles, CA 90067
9  Telephone: (310) 312-4380
   Facsimile: (310) 312-4224
10
   Attorneys for Relator
11 Christopher Philip Ahn

12              **UNITED STATES DISTRICT COURT**

13   **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

14

15 | UNITED STATES OF AMERICA, | CASE NO. 2:19-cv-5397-FLA (JPR) |

16 | Plaintiff | **STIPULATION REQUESTING AUTHORIZATION FOR** |

17 | v. | **RELATOR'S TRAVEL** |

18 | CHRISTOPHER PHILIP AHN, | Assigned to Hon. Jean Rosenbluth, U.S. Magistrate Judge |

19 | Relator. |

20

21        IT IS HEREBY STIPULATED AND AGREED by and between all parties to

22 this action, Plaintiff United States of America and Relator Christopher Philip Ahn

23 (collectively, the "Parties"), by and through their counsel of record that:

24        1.      Relator is currently subject to a curfew that restricts him to his

25 residence daily from midnight to 7 a.m. (Dkt. 250 at 3).

26        2.      On September 23, 2022, the Court stated that Relator could travel

27 overnight for employment purposes with the approval of pretrial services. (Dkt. 253

28 at 36:2-12). The Court added that if Relator wanted to "travel and stay somewhere

3843712.3

1   for any purpose other than employment," he should meet and confer with the

2   Government. (*Id.* at 36:13-20).

3          3.       Relator would like to "travel and stay somewhere overnight for [a]

4   purpose other than employment," between January 29 to February 4, 2023. Relator's

5   counsel has met and conferred with the Government and discussed the

6   \\

7   \\

8   \\

9   \\

10  \\

11  \\

12  \\

13  \\

14  \\

15  \\

16  \\

17  \\

18  \\

19  \\

20  \\

21  \\

22  \\

23  \\

24  \\

25  \\

26  \\

27  \\

28  \\

3843712.3

2

STIPULATION REQUESTING AUTHORIZATION FOR RELATOR'S TRAVEL

1  matter with Pretrial Services, neither of whom oppose his request  Thus, Relator

2  respectfully requests that the Court approve this overnight travel request.

3

4          IT IS SO STIPULATED

5

6  DATED:  January 20, 2023          Ekwan E. Rhow
                                     Christopher J. Lee
7                                    Bird, Marella, Boxer, Wolpert, Nessim,
                                     Drooks, Lincenberg & Rhow, P.C.
8

9

10

11                                   By:  _____/s/ Christopher J. Lee_____
                                              Christopher J. Lee
12                                       Attorneys for Relator  Christopher Philip
                                         Ahn
13

14  DATED:  January 20, 2023          Naeun Rim
                                      Manatt, Phelps & Phillips, LLP
15

16

17                                    By:  _____/s/ Naeun Rim_____
                                               Naeun Rim
18                                        Attorneys for Petitioner Christopher Philip
                                          Ahn
19

20
    DATED:  January 20, 2023          E. Martin Estrada
21                                    United States Attornev

22
                                      Bv:  _____/s/ John J. Luleiian_____
23                                              John J. Lulejian
                                          Assistant United States Attorney
24
                                          Attorneys for Plaintiff United States of
25                                        America

26
    Pursuant to CIV. L.R. 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and
27  on whose behalf this filing is submitted, concur in its content and have authorized
    the filing.
28