NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER PHILIP AHN,<br><br>Relator. | CASE NO. 2:19-cv-5397-FLA (JPR)<br><br>**ORDER GRANTING STIPULATION REQUESTING AUTHORIZATION FOR RELATOR'S TRAVEL** |

On February 24, 2023, the Parties filed a Stipulation Requesting Leave for Relator's Travel. The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the parties' request and ORDERS that Relator's overnight travel request from February 26 to February 27, 2023 is approved for travel in the United States only.  Petitioner must provide Pretrial Services with a copy of his itinerary before his departure.  All future such proposed orders should include this language.

Dated: February 24, 2023

_____
HONORABLE JEAN ROSENBLUTH
United States Magistrate Judge

1

3844346.2