**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER PHILIP AHN,<br><br>Relator. | CASE NO. 2:19-cv-5397-FLA (JPR)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>*[Filed Concurrently with Ex Parte Application; Declaration of Christopher J. Lee]*<br><br>Assigned to Hon. Jean Rosenbluth, U.S. Magistrate Judge |

3989119.1

1

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL

Good cause having been shown, the Court GRANTS Petitioner Christopher Philip Ahn's Application for Leave to File Under Seal.

IT IS HEREBY ORDERED that the unredacted version of the **Exhibit A** to Stipulation for Temporary Modification of Relator's Bond Conditions shall be filed under seal.

IT IS SO ORDERED.

DATED: September 18, 2024

*[signature]*

HONORABLE JEAN P. ROSENBLUTH
United States Magistrate Judge