UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER PHILIP AHN,<br><br>Relator. | CASE NO. 2:19-cv-5397-FLA (JPR)<br><br>**ORDER GRANTING STIPULATION FOR TEMPORARY MODIFICATION OF RELATOR'S BOND CONDITIONS** |

On September 17, 2024, the Parties filed a Stipulation Requesting Temporary Modification of Relator's Bond Conditions. The Court, having considered the stipulation and finding good cause therefor, hereby GRANTS the parties' request and ORDERS as follows:

1. The surety who executed the affidavit of surety filed as Dkt. 104 (the "Relevant Surety") is hereby temporarily released from his obligations as a surety, and the lien on his real property is released. The Court of the Clerk is directed to return the deed of trust filed by the Relevant Surety, with the request for full reconveyance filled out and signed.

2. The Relevant Surety agrees that he will have his property re-appraised

as soon as his personal situation is resolved, and will promptly execute a new affidavit of surety therewith.

Dated: September 18, 2024

_____
HONORABLE JEAN ROSENBLUTH
United States Magistrate Judge