# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER PHILIP AHN,<br><br>Relator. | CASE NO. 2:19-cv-5397-FLA (JPR)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR BOND MODIFICATION**<br><br>*Filed Concurrently with Stipulation for Bond Modification; Exhibit A*<br><br>Assigned to Hon. Jean Rosenbluth, U.S. Magistrate Judge |

4056766.1

1

Good cause having been shown, the Court GRANTS the parties' Stipulation for Bond Modification.

IT IS HEREBY ORDERED that Relator Christopher Philip Ahn's bail conditions be modified as follows:

(1) Ahn's use of a GPS ankle monitor is to be discontinued. His location monitoring is to be continued through virtual/biometric monitoring.

(2) All other conditions are to remain the same.

IT IS SO ORDERED.

DATED: _____, 2025

---
HONORABLE JEAN P. ROSENBLUTH
United States Magistrate Judge