1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11    UNITED STATES OF AMERICA,

12              Plaintiff

13              v.

14    CHRISTOPHER PHILIP AHN,

15              Relator.

16

CASE NO. 2:19-cv-5397-FLA (JPR)

**ORDER GRANTING STIPULATION FOR TRAVEL AUTHORIZATION**

Assigned to Hon. Jean Rosenbluth, U.S. Magistrate Judge

17
18
19
20
21
22

        The Court, having considered the parties' Stipulation for Travel Authorization and finding good cause therefore, hereby GRANTS the Stipulation. On August 23, 2025, Relator Christopher Philip Ahn is permitted travel from the Central District of California to the Northern District of California, as well as all locations in between as necessary to complete travel to and from this district.

23          All bond conditions are to remain the same.

24          IT IS SO ORDERED.

25    Dated: 7/21/2025

26                                                    _____
                                                      HONORABLE JEAN ROSENBLUTH
27                                                    United States Magistrate Judge

28